

# Life Care Plan
## Prepared for Mrs. Marisa Pittman

**December 12, 2025**

Prepared by: Jason Marchetti MD, FAAPMR, CLCP™, CPLCP™
Requested by: Negem & Worthington



Physician Life Care Planning™
America's Leading Life Care Planner



EXHIBIT
E

# Contents

1   Overview ................................................................................................................. 1

   1.1   Executive Summary ............................................................................. 1

   1.2   Life Care Planning & Life Care Plans ................................................... 1

   1.3   Methodology ...................................................................................... 2

   1.4   Biography of Author ............................................................................ 3

   1.5   Physician Life Care Planning ............................................................... 4

   1.6   Context: A Life Care Plan for Mrs. Marisa Pittman .............................. 5

2   Summary of Records ............................................................................................. 7

   2.1   Summary of Medical Records .............................................................. 7

   2.2   Summary of Medical Records that Pre-date the Cause of Relevant Injury/Illness .............. 49

   2.3   Other Documents .............................................................................. 62

3   Interview & Examination ..................................................................................... 64

   3.1   History of Present Injury/Illness ........................................................ 64

   3.2   Current Symptoms ............................................................................ 65

   3.3   Activities of Daily Living .................................................................... 66

   3.4   Review of Systems ............................................................................ 66

   3.5   Medical History Prior to Present Injury/Illness .................................. 66

   3.6   Family History ................................................................................... 66

   3.7   Drug & Other Allergies ...................................................................... 66

   3.8   Current Medications, Equipment and Supplies .................................. 67

   3.9   Current Physicians ............................................................................ 67

   3.10  Social History .................................................................................... 67

   3.11  Education History ............................................................................... 67

   3.12  Professional/Work History ................................................................ 67

   3.13  Habits ............................................................................................... 67

   3.14  Avocational Activities ....................................................................... 68

   3.15  Residential Situation ......................................................................... 68

   3.16  Transportation .................................................................................. 68

   3.17  Treating Doctor Discussion ............................................................... 68

Confidential Medical Record – Mrs. Marisa Pittman
© Copyright 2025 Physician Life Care Planning, LLC

3.18 Examination ........................................................................................................ 69

3.19 Addendum ......................................................................................................... 70

**4    Central Opinions ..........................................................................................71**

4.1  Diagnostic Conditions ..................................................................................... 71

4.2  Consequent Circumstances ............................................................................. 71

**5    Future Medical Requirements ......................................................................76**

5.1  Physician Services ........................................................................................... 76

5.2  Routine Diagnostics ........................................................................................ 77

5.3  Medications .................................................................................................... 78

5.4  Rehabilitation Services .................................................................................... 78

5.5  Equipment & Supplies ..................................................................................... 78

5.6  Environmental Modifications & Essential Services............................................ 79

5.7  Nursing & Attendant Care ............................................................................... 79

5.8  Acute Care Services ........................................................................................ 79

**6    Cost/Vendor Survey.....................................................................................80**

6.1  Methods, Definitions & Discussion................................................................... 80

6.2  Cost Data/Vendor Sample ............................................................................... 86

**7    Cost Analysis ...............................................................................................96**

7.1  Definition & Discussion of Quantitative Methods.............................................. 96

7.2  Summary Restatement of Central Opinions....................................................... 98

7.3  Quantitative Summary of Future Medical Requirements ................................. 100

7.4  Categorical Quantification of Future Medical Requirements............................ 102

**8    Exhibits .....................................................................................................110**

# 1   Overview

## 1.1   Executive Summary

This Life Care Plan (this "Report") has been prepared for Mrs. Marisa Pittman, a 56-year-old, left-hand dominant female who suffered injuries in a motor vehicle collision on August 3, 2024.

The total nominal value of Mrs. Pittman's future medical requirements, as formulated in this life care plan, and which pertain to her relevant diagnostic conditions and disabilities = $1,036,106.51.[1]

| Mrs. Pittman's Future Medical Requirements | Nominal Value | Percentage |
|---|---|---|
| Physician Services | $221,376.02 | 21.37% |
| Routine Diagnostics | $37,166.13 | 3.59% |
| Medications | $7,083.96 | 0.68% |
| Rehabilitation Services | $92,925.24 | 8.97% |
| Equipment & Supplies | $6,769.78 | 0.65% |
| Environmental Modifications & Essential Services | $5,600.00 | 0.54% |
| Nursing & Attendant Care | $631.92 | 0.06% |
| Acute Care Services | $664,553.46 | 64.14% |
| **Total** | **$1,036,106.51** | **100%** |

## 1.2   Life Care Planning & Life Care Plans

### 1.2.1   Life Care Planning

Life care planning is a process of applying objective methodological analysis to formulate diagnostic conclusions and opinions regarding physical and/or mental impairment and disability for the purpose of determining care requirements for individuals with permanent or chronic medical conditions.

According to the tenets, methods and best practices advocated by the American Academy of Physician Life Care Planners, a life care planner's primary objective is to achieve the Clinical Objectives of Life Care Planning by answering the Basic Questions of Life Care Planning.

**The Clinical Objectives of Life Care Planning:**

1.   Diminish or eliminate physical and psychological pain and suffering.

2.   Reach and maintain the highest level of function given an individual's unique circumstance.

---

[1] Nominal value represents the value of Mrs. Pittman's future medical requirements expressed in current market prices ("today's dollars"); i.e. nominal value does not account for inflation or discounts, nor does it quantify the time value of money.

3. Prevent complications to which an individual's unique physical and mental conditions predispose them.

4. Afford the individual the best possible quality of life in light of their condition[2].

**The Basic Questions of Life Care Planning:**

1. What is a subject's condition?

2. What medically-related goods and services does a subject's condition require?

3. How much will the medically-related goods and services cost over time?[3]

## 1.2.2   Life Care Plans

Life care plans are comprehensive documents that objectively identify the residual medical conditions and ongoing care requirements of ill/injured individuals, and they quantify the costs of supplying these individuals with requisite, medically-related goods and services throughout probable durations of care.

The content and structure of a life care plan, and the methods used to produce it, are based upon comprehensive assessments, interviews and/or examinations, research and analysis, and published methodologies and standards of practice.

Life care plans are objective works that provide material evidence regarding the existence, significance and validity of an individual's medical conditions.  They provide litigators, insurance companies, trusts and courts with a qualified, quantitative, and referenceable basis upon which to assess and substantiate the monetary value of an individual's future medical needs.[4]

## 1.3   Methodology

This life care plan has been formulated in accordance with the Tenets, Methods, and Best Practices advocated by the American Academy of Physician Life Care Planners.  This published, reliable, and regularly employed peer-reviewed methodology is widely accepted within the discipline of life care planning; and it has been reliably employed in thousands of state and federal court cases throughout the United States.

---

[2] American Academy of Physician Life Care Planners, A Physician's Guide to Life Care Planning: Tenets, Methods, and Best Practices for Physician Life Care Planners, American Academy of Physician Life Care Planners, Austin, Texas, 2017.

[3] American Academy of Physician Life Care Planners, A Physician's Guide to Life Care Planning: Tenets, Methods, and Best Practices for Physician Life Care Planners, American Academy of Physician Life Care Planners, Austin, Texas, 2017.

[4] Gonzales JG, Zotovas A. Life Care Planning: A Natural Domain of Physiatry. PM&R: the Journal of Injury Function and Rehabilitation. 2014; Volume 6, Issue 2, 184 – 187

Training in the methodology advocated by the American Academy of Physician Life Care Planners has been reviewed by the International Commission on Health Care Certification (ICHCC), the certifying body which governs the Certified Life Care Planning Certification (CLCP™), the oldest and most widely held certification in the field of life care planning. Further, the ICHCC peer-reviews and accepts life care plans which employ the methodology advocated by the American Academy of Physician Life Care Planners for purposes of awarding CLCP™ Certification to CLCP™ Certification Candidates. The ICHCC also affords ICHCC Continuing Education Units (CEUs) to CLCP™ Certification Holders who receive methodological and clinical education from the American Academy of Physician Life Care Planners.

Training in the methodology advocated by the American Academy of Physician Life Care Planners is also reviewed and accepted by the American Medical Association (AMA), in conjunction with the Accreditation Council for Continuing Medical Education (ACCME), and the University of Texas Health Science Center of San Antonio. The AMA affords its highest level Continuing Medical Education Credits (CME Credits) to licensed physicians who receive methodological and clinical training and education from the American Academy of Physician Life Care Planners.

Further, training in the methodology advocated by the American Academy of Physician Life Care Planners is reviewed and accepted by the Certified Physician Life Care Planner Certification Board (CPLCP™ Certification Board). The CPLCP™ Certification Board affords Continuing Education Credits (CE Credits) to CPLCP™ Certification Holders who receive methodological and clinical education from the American Academy of Physician Life Care Planners.

Both plaintiff and defense bars in the United States have awarded Continuing Legal Education Credits (CLE Credits) to their members who have received education and training pertaining to the tenets, methods and best practices advocated by the American Academy of Physician Life Care Planners.

## 1.4    Biography of Author

Dr. Jason Marchetti is a Physical Medicine & Rehabilitation Specialist who has practiced medicine in Texas since 2005.

Dr. Marchetti is a licensed physician in the state of Texas, and he is board certified by the American Board of Physical Medicine & Rehabilitation.

Dr. Marchetti is a Certified Life Care Planner™ (CLCP™), as designated by International Commission on Health Care Certification, and he is a Certified Physician Life Care Planner™ (CPLCP™), as designated by the Certified Physician Life Care Planner Certification Board.

Dr. Marchetti served as a Designated Doctor for many years for Texas worker's compensation, tasked with opining on issues regarding the "extent of injury" for a variety of injuries and conditions and to determine impairment and disability resulting from such injuries.

Dr. Marchetti's professional career includes numerous medical directorships, committee memberships, and advisorships.

His professional associations include the Texas Medical Association, the Denton County Medical Society, the American Academy of Physical Medicine and Rehabilitation, the American Association of Orthopedic Medicine, the American Academy of Neuromuscular and Electrodiagnostic Medicine, and the American Academy of Physician Life Care Planners.

Dr. Marchetti earned a Doctor of Medicine from the University of Texas Southwestern Medical Center in Dallas, TX, and a Bachelor of Science in Biology from the University of Texas at Dallas.

In addition to receiving numerous professional and academic awards, Dr. Marchetti is also a publisher and presenter on topics of Physical Medicine and Rehabilitation, and Pain Medicine.

## 1.5    Physician Life Care Planning

Physician Life Care Planning (PLCP) is a healthcare information services company headquartered in San Antonio, Texas.  PLCP produces case-specific, physician-directed life care plans, vocational evaluations, economic damages assessments, and other high quality damages valuation services throughout the United States.

PLCP physicians have extensive clinical experience and are Board Certified in the field of Physical Medicine and Rehabilitation (Physiatry), and/or other relevant medical specializations.

According to the *Life Care Planning and Case Management Handbook*:

> *"For a life care plan to appropriately provide for all the needs of an individual, the plan must have a strong medical foundation.  Physicians specializing in physical medicine and rehabilitation (physiatrists) are uniquely qualified to provide a strong medical foundation for life care planning based on their training and experience in providing medical and rehabilitative services to individuals with disabilities. Physiatrists are, by their training, experienced in dealing with individuals who have catastrophic functional problems.  Additionally, physiatrists are trained to anticipate the long term needs of their patients."* [5]

Physiatrists are experts in the medical and physical treatment of disabling illness and injury (Law, 2014)[6], and have long been recognized as uniquely qualified among medical specialists to provide the scientific and medical foundations essential to the development of life care plans (Lacerte, 2013).[7]

Associate physicians at Physician Life Care Planning have extensive experience diagnosing and treating patients with a wide variety of complex diagnostic conditions (impairments) and disabilities.  They also engage in long-term medical and rehabilitative care and disability management.

---

[5] Bonfiglio, R. P. (2010). The Role of the Physiatrist in Life Care Planning. In R. O. Weed and D. E. Berens (eds.), *Life Care Planning and Case Management Handbook* (3rd ed., pp. 17–25). Boca Raton, FL: CRC Press.

[6] Law CR, Dennis MJ, The Role of the Pediatric Physiatrist in Life Care Planning. In: Riddick-Grisham S, Deming LA. Pediatric Life Care Planning and Case Management, Second Edition. Boca Raton, FL. CRC Press; 2011, 91 95.

[7] Lacerte, M, Johnson, CB. Preface. In: Physical Medicine and Rehabilitation Clinics of North America, Clinics Review Articles: Life Care Planning, Volume 24, Number 3. Philadelphia, PA: Elsevier, 2013.

Many of PLCP's associate physicians are Certified Life Care Planners (CLCP), as designated by the International Commission on Health Care Certification, and Certified Physician Life Care Planners (CPLCP), as designated by the American Academy of Physician Life Care Planners.  PLCP Physicians stay abreast of topics involving life care planning, and relevant developments within their respective specialties.  At times during the course of their duties, they may consult with other medical and therapeutic specialists.

## 1.6   Context: A Life Care Plan for Mrs. Marisa Pittman

1.  It is my hope this life care plan will serve as a guide for Mrs. Pittman, and/or her family, case managers and health care providers.  This life care plan has been formulated to provide optimal medical care in an effort to accomplish the Clinical Objectives of Life Care Planning.

2.  This life care plan employs an anticipatory (preventative) model of care, and its formulation relies upon reasonable degrees of medical probability.  It should be understood, this life care plan is not a prescription for care.  Rather, it represents a logical model of care which anticipates the medically-related goods and services that will likely be required by Mrs. Pittman throughout her probable duration of care.  This life care plan may be utilized as a case management tool, and for the purpose of substantiating appropriate medically-related financial reserves.

3.  My best effort has been made to consider and utilize all past medical, social, psychological, educational, vocational, and rehabilitation data to the extent they are available and applicable.  When possible, the goals and desires of Mrs. Pittman and/or her family are expressed within this life care plan, if they are known, and if I believe they support her best interests.  To accomplish the Clinical Objective of Life Care Planning, I have relied upon my education, training, skill, and professional experience as a practicing physician, Board Certified Physical Medicine & Rehabilitation Specialist, Certified Life Care Planner™, and Certified Physician Life Care Planner™.

4.  Consideration has been afforded to prospective phase changes due to aging and the progression of Mrs. Pittman's relevant diagnostic conditions and disabilities.  Employing an anticipatory/preventative model of care, I have also considered probable complications likely to be associated with Mrs. Pittman's diagnostic conditions, disabilities and/or comorbidities.

5.  This Life Care Plan presumes that optimal medical care positively affects life expectancy and overall health outcomes for individuals with lifelong and/or long-term medical conditions, as optimal medical care is presumed to mitigate many potential risk factors and complications associated with Mrs. Pittman's known medical conditions.

6.  I consider all future medical requirements in this Life Care Plan's Cost Analysis medically necessary, and I consider them specifically attributable to the medical conditions which resulted from Mrs. Pittman's motor vehicle accident, which is reported to have occurred on August 3, 2024.

7.  It is my opinion Mrs. Pittman will have physical and psychological impairments and disabilities, which require lifelong medical care.

8.  It is my professional medical opinion that Mrs. Pittman's diagnostic conditions and consequent circumstances will adversely impact her vocational and avocational activities and opportunities, as well as her general quality of life.

The opinions and conclusions expressed herein reflect my opinions and conclusions at the time this Life Care Plan was prepared. I hereby expressly reserve the right to modify and/or amend my opinions and/or conclusions should additional information become available, or should it become necessary for me to supplement and/or update this Report in the future.

Please do not hesitate to contact me if you have any questions.

Jason Marchetti, MD, FAAPMR, CLCP™, CPLCP™
Board Certified Physical Medicine & Rehabilitation
Certified Life Care Planner™
Certified Physician Life Care Planner™

## 2   Summary of Records

This Summary of Records ("Summary") is a chronological synopsis of Mrs. Marisa Pittman's medical records, and other relevant documents, presented first by facility, and then by treating physicians and/or other relevant medical personnel.

For the purpose of determining Mrs. Marisa Pittman's diagnostic conditions and consequent circumstances, I have reviewed and considered the medical records and/or other records summarized herein.

### 2.1   Summary of Medical Records

### 2.1.1   Sources

1. **CHRISTUS Mother Frances Hospital (Medical) - Tyler, Texas**

   Preston Shumway, D.O.

   Cletus J. Fuhrmann, M.D.

   Darrin Morris, M.D.

   Charles D. Crum, M.D.

2. **Precision Spine Care (Medical) - Tyler, Texas**

   Jared A. Crook, F.N.P.-C.

   Ritesh R. Prasad, M.D.

   Haley B. Krebs, A.P.R.N.-C.N.P.

   Charles Gordon, M.D.

   Aaron K. Calodney, M.D.

   James Wortham, P.A.

   Andrew Vest, D.O.

   Mariana Allison, N.P.

   Ellisiv Lien, M.D.

   Roger Chapman, N.P.-C.

3. **Direct Rehab Med (Medical) - Tyler, Texas**

4. **Linden Dillin, M.D. (Medical) - Fort Worth, Texas**

**Physician Life Care Planning™**

5. **Touchstone Imaging Tyler (Medical) - Tyler, Texas**

   Roger Kent Walker, M.D.

   Robert Weissmann, III, M.D.

   Douglas Macha, M.D.

6. **East Texas Spine Institute, P.A. (Medical) - Tyler, Texas**

   Ritesh R. Prasad, M.D.

7. **UT Health Tyler (Medical) - Tyler, Texas**

   Katelyn Honeycutt, F.N.P.

   Daniel Bennett, M.D.

   Cletus J. Fuhrmann, M.D.

   Blake Watson, M.D.

   Randy Ekins, D.O.

   Douglas Macha, M.D.

   Rajendra N. Sajjan, M.D.

8. **Tyler Internal Medicine Associates, P.A. (Medical) - Tyler, Texas**

   Melisia Martin, A.P.R.N., F.N.P.-C.

9. **Baylor Scott & White Texas Spine & Joint Hospital (Medical) - Tyler, Texas**

   Laura Roberts, N.P.

   Greg A. Schultz, M.D.

   Robert Carney, M.D.

   Margaret Hayden, M.D.

   Charles Gordon, M.D.

   Charles D. Crum, M.D.

   James McKinley, M.D.

   Amy Hughes, N.P.

   Aleksandra Olsson-Detwiler, M.D.

   Pulin Patel, M.D.

   Kimberley Lowry, F.N.P.-C.

Aaron K. Calodney, M.D.

10. **East Texas Infectious Disease Consultants, P.L.L.C. (Medical) - Tyler, Texas**

Richard R. Yates, M.D.

11. **Enhabit Home Health (Medical) - Tyler, Texas**

12. **Obach Physical Therapy Clinic (Medical) - Tyler, Texas**

13. **PT Solutions PVT - Tyler (Medical) - Tyler, Texas**

## 2.1.2    Chronological Synopsis of Medical Records

**August 3, 2024**

- Upon arrival to the Emergency Department of **CHRISTUS Mother Frances Hospital**, Mrs. Marisa Pittman was seen by **Preston Shumway, D.O.** for a motor vehicle collision (MVC).  Mrs. Pittman reported right sided myalgias.  Dr. Shumway indicated Mrs. Pittman presented to the emergency department (ED) as the restrained passenger in an MVC that day, the driver of her vehicle attempted to avoid collision with a vehicle that suddenly stopped in front of them that resulted in the R passenger side striking the L driver's rear of the other vehicle, pinning their car between the median wall, and slowing to a stop, air bags did not deploy, and she had no head strike or loss of consciousness (LOC).  Dr. Shumway noted Mrs. Pittman was on Eliquis.  Mrs. Pittman had no pertinent past medical or surgical history.  Examination revealed BMI 41, right periorbital facial tenderness, and tenderness over the cervical spine, right shoulder, and right knee.  **X-rays of the right shoulder** (ordered by Dr. Shumway and interpreted by **Cletus J. Fuhrmann, M.D.**) revealed no evidence of acute fracture or dislocation, normal acromioclavicular joint space interval and acromial humeral interval, and unremarkable upper lateral rib cage and lung, and an impression revealed no fracture or dislocation.  **X-rays of the right knee** (ordered by Dr. Shumway and interpreted by **Darrin Morris, M.D.**) revealed degenerative arthritis was characterized by marginal spur formation, subarticular sclerosis and moderate to severe tricompartmental joint space narrowing, no fracture, no significant joint effusion, and normal bone mineralization, and an impression revealed moderate to severe tricompartmental degenerative arthritis of the right knee.  A **CT of the head/brain** (ordered by Dr. Shumway and interpreted by **Charles D. Crum, M.D.**) revealed no evidence of intracranial hemorrhage or extra-axial collections, normal ventricles and sulci, unremarkable posterior fossa structures, patent basilar cisterns, no evidence of mass, mass effect or mid-line shift, the white matter was maintained without white matter disease or infarct, visible paranasal sinuses and mastoid air cells were clear, and multiple sebaceous cysts within the soft tissues, and an impression revealed no acute intracranial abnormality.  A **CT of the maxillofacial** (ordered by Dr. Shumway and interpreted by Dr. Crum) revealed intact nasal bone and visible mandible, the zygomatic arches were appropriate, bony orbit was intact without fracture, the maxillary walls "so" no fracture, intact pterygoid plates, the temporal bone was not fractured, clear mastoid air cells, the visible paranasal sinuses were clear, no evidence of air fluid levels, maintained intraconal, and extraconal spaces, the globes retained their turgor, and unremarkable soft tissue structures, and an impression revealed no acute facial injury.  A **CT of the cervical spine** (ordered by Dr. Shumway and interpreted by Dr. Fuhrmann) revealed no evidence of acute

fractures, no high grade osseous spinal canal stenosis, unremarkable soft tissue structures, and 7 mm ground glass nodule in the right lung apex (2:84), and the impressions revealed no evidence of acute bony injury to the cervical spine, a ground glass nodule in the right lung apex measuring 7 mm, and eventual correlation with CT chest was recommended. Dr. Shumway provided clinical impressions of contusion of face, strain of neck muscle, and motor vehicle collision. Dr. Shumway indicated that imaging was negative, Mrs. Pittman was ambulating without difficulty, abdominal exam showed soft and non-tender, she denied any abdominal pain, and would plan for discharge and outpatient follow up, return for any worsening. Dr. Shumway prescribed Eliquis 5 mg 1 tablet 2 times a day, Tikosyn 500 mcg 1 capsule 2 times a day, Meloxicam 15 mg 1 tablet daily, and Prednisone 5 mg 1 tablet daily. Dr. Shumway discharged Mrs. Pittman to home/self-care in a good condition.

**August 7, 2024**

- Mrs. Pittman had an office visit at **Precision Spine Care** with **Jared A. Crook, F.N.P.-C.** (Family nurse practitioner for Ritesh R. Prasad, M.D.) for evaluation of MVA related injuries to the neck, right shoulder, right knee, and low back pain. Mrs. Pittman reported that she had headache in the occipital region and described it as dull and aching. Mrs. Pittman noted that her headache was worse with neck range of motion (ROM), with overhead activities, and relieved by reducing stimuli and medication, also reported neck pain radiating to both shoulders, pain increased by head movement, coughing, and sneezing, and relieved by immobilizing the head, neck pain was radiating up the back of the head causing an inability to sleep. Mr. Crook indicated Mrs. Pittman was involved in a front end MVA when an 18 wheeler lost its load, they subsequently struck the concrete wall, and the MVA occurred on I-20 between Van and Lindale, Texas. Mr. Crook noted Mrs. Pittman was a restrained passenger, but the seatbelt did not lock, airbags did not deploy, she denied LOC, but was shaken up, and EMS evaluated her at the scene. Mr. Crook reported that Mrs. Pittman was still hurting, she went to CTMFHS ER in Tyler, imaging was negative, and she was released. Mr. Crook noted Mrs. Pittman went home and continued to hurt. Mrs. Pittman noted that she had right shoulder pain after struck the door, deltoid was bruised, and pain with ROM. Mrs. Pittman reported low back pain radiating to both buttocks that started suddenly after a motor vehicle accident. Mrs. Pittman described that the pain worsened with sitting, driving, and prolonged activities, and was relieved by movement, by frequent position changes while sitting, and by medication. Mrs. Pittman noted that low back pain caused an inability to sleep with associated muscle spasm. Mrs. Pittman reported right knee pain with weightbearing. Past medical history included AFib, lymphedema and history of PE, cardiac ablations. Home medications included Dofetilide, Mounjaro, Zanaflex, APAP w/Codeine, Eliquis and Meloxicam. Examination revealed pain level at best was 3 and at worst was 6, and pain level at 5, Mrs. Pittman appeared uncomfortable, cervical spine ROM was decreased in cervical rotation and extension, tenderness on palpation of the spinous process of the C5 and C6, the C2 transverse processes on both sides were tender on palpation of C3 and C4 bilaterally, trapezius muscles on both sides were tender on palpation, the lumbosacral spine exhibited tenderness on palpation of L4-L5 and L5-S1 spinous process and lower lumbar Z joints, lumbar extension test was positive, and antalgic gait. Mrs. Pittman underwent **intramuscular injection in the right gluteal** with Dexamethasone 4 mg and Kenalog 40 mg, performed by Mr. Crook. Mr. Crook provided diagnoses or assessments of dorsalgia of cervical region, lumbar radiculopathy, dorsalgia of lumbosacral region, and post-traumatic headache. Mr. Crook indicated that Mrs. Pittman had multiple pain sources, her pain was a combination of diskogenic and Z joint

mediated pain, and she had not been through a course of conservative treatment, and recommended referral to physical therapy (PT).

## August 12, 2024

- Records indicate Mrs. Pittman was first seen for Physical Therapy at **Direct Rehab Med** for pain in the cervical and lumbar regions, and left wrist area, and was last seen on August 29, 2024.

## August 23, 2024

- Mrs. Pittman had an office visit with **Linden Dillin, M.D.** for evaluation of an injury to the right knee in a motor vehicle collision on August 3, 2024. Mrs. Pittman reported that the pain in her right knee began at the scene and had stayed the same. Dr. Dillin noted Mrs. Pittman had been in therapy for 3 weeks, was put on Meloxicam by her primary doctor, and had not had an injection since the motor vehicle collision, reported Mrs. Pittman had also been started on Prednisone 5 mg by her doctor which had helped diminish her pain somewhat. Mrs. Pittman described the pain in the right knee as predominantly over the lateral side of her knee and was not associated with mechanical symptoms. Mrs. Pittman noted that sometimes when she was walking, she felt almost like her knee would give way because of pain. Dr. Dillin indicated that at the time of the collision, Mrs. Pittman was the seat belted front seat passenger of an SUV traveling down a highway, when they could not avoid a collision with an 18 wheeler, the impact was to the passenger's side, she was not able to brace for impact, no airbags deployed, and the vehicle that she was riding in was totaled. Dr. Dillin reported before that, Mrs. Pittman had some problems with her right knee in 2017 and 2018 that eluded diagnosis, she did not have an injury, but she had a spontaneous onset of some right knee pain, it lasted about 3 months, and it went away on its own, Mrs. Pittman was not significantly treated for that problem at the time, but she had no further problems up until the injury of August 3, 2024. Dr. Dillin indicated that Mrs. Pittman had a past history of congenital lymphedema, had also undergone two ablations for atrial fibrillation, and she was told that since her previous ablation in 2020, she was in sinus rhythm, however, she was taking 5 mg Eliquis twice a day because of a history of seven pulmonary emboli, probably related to her lymphedema. Examination revealed profound lymphedema in both legs, right leg was in more valgus than the left, probably the valgus angle was about 20 to 25 degrees, could almost fully extend her, could flex her only up to about 60 or 70 degrees, tenderness over the lateral joint line, some over the medial joint line, and some discomfort with patellofemoral manipulation. Dr. Dillin reviewed x-rays consisted of an AP and lateral done at CHRISTUS Mother Frances, which showed Mrs. Pittman did not have a fracture. Dr. Dillin reviewed assessments of known chronic right knee arthritis with severe valgus deformity, congenital lymphedema, and anticoagulation. Dr. Dillin indicated that he explained to Mrs. Pittman that taking Meloxicam in conjunction with an anticoagulant like Eliquis, significantly increased the risk for bleeding, either gastrointestinal or intracranial or in other areas, which could be disastrous and life threatening, believed she should discontinue the Meloxicam, Prednisone and Meloxicam together increased the risk of a gastrointestinal ulcer developing, Prednisone did that on its own, sudden bleeding from a stomach ulcer could really threaten her life, however, understood that there was a risk/benefit ratio, and the disadvantage of having nothing for pain might justify the risk to her of still remaining on the Prednisone, however, taking the Meloxicam in conjunction with the Eliquis was thought to be an error, Mrs.

Pittman indicated that she would discontinue the Meloxicam, she was going to try to get the x-rays sent from Mother Frances, however, Dr. Dillin would like to get some x-rays on Mrs. Pittman's right knee that included a Merchant view if could get it and standing or weightbearing views, which were not done at the hospital, and going to try to get those ASAP, and going to call her once having the results, and spent some significant time explaining to her how devastating the risks would be of considering scoping her right knee.

**August 29, 2024**

- **X-rays of the right knee** performed at **Touchstone Imaging Tyler** (ordered by Dr. Dillin and interpreted by **Roger Kent Walker, M.D.**) revealed imaging of each knee were performed with weightbearing and flexion, there was advanced tricompartmental joint disease of each knee without an obvious fracture or dislocation, a right sided joint effusion was suspected, of note there was no lateral view performed of the left knee, and moderate demineralization was present, and an impression revealed advanced tricompartmental degenerative disease of each knee without acute findings.

**August 30, 2024**

- Mrs. Pittman had a follow up visit with Dr. Dillin, who reviewed x-rays performed at Touchstone Medical Imaging on August 29, 2024, which demonstrated that there was advanced tricompartmental degenerative arthritis of both knees. Dr. Dillin indicated that was the very type of knee that typically was traumatized at the time of a motor vehicle collision, called Mrs. Pittman after reviewed her x-rays, and talked about the pros and cons of the various approaches to that, with her having lymphedema and being on an anticoagulant, any sort of invasive intervention was inappropriate at that point, verified that she was on Prednisone, but she stopped taking the non-steroidal anti-inflammatory, she was continuing on her weight loss program, but that was harder for her to do that she could not walk for exercise, altogether in the previous 2 years she had lost about 198 pounds, and she was determined to continue on that path. Dr. Dillin indicated that the question was what we could do to try to help Mrs. Pittman, she was on an anticoagulant, which should likely preclude my doing an injection in her knee, we could not afford to discontinue the anticoagulant because of the risk of pulmonary embolism, and she also had chronic lymphedema that increased the risk for infection with literally anything we do that intervenes. Dr. Dillin reported that Mrs. Pittman's primary doctor had prescribed some Tylenol with Codeine for her, she had that prescription for quite some period of time but filled it and started using it only after the injury of August 3, 2024, warned her against consistently using it because of the risk for addiction, and with significant weight loss, it might be that some of her lymphedema would clear, if it did, then there would be a potential for performing interventional treatment, and Mrs. Pittman dedicated to continuing on her weight loss, and they were going to call her in about 3 months to check on her progress.

**September 4, 2024**

- Mrs. Pittman had a **Physical Therapy evaluation** at Direct Rehab Med for intermittent headaches (HAs), neck pain, right shoulder pain, and low back pain and was provided a treatment plan, which included therapy 3 times per week for 4 weeks with goals of Mrs. Pittman would report a 50% decrease in pain, would report a 50% increase in functional activity tolerance, would increase ROM to goal levels (above) in order to facilitate improved tolerance to functional ADLs, would increase strength by one half grade in affected muscles in order to improve tolerance to functional ADLs, would decrease muscle tone per evaluation P.T.'s palpation, would increase combined Tinetti's to at least 24/28, would walk with improved gait pattern without AFO x 15 minutes without rest, and would be independent with a HEP, to be achieved in 4 weeks.  Records indicate Mrs. Pittman was last seen for therapy on September 12, 2024.

**September 5, 2024**

- Mrs. Pittman had a follow up visit with Mr. Crook, who indicated Mrs. Pittman was seeing Dr. Dillin for her knee pain.  Mrs. Pittman reported that she continued to have LBP and neck pain with headaches, had started PT, and it gave her short-term relief.  Examination revealed a blood pressure of 136/83 mmHg, pain level was 6, pain level at best 4, and pain level at worst 8.  Mr. Crook indicated that Mrs. Pittman was not making much progress with PT, she continued to have LBP and neck pain, and was 4 weeks post-DOI, and recommended to continue PT, ordered MRIs of the cervical and lumbar spine, and advised to follow up post-MRI.

**September 11, 2024**

- An **MRI of the cervical spine** performed at Touchstone Imaging Tyler (ordered by Ritesh R. Prasad, M.D. and interpreted by **Robert Weissmann III, M.D.**) revealed intact odontoid process and craniocervical junction, well maintained vertebral body heights, no acute fracture or focal osseous lesion, anatomic alignment, the spinal cord was normal in course, signal and morphology, unremarkable paraspinal soft tissues, no acute process in the visible intracranial contents, at C2-C3, no disk protrusion, central canal or foraminal narrowing, at C3-C4, there was loss of height and signal in the intervertebral disk, a left paracentral osteophyte disk complex with facet and uncovertebral hypertrophy, mild narrowing of the central canal with effacement of the CSF ventral to the cervical cord, osteophytes resulted in severe left foraminal narrowing with impingement of the exiting left C4 nerve root, at C4-C5, there was loss of height and signal in the intervertebral disk, a right paracentral osteophyte disk complex with facet and uncovertebral hypertrophy, mild central canal narrowing with effacement of the CSF ventral to the cervical cord, facet and uncovertebral hypertrophy resulted in moderate right and mild left foraminal narrowing, at C5-C6, there was loss of height and signal in the intervertebral disk, a broad based osteophyte disk complex resulting in mild narrowing of the central canal and effacement of the CSF ventral to the cervical cord, there was facet and uncovertebral hypertrophy resulting in mild foraminal narrowing, at C6-C7, there was loss of height and signal in the intervertebral disk, a broad based osteophyte disk complex resulting in mild narrowing of the central canal with effacement of the CSF ventral to the cervical cord, there was facet and uncovertebral hypertrophy resulting in mild left foraminal narrowing, at C7-T1, no disk

protrusion, central canal or foraminal narrowing, and an impression revealed of cervical spondylosis with multilevel acquired central canal and foraminal narrowing, most severe at C3-C4 with impingement of the exiting left C4 nerve root and correlated for left C4 radiculopathy.

- An **MRI of the lumbar spine** (ordered by Ritesh R. Prasad, M.D. and interpreted by Dr. Weissmann) revealed a chronic L3 superior endplate compression fracture, a Schmorl's node in the superior endplate of L3, minimal anterolisthesis of L4 on L5, no spondylolysis, no acute fracture or focal osseous lesion, the conus was normal in signal and at positioned at L2, paraspinal muscle atrophy, visible retroperitoneal soft tissues were unremarkable, at the level of L1-L2, no disk protrusion, central canal or foraminal narrowing, at the level of L2-L3, there was loss of height and signal in the intervertebral disk, a broad based disk bulge with a posterior annulus tear, there was facet and ligamentum flavum hypertrophy, mild narrowing of the central canal, there was endplate osteophyte formation, facet and ligamentum flavum hypertrophy, mild bilateral foraminal narrowing, at the level of L3-L4, there was loss of height and signal in the intervertebral disk, a broad based disk bulge with endplate osteophyte formation, moderate narrowing of the central canal and lateral recesses, there was facet and ligamentum flavum hypertrophy, facet and endplate osteophytes resulting in moderate left foraminal narrowing with contact and deformity of the exiting left L3 nerve root, mild right foraminal narrowing, at the level of L4-L5, there was loss of height and signal in the intervertebral disk, a broad based disk bulge with endplate osteophyte formation, there was facet and ligamentum flavum hypertrophy, mild narrowing of the central canal, lateral recesses and neural foramina, at the level of L5-S1, a broad based disk bulge, there was facet and ligamentum flavum labrum hypertrophy, no central canal or right foraminal narrowing, and facet osteophytes resulting in mild left foraminal narrowing, and the impressions revealed lumbar spondylosis with impingement of the exiting left L3 nerve root at L3-L4, correlated for left L3 radiculopathy, chronic L3 superior endplate compression fracture, and minimal anterolisthesis of L4 on L5.

**September 30, 2024**

- Mrs. Pittman had an office visit at Precision Spine Care with **Ritesh R. Prasad, M.D.** to review options. Mrs. Pittman reported that she continued to have moderate neck and shoulder pain with some pain in the right scapula region. Mrs. Pittman noted that she had frequent headaches. Dr. Prasad noted Mrs. Pittman had moderate LBP that limited her. Dr. Prasad reported Mrs. Pittman was doing PT, and she stated that it was helping. Examination revealed blood pressure was 160/86 mmHg, pain level at best 4, pain level at worst 6, and cervical spine decreased ROM in flexion/extension. Dr. Prasad reviewed an MRI of the cervical spine, which demonstrated right sided C4-C5, C5-C6 disk protrusion with effacement of the cord and mild to moderate right sided stenosis, and DD noted at other levels, and MRI of the lumbar spine, which demonstrated DD in the lower lumbar spine with broad based disk bulges at L3-L4 and L4-L5 and adjacent facet hypertrophy, and it caused moderate central and foraminal stenosis at L3-L4 and L4-L5. Dr. Prasad provided diagnoses of dorsalgia of cervical region, lumbar radiculopathy, dorsalgia of lumbosacral region, and post-traumatic headache. Dr. Prasad indicated that Mrs. Pittman's neck pain was a combination of diskogenic pain and Z joint pain, the neck pain and headaches bothered her the most, ideally, she would benefit from a cervical epidural steroid injection (CESI), however, since she was on Eliquis, would defer the CESI and instead schedule

her for bilateral C2-C4 medial branch blocks (MBB's), and would address her LBP in the future, and recommended to continue PT, and advised to follow up post injection.

## October 8, 2024

- Mrs. Pittman was admitted and underwent **bilateral C2-C4 medial branch blocks** under fluoroscopic guidance, performed at **East Texas Spine Institute** by Dr. Prasad without complications.

- Mrs. Pittman was discharged home by Dr. Prasad and was instructed to maintain a pain diary and advised to follow up.

## October 18, 2024

- Mrs. Pittman had a follow up visit with Dr. Dillin, who noted Mrs. Pittman continued to have right knee pain and it tended to come and go depending on her activity. Dr. Dillin indicated Mrs. Pittman did go to therapy, but it was for the neck and back injuries that she sustained during the collision, and there was no specific therapy on her knee. Mrs. Pittman had a prescription from her PCP for Tylenol #4 that she had never filled. Mrs. Pittman indicated that after the collision, she had the prescription filled and began taking the medication intermittently for temporary pain relief. Dr. Dillin noted Mrs. Pittman was working in an office job at the police department, although, a lot of her work was done on the computer, she had to do a lot of walking to different departments throughout the building, and at the end of her 8 hour shift, her right knee was quite painful. Dr. Dillin reported Mrs. Pittman had the option to work remotely and had to utilize that several times, her therapy appointments had interfered with work as well, and she used her PTO for any missed hours. Dr. Dillin indicated Mrs. Pittman was raising two of her grandchildren, aged 9 and 14, since her collision, it had been harder for her to keep up with the children's active lives, she had missed 2 of her granddaughter's softball games and struggled at the games that she attended. Mrs. Pittman noted that sitting for too long or going up and down the bleachers was painful. Dr. Dillin reported Mrs. Pittman also had stairs leading in and out of her house, which were a challenge on most days, she could no longer keep her home as clean as she used to, and on a typical weekend, she would put in over 10,000 steps cleaning her house, which was not possible at present. Mrs. Pittman noted that she was getting the housework done little by little and with the help of her family. Dr. Dillin indicated Mrs. Pittman had been on an impressive weight loss journey for the past 2 years, in that time, she had lost almost 200 pounds by simply walking daily, and with her knee injury, she could no longer go on her walks, and her weight loss had come to a halt, which was disheartening for her. Dr. Dillin noted Mrs. Pittman's worst fear was gaining her weight back, reported Mrs. Pittman denied any depression but still battled with significant anxiety when in a vehicle, her grandchildren point out that she was "too scared" when in the car, although, her 9 year old granddaughter was traumatized from the collision as well. Dr. Dillin indicated Mrs. Pittman noted that she wanted to go to a Rangers' game for quite some time, but the stadium was in Dallas, and the heavy traffic was just too much for her, and in fact, she had also avoided all interstates since the collision. Dr. Dillin noted that Mrs. Pittman's whole family used to go to the Dallas area at least once a week for shopping or dinner, but they had not been since the collision. Dr. Dillin indicated Mrs. Pittman had an upcoming training in Austin, and she was beside herself with anxiety because of the traffic, she

knew she would be facing. Dr. Dillin reported Mrs. Pittman was remaining hopeful that there was going to be a long-term solution for her right knee pain, and she was ready to get pain relief and get back to living her life as she did before the collision.

### October 23, 2024

- Mrs. Pittman had a follow up visit with Dr. Prasad, who indicated Mrs. Pittman underwent bilateral C2-C4 MBBs, and overall, she reported 80% relief with the procedure. Mrs. Pittman reported that she was doing much better and was "quite sore that night" but felt that the injection helped. Mrs. Pittman noted that she had moderate LBP that radiated to the buttocks with some right LE symptoms, and pain was worse with prolonged sitting, sit to stand, and driving. Dr. Prasad noted Mrs. Pittman was taking T#3 as needed for the pain. Dr. Prasad reported Mrs. Pittman was doing a course of PT, and it was helping. Dr. Prasad indicated Mrs. Pittman would like me to address her LBP next. Examination revealed pain level at best was 3. Dr. Prasad indicated that Mrs. Pittman responded to the C2-C4 MBBs, her headaches were much better, and continued to have moderate LBP and right buttock pain, and recommended to schedule for a right L5 transforaminal epidural steroid injection (TFESI), continue PT, and advised to follow up post injection.

### October 29, 2024

- Upon arrival to the Emergency Department of **UT Health Tyler**, Mrs. Pittman was seen by **Katelyn Honeycutt, F.N.P.** (Nurse practitioner for Matthew Porter, M.D.) for leg numbness and facial numbness. Mrs. Pittman reported bilateral paresthesia sensation in the legs and increased difficulty with walking. Ms. Honeycutt noted Mrs. Pittman with chronic back pain, presented to the ER with worsening lower back pain for the previous 3 days. Mrs. Pittman noted abnormal sensation to the left side of her face earlier that day, and it was on both sides of her face at present, denied facial swelling. Ms. Honeycutt noted Mrs. Pittman was walking with a walker at home. Home medications included Eliquis, Dofetilide, Furosemide, Jardiance, Meloxicam, Ozempic, KCl, Prednisone, and Tizanidine. Examination revealed a blood pressure of 128/77, wt. 242 pounds, a GCS of 15, and antalgic gait that appeared chronic. Labs revealed a comprehensive metabolic panel showed potassium 4.8 (*), urinalysis macro with reflex to micro and culture showed leukocyte esterase 75 (*), WBC, UA 3-5 (*), few squamous epithelial, UA and transitional epithelial cells, UA, and mucus, UA was light. A **CT of the head** (ordered by Consuella Fleming, F.N.P. and interpreted by **Daniel Bennett, M.D.**) revealed there were subcutaneous calcifications in the right anterior and posterior scalp possibly hair follicles, no mid-line shift or focal mass, unchanged ventricles, patent basilar cisterns, no abnormal extra-axial fluid collection, the gray white differentiation demonstrated low density in the cerebellar hemispheres possibly component of artifact, MRI was recommended if symptomatology persisted, no intra or extra-axial hemorrhage, changes of acute infarction less than 24-48 hours in age might be inapparent on CT, the visualized paranasal sinuses and mastoid air cells were clear, and no fracture in the skull base or calvarium, and an impression revealed no acute intracranial abnormality and low density in the cerebellar hemispheres possibly a component of artifact. A **CT of the cervical spine** (ordered by Consuella Fleming, F.N.P. and interpreted by Dr. Fuhrmann) revealed no evidence of acute fractures, no high grade osseous spinal canal stenosis, and unremarkable soft tissue structures and visualized lung apices, and an impression revealed

no evidence of acute bony injury to the cervical spine. A CT of the thoracic spine (ordered by Consuella Fleming, F.N.P. and interpreted by Dr. Fuhrmann) revealed no compression deformities, no acute fracture visible, anteriorly directed bridging osteophytes in the thoracic spine, characteristic of diffuse idiopathic skeletal hyperostosis, maintained disk spaces, no advanced facet arthropathy, alignment was maintained throughout the thoracic spine, the bony canal was patent throughout, and an 8 mm ground glass nodule in the right lung apex (301:15), and the impressions revealed no CT evidence of acute injury in the thoracic spine, an 8 mm ground glass nodule in the right lung apex, and follow up CT of the complete chest after an appropriate interval (3-12 months depending on clinical risk) to confirm stability and to evaluate additional findings (Fleischner society recommendation). A **CT of the lumbar spine** (ordered by Consuella Fleming, F.N.P. and interpreted by **Blake Watson, M.D.**) revealed chronic appearing L3 compression deformity with 30% loss of vertebral body height, mild left convex curvature of the lumbar spine, mild multilevel degenerative disk disease, multilevel facet arthropathy, most severe at L4-L5 and L5-S1, 2 mm grade 1 degenerative anterolisthesis of L4 on L5, moderate spinal canal stenosis at L4-L5, and moderate/severe left neural foraminal stenosis at L3-L4. Ms. Honeycutt provided clinical impressions of bilateral low back pain with bilateral sciatica, unspecified chronicity, degeneration of intervertebral disk of lumbar region, unspecified whether pain present, and closed compression fracture of L3 lumbar vertebra with delayed healing. Ms. Honeycutt indicated that Mrs. Pittman presented to the ER with complaints of lower back pain worse with the past 3 days with a bilateral leg paresthesia, also reported difficulty with ambulation due to feeling like her legs were weak, denied any new bowel or bladder incontinence or fever, Mrs. Pittman was able to ambulate, laboratory workup was overall benign, CT of the head was negative for any acute findings, she did not have quite a [cauda] equina syndrome, there was chronic degenerative disk disease noted at multiple levels on lumbar spine L3 chronic compression fracture, she was able to ambulate, neurological exam was overall benign, and she was discharged home with recommendation of close follow up with primary care in 2-3 days, and advised to return to ER for new or worsening symptoms. Ms. Honeycutt prescribed Prednisone 10 mg 1 tablet 1 time each day, Eliquis 5 mg 1 tablet 2 times a day, Tramadol 50 mg every night, Lasix 20 mg 1 tablet 1 time per week, on Saturday and Sunday only, Tizanidine 4 mg 1 tablet every night, Tikosyn 500 mcg 1 capsule in the morning and 1 in the evening, Potassium Chloride 20 mEq 1 tablet 1 time each day, Ozempic 1 mg/dose pen injector inject 1 mg under the skin 1 time per week, Meloxicam 15 mg 1 tablet 1 time each day, and Jardiance 10 mg 1 tablet 1 time each day. Ms. Honeycutt discharged Mrs. Pittman to home in a stable condition.

**October 30, 2024**

- Mrs. Pittman underwent **right L5 transforaminal epidural steroid injection** under fluoroscopic guidance without dural puncture, performed at East Texas Spine Institute by Dr. Prasad without complications. Dr. Prasad recommended post procedure instructions of no bending, heavy lifting or strenuous activities for 36 hours after the procedure, maintain a pain diary, and advised to follow up.

**November 12, 2024**

- Mrs. Pittman had an office visit at Precision Spine Care with **Haley B. Krebs, A.P.R.N.-C.N.P.** (Nurse practitioner for Dr. Prasad) for post injection of right L5 TFESI. Mrs. Pittman reported that she had more bad days than good, had pain both day and night, and it worsened when walking but also present when standing and sitting. Mrs. Pittman noted numbness down the front of BLE, it was constant before the TFESI, and at that time, there was intermittent numbness in her right thigh. Ms. Krebs noted Mrs. Pittman recently underwent right L5 TFESI and reported a 30% reduction in pain, however, she was in pain daily. Examination revealed a blood pressure of 130/82 mmHg, pain level at best was 3 and at worst was 8, Mrs. Pittman appeared uncomfortable, lumbosacral spine exhibited tenderness on palpation of the L3-L4, L4-L5, and L5-S1 spinous process and lower lumbar Z joints, Straight Leg Raising test was positive on the right, and positive lumbar extension test. Ms. Krebs reviewed an MRI of the cervical spine, which demonstrated right sided C4-C5, C5-C6 disk protrusion with effacement of the cord and mild to moderate right sided stenosis, and DD noted at other levels, and MRI of the lumbar spine, which demonstrated DD in the lower lumbar spine with broad based disk bulges at L3-L4 and L4-L5 and adjacent facet hypertrophy, and it caused moderate central and foraminal stenosis at L3-L4 and L4-L5. Ms. Krebs provided diagnoses of dorsalgia of cervical region, lumbar radiculopathy, dorsalgia of lumbosacral region, and post-traumatic headache. Ms. Krebs indicated that Mrs. Pittman had 30% pain relief from the right L5 TFESI, however, she was not pain free, and continued to have moderate LBP and right thigh pain, and discussed the treatment options with Mrs. Pittman, recommended to proceed with right L4 TFESI, continue PT, and advised to follow up post injection.

**November 20, 2024**

- Mrs. Pittman underwent **right L4 transforaminal epidural steroid injection** under fluoroscopic guidance without dural puncture, performed at East Texas Spine Institute by Dr. Prasad without complications.

- Mrs. Pittman was discharged home by Dr. Prasad, who instructed on pain diary, and advised to follow up.

**November 22, 2024**

- Mrs. Pittman had a follow up visit with Ms. Krebs, who noted Mrs. Pittman underwent a right L4 TFESI 2 days before, and she called the office the previous day, afraid that she was "getting weaker." Mrs. Pittman noted that she was using a cane for mobility. Ms. Krebs reported Mrs. Pittman was taking T#3 as needed for pain, and she stated that "it did not work anymore." Ms. Krebs noted Mrs. Pittman was doing PT but she could not tolerate it anymore, denied any falls or recent trauma. Examination revealed pain level at best was 7 and at worst was 8, lumbar spine decreased ROM in flexion/extension, mild spinal tenderness at L4-L5 and L5-S1, moderate to severe right lumbar Z joint tenderness, mild on the left, and strength was 4/5 on the right. Ms. Krebs indicated that Mrs. Pittman did not respond to the right L4 TFESI, in fact, she felt that her pain was worse, and had difficulty with sit to stand and walking, and was using a cane for

© Copyright 2025 Physician Life Care Planning, LLC

mobility. Ms. Krebs prescribed Norco 7.5 mg, ordered MRIs of the lumbar spine and pelvis, and advised to follow up post MRI.

### November 25, 2024

- An **MRI of the lumbar spine** performed at Touchstone Imaging Tyler (ordered by Dr. Prasad and interpreted by **Douglas Macha, M.D.**) revealed no concerning osseous lesions were visible, a mild anterior superior compression deformity of L3, however, that appeared chronic, an anterior superior endplate Schmorl's node seen in association, no additional compression deformities of the lumbar spine, 5 lumbar type vertebral bodies were visible, a rudimentary disk at S1-S2 also noted, conus terminated at L1-L2, within normal limits, no evidence for clumping or thickening of the nerve roots in the thecal sac, visualized paraspinous structures in the field of view were unremarkable, at L5-S1, in the interval compared to the prior MRI there was development of a large structure occupying the right lateral aspect of the canal in the lateral recess extending through the right neural foramina partly into the extraforaminal zone, measuring approximately 3.3 cm transverse, 1.3 cm anterior posterior, the dumbbell shaped structure did not have any appreciable post contrast enhancement, and had some mild intrinsic T1 signal hyperintensity, the entire structures were on T2 weighted imaging, the structure caused severe right neural foraminal stenosis flattening the exiting right sided L5 nerve root in the posterior aspect and obliterating the neural foraminal fat, there was nothing in that region on prior MRI, the structure did not appear to be associated to the L5-S1 disk, which remained with normal height, no annular fissure and no suggestion of associated protrusion, Mrs. Pittman had severe bilateral facet arthropathy at that level, also seen on prior study, the somewhat mass like process attenuated the right aspect of the canal causing moderate overall canal stenosis, pushing all of the nerve roots for the left aspect of the canal, the L5-S1 disk maintained normal height and was only mildly desiccated, normal alignment was maintained, bilateral severe facet arthropathy, no evidence for any unusual enhancement at the facet joints on post contrast imaging, the left neural foramina did not appear stenotic, at L4-L5, grade 1 spondylolisthesis, measuring approximately 2 mm was noted, no pars defects visible, there was severe bilateral facet arthropathy, maintained disk height, combination of the pseudodisk and ligamentum flavum hypertrophy combining to create moderate canal stenosis at that level, attenuating the central canal to approximately 7 mm and nearly effacing the CSF at that level, the neural foramina remained patent bilaterally, at L3-L4, disk desiccation and minor spondylosis noted with posterior mild symmetric annular disk bulge, and moderate bilateral facet arthropathy, a combination of disk bulge and ligamentum flavum hypertrophy resulted in moderate canal stenosis at that level again nearly effacing the CSF, with the central canal measuring approximately 7.0 mm in the mid-line, the left sided facet arthropathy contributed to severe left sided neural foraminal stenosis flattening the exiting left L3 nerve root in the neural foramina, the right neural foramina was only mildly stenotic from posterior facet arthrosis, at L2-L3, posterior symmetric annular disk bulge measuring approximately 3 mm depth in the mid-line, facet joints appeared unremarkable, there was only mild canal stenosis with slight flattening of the anterior thecal sac at that level, the canal measured approximately 9 mm, subarticular zones remained patent, the neural foramina were adequate bilaterally, unremarkable L1-L2 and T12-L1, and lower thoracic spine partially in the field of view for the study on sagittal images appeared unremarkable without significant central canal stenosis or neural foraminal narrowing, and the impressions revealed in the interval compared to the prior MRI (date was not mentioned but presumably September 11, 2024 there was development of a large dumbbell

shaped structure occupying the right lateral aspect of the canal at L5-S1 extending through the right neural foramina partly into the extraforaminal zone, the structure did not appear to be associated to the L5-S1 disk, and did not have any appreciable post contrast enhancement, structures diffusely low in signal intensity on T2 weighted imaging, atypical for simple synovial cyst, differential would include primarily a large synovial cyst which had been complicated by internal hemorrhage, sequela of pigmented villonodular cellulitis, or less likely, extruded disk material, the structure caused severe right neural foraminal stenosis flattening the exiting right sided L5 nerve root in the posterior aspect and obliterating the neural foraminal fat, also, the structure resulted in moderate canal stenosis at that level effacing the right half of the thecal sac and deviating the nerve roots toward the left in the canal, correlated for right sided L5 nerve radiculopathy, severe bilateral facet arthropathy at L5-S1, L4-L5, and L3-L4, moderate canal stenosis at L3-L4 and L4-L5, nearly effacing the CSF at those levels, severe left sided neural foraminal stenosis at L3-L4 flattening the exiting left L3 nerve root, grade 1 spondylolisthesis at L4-L5 without pars defects, and chronic mild anterior superior compression deformity of L3.

- An **MRI of the pelvis** (ordered by Dr. Prasad and interpreted by Dr. Macha) revealed mild bilateral hip osteoarthrosis, no evidence for avascular necrosis or femoral neck stress reaction on either side, no osseous lesions visible about the pelvis, Mrs. Pittman had a separately reported MRI of the lumbar spine the same date, and see that report for description of findings also observed here, specifically at L5-S1.

**November 26, 2024**

- Mrs. Pittman had a follow up visit at Precision Spine Care with **Charles Gordon, M.D.** for evaluation of low back pain. Mrs. Pittman reported that she had pain in the lower back, a gradual onset with injury, and pain was radiated to the left foot, right foot, and right greater than left, described the pain as moderate, aching, burning, and shooting, noted the symptoms were aggravated by lying/rest, sitting, and walking, and relieved by heat, massage, and movement. Dr. Gordon indicated Mrs. Pittman had abilities to perform activities of daily living (ADLs) to include prolonged sitting, sleeping, personal care, and housework with moderate difficulty, and was unable to perform prolonged standing. Dr. Gordon noted Mrs. Pittman reported 50% improvement in the ability to perform activities of daily living since the last procedure. Examination revealed a pain score of 8/10, pain in the right lower back extending down right leg to top of foot, occasionally hurting on left leg at times, Mrs. Pittman was quite weak in the right tibialis anterior and gastrocnemius with strongly positive Straight Leg Raising test on the right, quite a bit of paraspinous spasm in the back, and she walked using a cane. Dr. Gordon reviewed an MRI from Tyler Open MRI performed on September 11, 2024, which showed a chronic L3 wedge compression fracture and anterolisthesis of L4-L5, there was also a synovial cyst at L4-L5, and an MRI done previously on November 25, 2024, which showed the spondylolisthesis at L4-L5 with nerve compression and a disk, a left sided arthropathy at L3-L4 that was not thought to be symptomatic, Mrs. Pittman had a large mass at L5-S1 that was suspected to be a synovial cyst that had bleeding into it, that mass was quite large and did not enhance, that mass was not really present on her prior films but thought might communicate to her joint cyst that was noted at L4-L5 on her prior films. Dr. Gordon opined that Mrs. Pittman had a pre-existing synovial cyst that was damaged at the time of her accident, and because of her blood thinner, she had some bleeding into the cyst most likely. Dr. Gordon provided

© Copyright 2025 Physician Life Care Planning, LLC

assessments of spinal stenosis in the lumbar region, spondylosis without myelopathy of lumbar region, and lumbar region radiculopathy. Dr. Gordon indicated that Mrs. Pittman was a lovely lady kindly sent over by Dr. Prasad, who was having a very rough time with pain in the back and pain in the right leg, she traced her present symptoms to a car crash that occurred on August 3, 2024, she was on I-20 following several cars, which were behind an 18 wheeler, which lost its load causing a pile up accident, her car was shoved into a concrete barrier and she developed pain, was evaluated at CHRISTUS Emergency Room and had further treatment with Dr. Prasad, she was having neck pain, facial pain, and numbness, pain in the back, and pain of the right leg, fortunately her neck pain had resolved but unfortunately her back and right leg pain had gotten worse and got precipitously worse in late October, and she was having to use a walker and a cane to get around. Dr. Gordon reported Mrs. Pittman's past medical history was remarkable for substantial weight loss, she told me she used to weigh 200 pounds more than she did at that time, she was taking Mounjaro and blood thinners for atrial fibrillation, and had also been on Prednisone for a couple of years. Dr. Gordon indicated that they spoke about other less likely possibilities including unusually located disk herniation or non-enhancing tumor but based on her history and her studies the radiologist felt that a hemorrhagic synovial cyst was most likely and Dr. Gordon agreed with that, clinically it was likely that ultimately was due to her car crash of August 2024, and that cyst had experienced some hemorrhage after the time of her initial MRI, also spoke at length about her options, because of her weakness and the large size of the cyst, would support surgical intervention, thought that we have to do a laminectomy and foraminotomy right L4-L5 and L5-S1 and likely carry out a fusion at one or both of those levels. Dr. Gordon noted that he had a chance to visit about the procedure and its risks, limitations, and alternatives, spoke about the 4 potential outcomes from surgery and the 7 specific risks of the procedure, I did share with Mrs. Pittman the procedure carried an additional level of difficulty owing to her medical conditions, her Prednisone use, her GLP-1 use, and her weakness was complicated by the substantial amount of pressure she had on the nerves, she had a higher risk of complications including spinal leak and infection and non-fusion, nonetheless, Mrs. Pittman could not walk in her present condition and felt that it was unlikely that she would improve without surgical intervention, and discussed at length the pros and cons and risks of surgery, and she would like us to proceed, she was anxious to proceed, and would do so at her convenience. Dr. Gordon recommended to stop blood thinners and Mounjaro, and ordered a CT of the back and a Dobutamine echocardiogram.

**December 3, 2024**

- Mrs. Pittman had an office visit at **Tyler Internal Medicine Associates** with **Melisia Martin, A.P.R.N., F.N.P.-C.** (Records did not indicate name of attending provider) for a routine health care. Mrs. Pittman reported that she had significant lower extremity numbness, and began having numbness at the top of her feet on the anterior aspect of both legs to her thigh. Mrs. Pittman noted that while taking a shower that day, she felt numbness in her lower abdomen. Mrs. Pittman also reported that she was taking Hydrocodone and Tizanidine twice a day to be able to manage, and it did not alleviate the pain, but helped control it. Ms. Martin noted Mrs. Pittman had a past medical history of atrial fibrillation on Eliquis, previous numerous PEs, DVTs, lymphedema of bilateral lower extremities, morbid obesity, and DM type 2. Ms. Martin reported Mrs. Pittman continued to see Raul Torres-Heisecke, M.D. for atrial fibrillation and was on Eliquis presently. Ms. Martin indicated Mrs. Pittman had lost over 200 pounds over the previous 2 years and praised her for significant weight loss. Ms. Martin noted Mrs. Pittman was

eating a high protein/low carb diet, and was on Mounjaro. Mrs. Pittman noted that she had shortness of breath. Ms. Martin also indicated Mrs. Pittman was involved in an MVC on August 3, 2024, she saw Dr. Prasad, and was going to physical therapy, reported that she was not improving, and then on October 27, 2024, began having severe lower back pain and developed an inability to walk. Ms. Martin reported Mrs. Pittman stated she had developed significant right lower extremity weakness, her legs became numb, and she was at work and unable to drive due to the severity of pain. Ms. Martin indicated Mrs. Pittman did go to the ER, at that time, they did a CT of the head, which showed no acute abnormalities, a CT of the neck, which showed no acute abnormalities, a CT of the thoracic spine, which showed a ground glass nodule in the right lower lung, and a CT of the lumbar spine, which showed a chronic L3 compression deformity, multilevel degenerative disk disease, multilevel facet arthritis that was most severe at L4-L5 and L5-S1, and moderate spinal stenosis at L4-L5. Ms. Martin noted Mrs. Pittman was evaluated by Dr. Prasad and an MRI was ordered. Mrs. Pittman had an epidural injection on October 29, 2024, and it did not help with her pain. Ms. Martin reported Mrs. Pittman had seen Dr. Gordon and was scheduled for surgical removal of the mass on January 21, 2025. Examination revealed significantly decreased motor strength on right lower extremity with dorsiflexion and plantar extension. Ms. Martin reviewed an MRI, which showed large dumbbell shaped structure occupying the right lateral aspect of L5-S1 extending through the right neuroforaminal area, it was noted to be atypical for a synovial cyst, differential included large synovial cyst with complicated internal hemorrhage, sequela of cellulitis, and extruded disk material, and Mrs. Pittman did have flattening of the cord at the L5 nerve root. Ms. Martin provided assessments of paroxysmal atrial fibrillation (PAF) (Primary), lymphedema of lower extremity, spinal cord mass, right leg weakness, impaired fasting glucose (IFG), Vitamin D deficiency, B12 deficiency, and mixed hyperlipidemia. Ms. Martin recommended to continue Eliquis, Mounjaro, follow up with Raul Torres-Heisecke, M.D., referral to Mark Renfro, Neurological Surgery for evaluation and treatment, obtain records from UT, ordered labs, and advised to follow up in 6 months for routine labs, and in 4 weeks for routine care.

**December 5, 2024**

- Mrs. Pittman had a **History and Physical evaluation** at **Baylor Scott & White Texas Spine & Joint Hospital** with **Laura Roberts, N.P.** (Records did not indicate name of attending provider) for pre-operative medical clearance and perioperative medical care. Mrs. Pittman noted that she had significant pain in both lower extremities despite a pain medication regimen. Ms. Roberts noted that starting in October 2024, Mrs. Pittman had significant pain with radiation to her right lower extremity and had required use of an arm crutch since that time. Ms. Roberts reported Mrs. Pittman had been on variation of Meloxicam, Norco 7.5, Tylenol 3, and Tizanidine to assist with symptoms since that time. Ms. Roberts noted Mrs. Pittman was scheduled for L4-S1 PLF and cyst excision per Dr. Gordon. Ms. Roberts indicated Mrs. Pittman was a restrained passenger in an MVC that occurred in "August 2023" (Correct DOI: August 2024) and significant lateral whiplash from 2 different collisions ensued. Examination revealed Mrs. Pittman appeared obese, abnormal gait, and +non-pitting LE edema. Ms. Roberts reviewed an ECG, which revealed NSR/SA 70. Ms. Roberts reviewed labs, which showed blood urea nitrogen 31 (H) and BUN/creatinine ratio 52 (H), and also reviewed an echo performed in 2022, which showed normal RVSP, EF 55%, and possible PFO. Ms. Roberts provided assessments of lumbar stenosis/radiculopathy, PAF status post ablation last 2022, history of multiple PE, chronic lower extremity lymphedema, BMI 41, and osteoarthritis. Ms. Roberts indicated that she discussed

with Mrs. Pittman the risks and benefits of Gabapentin and she elected to start Gabapentin nightly and titrate to tolerance, she understood to stop Meloxicam and Mounjaro a week prior to surgery, also discussed no Lovenox 24 hours prior to surgery, and recommended L4-S1 PLF/cyst excision per Dr. Gordon, PT, OT, analgesia, DVT prophylaxis per surgeon, follow up for possible bubble study, continue as needed Torsemide and compression stockings, no diuretics in the morning of surgery, encouraged on exercise, on weight loss efforts, Solu-Cortef stress dosing during surgery, and continue Prednisone without interruption.

- A **CT of the lumbar spine** performed at Baylor Scott & White Texas Spine & Joint Hospital (ordered by Dr. Gordon and interpreted by **Greg A. Schultz, M.D.**) revealed interval development of a large volume of soft tissue within the right L5 foramen, extending into the right side of the spinal canal at L5, that was a greater volume of soft tissue than expected for disk extrusion, findings would be concerning for a process such as lymphoma, an MRI lumbar spine without and with contrast was suggested for further evaluation, severe central spinal stenosis at L4-L5 and L5-S1 levels, severe left L3 foraminal narrowing, and stable chronic partial compression of the L3 vertebra.

- A **stress echocardiogram** (ordered by Dr. Gordon and interpreted by **Robert Carney, M.D.**) revealed that was a negative exercise stress test with adequate coronary stress, mild hypertensive diastolic response with no evidence of ischemia seen.

- A **treadmill stress test** (ordered by Dr. Gordon and interpreted by **Margaret Hayden, M.D.**) revealed maximum HR 150 bpm, 90% of max predicted 165 bpm, HR at rest 82, max BP 180/110 mmHg, BP at rest 150/90, maximum workload 4.20 METS, HR reserve used 73%, HR recovery 32 bpm, frequent ventricular ectopy (VE) recovery 5 VE/min, ST/HR hysteresis 0.008 mV (V2), QRS duration baseline 96 ms, peak EX 90 ms, and REC 100 ms, and a conclusion revealed asymptomatic.

- A **treadmill stress echo test** (ordered by Ms. Roberts and interpreted by Dr. Carney) revealed exercise time 9:06, METS 4.20, achieved heart rate 150, target heart rate 165 = 90%, resting BP 150/90, peak exercise BP 180/110, and end BP 105/60, and PVCs and bigeminy were seen.

- Ms. Roberts issued an addendum indicating that stress echocardiogram showed non-ischemic ST/EF 55%, and okay to proceed with planned surgery with low CV risk.

- Ms. Roberts issued an addendum indicating that case was discussed with Dr. Jensen, Anesthesiologist, Mrs. Pittman had achieved 9+min on stress test on December 5, 2024, no symptoms with moderate METs since cardiac ablation in 2022, non-urgent follow up EP to revisit PFO, Lovenox bridging for planned surgery, and okay to proceed with planned lumbar surgery as scheduled.

**December 10, 2024**

- Mrs. Pittman had a History and Physical evaluation with Dr. Gordon, who indicated Mrs. Pittman had no significant change in physical exam from documented pre operative exam.

- Mrs. Pittman was admitted and underwent **laminectomy, medial facetectomy, foraminotomy and nerve root decompression at the left L4-L5 and L5-S1** with use of the microscope, **removal of hemorrhagic extraforaminal synovial cyst at the L5 level** (it appeared to emanate from the L4-L5 facet and removal was quite difficult increasing the difficulty of the procedure), **posterolateral fusion at L4-L5, placement of segmental fixation at L4-L5**, microscope used by both the surgeon and the assistant, and the entire procedure was an additional level of difficulty owing to the complexity of the anatomy and depth of field, performed at Baylor Scott & White Texas Spine & Joint Hospital by Dr. Gordon and the findings revealed instability at L4-L5, spondylolisthesis, severe compression on the L5 nerve and central canal from what appeared to be a hemorrhagic synovial cyst, and torn facet capsule at L4-L5 consistent with trauma.

- **X-rays of the lumbar spine** (ordered by Dr. Gordon and interpreted by Dr. Crum) revealed there were surgical changes from spinous process fusion at L4-L5, the hardware appeared intact, normal vertebral body heights, stable alignment, multilevel degenerative disk disease, and no evidence of fractures, and an impression revealed expected post operative changes.

**December 11, 2024**

- An **ultrasound of the bilateral leg veins** (ordered by Dr. Gordon and interpreted by Dr. Crum) revealed no evidence of DVT, patent lower extremity venous systems, phasic and compressible with normal augmentable waveforms, and the superficial system appeared patent involving the visible system, and an impression revealed no evidence of DVT.

- Dr. Dillin had a telephone encounter with Mrs. Pittman that day, and she indicated that she was in the hospital, and had to have emergency back surgery. Dr. Dillin noted Mrs. Pittman indicated that she had been losing weight, was dedicated to continuing to lose weight, but was not at a point where she could consider knee surgery, and was going to need to take care of her back first. Dr. Dillin noted that he was going to plan on calling Mrs. Pittman back in 3 months to check on her progress.

**December 12, 2024**

- Mrs. Pittman was discharged home in a good condition by **James McKinley, M.D.** with discharge diagnoses of L4-S1 PLF, cyst excision, paroxysmal atrial fibrillation status post ablation, history of PFO, history of pulmonary embolus x 3 in the past, lymphedema with venous stasis edema, obesity BMI 41, and hyperlipidemia. Dr. McKinley noted the hospital course included Mrs. Pittman was admitted to the Texas Spine and Joint Hospital after the above mentioned surgical procedure, operative course was uneventful, hospital course also uneventful, she did well, medical problems were controlled, she received bridging Lovenox because of her history of

thromboembolic events, and tolerated that well, it was discussed with her and her husband the difficulty balancing the risks of thromboembolic events and epidural hematoma after a spine surgery and they understand the difficulty and the need to be off anticoagulants for period of time post operatively, by the time of discharge, Mrs. Pittman was ambulating independently with a walker, tolerating regular diet, performing bodily functions, and her pain was controlled, she had a Doppler examination of the lower extremities, which was negative for DVT, she was asymptomatic in regard to her medical problems they were all well controlled, her drainage subsided the point where surgeon ordered removal of the drain felt she could be discharged home, was receiving prophylactic dose Lovenox and would resume her full dose Eliquis the following day, which would be 2 days after drain removal, and she had been given appropriate post operative instructions and precautions and asked to follow up with Dr. Gordon as scheduled.

### December 23, 2024

- Precision Spine Care records indicate Dr. Gordon had a telephonic encounter indicating Mrs. Pittman had called in with concern for a wound breakdown. Dr. Gordon indicated he was going to see Mrs. Pittman that afternoon, and she had sent a picture of her wound which did appear to have some superficial cellulitis associated with it. Dr. Gordon noted he would see Mrs. Pittman that afternoon and he would ask her to follow up with Richard R. Yates, M.D. the next day to be sure that she was on the right antibiotic. Dr. Gordon indicated Mrs. Pittman did have some comorbidities so he wanted to be sure that Richard R. Yates, M.D. was managing her appropriately.

- Mrs. Pittman had a follow up visit with Dr. Gordon for a wound check. Dr. Gordon indicated Mrs. Pittman presented that day for a wound check after lumbar surgery. Dr. Gordon noted Mrs. Pittman was a couple of weeks out from a decompression fusion in the lumbar spine, was doing pretty well, then over the previous few days, she had increased pain and was concerned about infection. Examination revealed Mrs. Pittman's wound did have a suggestion of cellulitis. Dr. Gordon indicated he asked Dr. Redmond to come in and look at it with him and there was not a deep opening though they tried to spread the wound edges apart. Dr. Gordon noted it seemed to be well opposed but there was certainly some redness with the tissues particularly in the center of the wound. Dr. Gordon indicated Mrs. Pittman had a history of cellulitis in the past, Dr. Gordon had texted Richard R. Yates, M.D. and he could see Mrs. Pittman the following day morning. Dr. Gordon indicated Mrs. Pittman was on antibiotics and he would be sure that Richard R. Yates, M.D. was in agreement with her antibiotic regimen. Dr. Gordon noted he would ask Mrs. Pittman to come back following week to see Dr. Redmond as he was out of town for her to be checked again. Dr. Gordon recommended to get cultures that day and then send her over to the emergency room for a dose of Vancomycin and a CT lumbar to see it there was a fluid pocket that could be aspirated.

- Upon arrival to the Emergency Department of Baylor Scott & White Texas Spine & Joint Hospital, Mrs. Pittman was seen by **Amy Hughes, N.P.** (Records did not indicate the name of attending physician) for lumbar incisional redness. Ms. Hughes noted Mrs. Pittman was status post L4-S1 PLIF cyst excision on December 10, 2024, per Dr. Gordon. Mrs. Pittman reported she was recovering well until that previous Saturday, where she felt increased pain in the lower back.

Mrs. Pittman noted some redness around the lumbar incisional site, reported there had been minimal drainage observed from the incision, and some swelling around the affected area. Mrs. Pittman noted she called Dr. Gordon's on call service on Saturday and was placed on Bactrim. Ms. Hughes indicated Mrs. Pittman was in Dr. Gordon's office that day for follow up without significant improvement in the incisional site. Ms. Hughes noted Dr. Gordon sent her over to the emergency room for a CT scan and wanted IV Vancomycin. Mrs. Pittman reported she had an appointment with Richard R. Yates, M.D. at 9 a.m. in the morning. Examination revealed blood pressure 108/71 mmHg, obese, erythema surrounding middle lumbar incision extending approximately 2 cm from the wound edges, scant serous drainage noted to Mrs. Pittman's t-shirt, mild swelling around the incisional site and +non-pitting BLE edema. Labs revealed sodium 136 mmol/L (L), osmo-calc 271 mOsm/kg (L), c-reactive protein 1.5 mg/dL (H), neutrophil 75.9% (H) and monocyte 16.3% (L). A **CT of the lumbar spine** (ordered by and interpreted by Dr. Crum) revealed no evidence of fractures, stable superior endplate deformity at L3, there were surgical changes in the spinous process fusion at L4-L5, hardware was grossly intact in appropriate position, there was an anterolisthesis of L4 on L5 and L5-S1, post operative changes were present on the last soft tissue structures were within normal, no large epidural collection was noted, there did appear to be some fluid seen within the dorsal subcutaneous soft tissues, that measured up to approximately 2.1 x 4.5 cm at L4-L5, and an impression revealed interval surgical changes with spinous process fusion at L4-L5 and hardware was grossly in appropriate position and intact without obvious fracture. Ms. Hughes provided an assessment of lumbar wound erythema status post L4-S1 PLF/cyst excision per Dr. Gordon on December 10, 2024. Ms. Hughes noted a CT of the lumbar spine and labs as above, and there was no visible drainage at that time for wound culture. Ms. Hughes indicated she collaborated with Dr. Gordon, and Mrs. Pittman had an appointment with Richard R. Yates, M.D. in at 9 a.m. the following day. Ms. Hughes noted he would let ID determine antibiotics, and would fax labs to Richard R. Yates, M.D. office. Ms. Hughes indicated Dr. Gordon told Mrs. Pittman could discharge home and Dr. Gordon to arrange office appointment at PSC the next day for possible drainage of superficial fluid under ultrasound. Ms. Hughes recommended Vancomycin given per Dr. Gordon and advised to return to ER if symptoms worsened.

**December 24, 2024**

- Mrs. Pittman had an office visit at **East Texas Infectious Disease Consultants** with **Richard R. Yates, M.D.**, who noted Mrs. Pittman presented with Spinal stenosis of lumbar region. Dr. Yates provided a diagnosis of spinal stenosis of lumbar region without neurogenic claudication. Dr. Yates indicated post-op seroma and secondarily infected. Dr. Yates noted Mrs. Pittman had a recent MVA with "I" spine nerve compression, and was status post lumbar surgery, presently with inflamed and painful. Dr. Yates indicated he had discussed with Dr. Gordon, and Mrs. Pittman was going to Spine and joint ER. Dr. Yates noted Mrs. Pittman would likely have I and D that night.

- Upon arrival to the Emergency Department of Baylor Scott & White Texas Spine & Joint Hospital, Mrs. Pittman was seen by Ms. Hughes for lumbar incisional redness. Ms. Hughes noted Mrs. Pittman was status post L4-S1 PLIF cyst excision on December 10, 2024, per Dr. Gordon. Mrs. Pittman reported she was recovering well until that past Saturday, where she felt increased pain in lower back, noted she also noticed some redness around the lumbar incisional site, reported

there had been minimal drainage observed from the incision, noted there was some swelling around the affected area. Mrs. Pittman reported she called Dr. Gordon's on call service on Saturday and she was placed on Bactrim. Ms. Hughes noted Mrs. Pittman was in Dr. Gordon's office that day for follow up without significant improvement in the incisional site, and Dr. Gordon sent her over to the emergency room for a CT scan and wanted IV Vancomycin. Ms. Hughes indicated Mrs. Pittman had a follow up appointment with Dr. Yates that morning, and Dr. Yates discussed with Dr. Gordon for need of lumbar I&D that day. Examination revealed Mrs. Pittman was obese, erythema surrounding middle lumbar incision extended approximately 2 cm from the wound edges, scant serous drainage noted to her t-shirt, mild swelling around the incisional site, and +non-pitting BLE edema. Ms. Hughes reviewed a CT of the lumbar spine performed on December 23, 2024, and noted there was no visible drainage at that time for wound culture. Ms. Hughes indicated Dr. Gordon at bedside in ED evaluating and discussing with Mrs. Pittman, and would make Mrs. Pittman n.p.o. Ms. Hughes noted Mrs. Pittman did have a protein shake at 8.00 that morning. Ms. Hughes recommended Mrs. Pittman to return to the OR that day for I&D of the lumbar spine per Dr. Gordon.

- Dr. Gordon issued a note indicating he had interviewed and examined Mrs. Pittman that day, and found no significant change in physical exam from documented pre operative exam.

- Mrs. Pittman underwent an **irrigation and debridement of lumbar wound** performed by Dr. Gordon, and the findings revealed Mrs. Pittman did have evidence of a superficial wound infection with appearing fluid collection, and that did not appear to go deep

**December 28, 2024**

- Mrs. Pittman was discharged home in a stable condition with Home Health by **Aleksandra Olsson-Detwiler, M.D.** with a discharge diagnosis of status post L4-S1 posterior lateral fusion December 10, 2024, with subsequent infection caused by E. coli. status post I&D on December 24, 2024. Dr. Olsson-Detwiler noted the hospital course included Mrs. Pittman underwent elective L4-S1 posterior lateral fusion with cyst excision on December 10, she came back to us on the 24th with suspicion of infection, was taken to the operating room, I&D was performed, wound VAC was placed, cultures were taken, and subsequently grew E.coli, initially she was on broad spectrum antibiotics including Vancomycin and Cefepime, later on Vancomycin was discontinued, infectious disease specialist plans to send her home on p.o. antibiotics Ceftin 500 mg p.o. twice daily x 2 weeks, otherwise she denied any fever chills shortness of breath chest pain nausea vomiting, she was able to tolerate diet, able to urinate and had bowel movement, had a history of multiple DVTs/PE, she was on chronic anticoagulation/Eliquis, they restarted Eliquis and she was to continue 5 mg twice a day as she was taking it at home, also, she had a history of atrial fibrillation status post ablation in 2022, she had been in normal sinus throughout the stay, she developed mild post operative anemia, but she remained asymptomatic, considering that at that point she was doing quite well and they were not dealing with any new medical or surgical issues after consulting with the surgeon, decision was made to send her home, in terms of discharge instructions and recommendations, Mrs. Pittman was to continue her home medications, on top of it she was to take Norco and some on as needed basis for pain, continue antibiotics as scheduled, she was to follow up with the surgeon as well as infectious disease specialist, home health was to address wound VAC and otherwise if there

was any problems she was to come back to their emergency room. Dr. Olsson-Detwiler
prescribed Dofetilide 500 mcg oral capsule, Tramadol HCl 50 mg, Prednisone 10 mg oral tablet,
Zolpidem 10 mg oral tablet, Torsemide 20 mg oral tablet, Gabapentin 300 mg oral capsule,
Eliquis 5 mg oral tablet, Carisoprodol 350 mg oral tablet, Hydrocodone Bitartrate-
Acetaminophen 10 mg-325 mg oral tablet, Magnesium 250 mg oral tablet, and Acidophilus
Lactobacillus 500 Million ORG oral capsule, recommended to follow up with provider as
scheduled, activity per surgeon, and resume previous diet.

- Dr. Olsson-Detwiler issued an addendum indicating Mrs. Pittman did not home the previous day
because of the fact that wound VAC was not arranged/delivered to her house.

**December 31, 2024**

- A home health certification and plan of care indicated Mrs. Pittman was being admitted under
the services of **Enhabit Home Health** for skilled nursing 3 times per week for 9 weeks.

- Records indicate Mrs. Pittman was first seen for Skilled Nursing and was last seen on February
14, 2025.

**January 7, 2025**

- Mrs. Pittman had an office visit at Precision Spine Care with **Aaron K. Calodney, M.D.** for
procedure. Dr. Calodney noted wound VAC in place, which was changed by HH RN on January 6,
2025. Mrs. Pittman underwent a wound VAC in lower back performed by Dr. Calodney, who
advised Mrs. Pittman to return for a follow up wound check visit in 2 days, was provided with
wound care instructions. Dr. Calodney noted Mrs. Pittman had wound VAC in place,
serosanguineous drainage noted to vacuum container, minimal redness noted around sponge
and appeared to be related to dressing. Mrs. Pittman reported redness in skin folds around
abdomen/thighs. Mrs. Pittman reported nausea and requested Phenergan. Dr. Calodney
recommended he would call in Zofran and referral to James Wortham, P.A. Thursday as needed
and instructed Mrs. Pittman to use Vagisil cream to the affected areas and notify the clinic if
worsened.

- Mrs. Pittman had a follow up visit with Dr. Gordon for a wound check. Dr. Gordon indicated
Mrs. Pittman was close to 2 to 3 weeks out from her decompression fusion and then
unfortunately, required lumbar irrigation and debridement on Christmas Eve. Dr. Gordon noted
fortunately, Mrs. Pittman seems to be improved, her wound VAC was in place and her skin
edges look good. Dr. Gordon indicated Mrs. Pittman's neuro exam was stable and she was
walking fine. Mrs. Pittman was to see Dr. Yates that day and was continuing on antibiotics. Dr.
Gordon indicated he shared with Mrs. Pittman that he would like to see her back at least every
other week while the wound was healing, and unfortunately, she still was having some leg pain,
which they believe could be attributed to the inflammation associated with her infection. Dr.
Gordon noted they would keep a close eye on Mrs. Pittman, and he had asked her to call him

immediately should she develop fever or other neurological problems. Dr. Gordon advised he would see Mrs. Pittman back in a couple of weeks or sooner if needed.

- Mrs. Pittman had a follow up visit with Dr. Yates, who noted superficial wound infection - E.coli. Examination revealed wound VAC in place. Dr. Yates prescribed Cefuroxime 500 mg take 1 tablet by mouth 2 times and Fluconazole 200 mg take 1 tablet by mouth daily for 7 days, recommended Mrs. Pittman to continue Ceftin and Fluconazole for yeast infection, and advised to return in about 4 weeks.

**January 23, 2025**

- Mrs. Pittman had an office visit at Precision Spine Care with **James Wortham, P.A.** (Records did not indicate the name of attending physician) for a post-op visit. Mr. Wortham noted Mrs. Pittman underwent a laminectomy L4-L5 and L5-S1 and interspinous fusion at L4-L5 on December 10, 2024, post-op course was complicated by a wound infection that required an I&D procedure that was done on December 24, 2024. Mr. Wortham noted fortunately, Mrs. Pittman was doing okay, and she had some relief from her back and leg pain. Mrs. Pittman reported she continued to have back and leg pain, was still on wound care and had a wound VAC in place. Mr. Wortham noted Mrs. Pittman did not report any other significant changes to her past medical history, had been on antibiotics and continued to be with infectious disease and wound care. Examination revealed the wound did seem to be healing, Mrs. Pittman still had a wound VAC in place, she told they were changing that several times a week, the wound was slowly closing, she did continue to have some giveaway weakness and numbness in the bilateral lower extremities and a slow antalgic gait. Mr. Wortham reviewed **x-rays of the lumbar spine** done that day at PSC, which showed Mrs. Pittman's interspinous implant in place at L4-L5. Mr. Wortham noted Mrs. Pittman's post-op x-rays looks good. Mr. Wortham provided an assessment of low back pain, indicated Mrs. Pittman was approximately 6 weeks post-op from a lumbar laminectomy L4-L5, L5-S1 and interspinous fusion L4-L5 and about 5 weeks post-op from a lumbar wound I&D procedure. Mr. Wortham noted Mrs. Pittman was doing reasonably well and making progress. Mr. Wortham indicated Mrs. Pittman continued to be under Dr. Yates' care for infectious disease and she was still on wound care. Mr. Wortham noted they were going to have Mrs. Pittman start slowly increasing her activities and continue on infectious disease and wound care. Mr. Wortham indicated he would like to see Mrs. Pittman back in 6 weeks for a re-evaluation, and she was not yet ready to return to work. Mr. Wortham noted he was requesting that they send a prescription for Tylenol 3 to the Walgreens in Brookshire's on Roseland there in Tyler. Mr. Wortham indicated if they were unable to fill that medication, then Mrs. Pittman would need to see someone on the pain team for a medication evaluation.

**February 4, 2025**

- Mrs. Pittman had a follow up visit with Dr. Yates, who noted Mrs. Pittman's wound was fully healed, recommended Mrs. Pittman to continue Ceftin and Fluconazole for yeast infection, and advised to return if symptoms worsened or failed to improve.

**February 7, 2025**

- Mrs. Pittman had a follow up visit with Mr. Wortham, who noted Mrs. Pittman had been working with Dr. Yates and had a wound VAC. Mr. Wortham indicated fortunately Dr. Yates had released Mrs. Pittman and the wound VAC had been removed. Mr. Wortham noted Mrs. Pittman was doing well, had good relief of her back and leg pain and the wound was slowly healing. Examination revealed wound VAC had been removed, Mrs. Pittman was doing wet to dry dressings, the wound was slowly healing, she did have some difficulty ambulating and weakness in the right lower extremity, and she used crutches. Mr. Wortham provided an additional assessment of radiculopathy of lumbar region, noted Mrs. Pittman was approximately 8 weeks post-op from a lumbar laminectomy interspinous fusion and approximately 6 weeks post-op from a lumbar wound I&D. Mr. Wortham noted Mrs. Pittman was doing better, was making progress, and the wound was healed. Mr. Wortham indicated they were going to have Mrs. Pittman start increasing her activities, and he would like to get her into physical therapy to see if they could improve her gait. Mr. Wortham noted Mrs. Pittman was going to continue with her wound care. Mr. Wortham recommended a referral to physical therapy 3 times per week for 6 weeks and advised to see Mrs. Pittman back in 6 weeks for a re-evaluation before they release her to as needed follow up.

- Mr. Wortham issued a correspondence indicating Mrs. Pittman was under his medical care, she might return to work on February 17, 2025, with activity restrictions of light duty and part time as tolerated.

**February 26, 2025**

- Mrs. Pittman had a **Physical Therapy evaluation** at **Obach Physical Therapy Clinic** for low back pain and lumbar region radiculopathy, and was provided a treatment plan, which included therapy 2-3 times a week for 6 weeks, with a short-term goal of Mrs. Pittman would demonstrate and practice all needed joint protection and unloading for safe rehab and self-help care for pain management including RICE precautions for symptomatic low back following MVA, to be achieved by 3 weeks, and long-term goals of decrease Oswestry function limit to less than 20% showing improved posture, position and support of spine potential for safe return to activity, complete recovery from spine surgery, increase LE ROM to 80% normal ROM or better, with 5/5 strength hips, knees, and ankles, able to complete 6 min walk test at a speed of 3 feet/sec or better with even cadence, balance, normal gait pattern, good postural control for safe return to community ambulation and active lifestyle, Mrs. Pittman would demonstrate and practice motor control exercises, working on sequencing and coordination, CT lumbar spine stab, elongation/decompression of stems and diaphragmatic breathing with mobility work to improve muscle balance in upper and lower quarter, return to activity wit out back pain, to be achieved by 6 weeks.

**March 5, 2025**

- Records indicate Dr. Dillin had a telephonic encounter indicating Mrs. Pittman had really been through some pretty extensive medical care. Dr. Dillin indicated Mrs. Pittman told him that she underwent emergency back surgery, and then several weeks later she was discovered to have an infection that required a reoperation and a wound VAC, the wound VAC was discontinued and the wound had healed. Dr. Dillin noted Mrs. Pittman was in therapy for her back, apparently there was a cystic structure that was impinging on some of the roots that led to her right leg and had caused some significant muscle dysfunction for which she was in therapy as well. Dr. Dillin noted Mrs. Pittman's right knee still bothered her quite a bit. Dr. Dillin indicated he was going to plan on seeing Mrs. Pittman in 3 weeks and 2 days in Tyler after she had a chance to get through most of the remaining physical therapy.

**March 26, 2025**

- Mrs. Pittman had a follow up visit with Mr. Wortham, who noted Mrs. Pittman was working with Dr. Yates and had a wound VAC. Mr. Wortham indicated fortunately, Mrs. Pittman was doing better, she had good relief of her back and leg pain, and the wound had healed well. Examination revealed wound was well healed, Mrs. Pittman was ambulating better and did use a crutch. Mr. Wortham indicated Mrs. Pittman was approximately 3 months post-op from a lumbar wound I&D and about 3-12 months post-op from a lumbar laminectomy and interspinous fusion at L4-L5. Mr. Wortham noted fortunately, Mrs. Pittman's wound had healed, and her pre-operative symptoms had significantly improved. Mr. Wortham indicated Mrs. Pittman was pleased with her post operative progress. Mr. Wortham noted they were going to have Mrs. Pittman start increasing her activities and plan to see her back as needed.

- Mr. Wortham issued a correspondence indicating Mrs. Pittman was under his medical care, she might return to work on March 31, 2025.

**March 28, 2025**

- Mrs. Pittman had a follow up visit with Dr. Dillin, who noted Mrs. Pittman's right knee was better, and fortuitously, because she had some degree of therapy performed at Obach in order to treat neuralgia type symptoms after back surgery which was performed on December 10, 2024. Dr. Dillin indicated that day he could almost fully straighten Mrs. Pittman's knee, and she could bend down to at least 90 degrees. Dr. Dillin noted Mrs. Pittman still had a valgus deformity, reviewed Mrs. Pittman's x-rays in his clinic in Fort Worth, indicated Mrs. Pittman had a considerable degree of degeneration in both knees, with notch spurring and lateral joint line deformity that was greater on the right side. Dr. Dillin noted they had a long discussion about the fact that she had some residual degree of locking, indicated Mrs. Pittman was 60% or 70% better than she had been symptomatically, and the only difference was the therapy that was provided at Obach and some tincture of time. Dr. Dillin noted he had explained to Mrs. Pittman that no matter what they do surgically for her right knee, whether that was just a debridement of a structure that presumably caused her locking or a knee replacement, and the risk to her with respect to deep venous thrombosis and pulmonary embolism was substantial because of her lymphedema. Dr. Dillin indicated Mrs. Pittman was not in favor of doing surgery regardless,

noted he thought there would be some value in trying to continue with the therapy at Obach. Dr. Dillin recommended Mrs. Pittman to continue therapy and advised to see her back in Tyler in 6-8 weeks.

- Mrs. Pittman had a **Physical Therapy re-evaluation** after 10 visits at Obach Physical Therapy Clinic for low back pain and lumbar region radiculopathy, and was provided a treatment plan, which included therapy 2-3 times a week for 6 weeks.

## April 1, 2025

- Mrs. Pittman had a consultation with Dr. Calodney, who noted Mrs. Pittman was involved in an MVA that occurred on August 3, 2024, and sustained injuries to her neck and low back. Mrs. Pittman reported she was the passenger in the car that was travelling on the interstate when the car in front of them came to a sudden stop, caused the driver to swerve into the cement curb and flip their car on the driver side, an 18 wheeler lost his load, which caused the other 5 vehicles in front of them to stop suddenly, and did not go to the ER at the time of the MVA but went 3 hours later. Dr. Calodney indicated prior to that MVA, Mrs. Pittman did not have any pain in her neck or back and had never been evaluated or treated for back and neck pain prior to that accident. Dr. Calodney noted Mrs. Pittman underwent lumbar spine surgery December 10, 2024, by Dr. Gordon with subsequent infection post operatively that was treated, and overall, she had good relief in her back and leg pain. Dr. Calodney indicated Mrs. Pittman was undergoing physical therapy with Ralph Obach 3 times a week. Mrs. Pittman reported pain in her low back was aching, stabbing, and burning, radiated down both lower extremities, right side greater than the left, and was aggravated with prolonged sitting, standing, and walking. Mrs. Pittman noted the pain in her neck radiated into the right shoulder. Mrs. Pittman reported prior to that MVA, she was walking 8,000 to 10,000 steps a day and at present she had to ambulate with a crutch and was very unsteady. Dr. Calodney indicated Mrs. Pittman did take Tylenol #3 at bedtime. Examination revealed ankle dorsiflexion at right was 4/5, cervical pain ROM limited, lumbar paraspinous tenderness, antalgic gait, lumbar extension coupled with rotation was painful, TTP over lumbar paraspinals extended across gluteal and piriformis musculature adjacent to a well healed hypertrophic scar bilaterally, right greater than left, leg extension strength was 4/5 on the right, Patellar (L2-L4) right 1+ and left 1+ and Achilles (L5, S1-S2) at right and left was absent. Dr. Calodney provided assessments of cervicalgia, noted Mrs. Pittman's axial neck pain most likely posterior element in origin and had cervical radicular pain with right proximal upper extremity pain. Dr. Calodney ordered x-rays and MRI of the cervical spine, recommended a cervical therapy collar to utilize at home and continue seeing Ralph Obach, and advised to follow up in 4 weeks to review imaging and discuss further treatment options.

## April 11, 2025

- An **MRI of the cervical spine** performed at Baylor Scott & White Texas Spine & Joint Hospital (ordered by Dr. Calodney and interpreted by **Pulin Patel, M.D.**) revealed an appropriate T1 marrow signal intensity of the cervical vertebra, cervical spine vertebral body height was maintained, no fracture or compression deformity, no significant STIR hyperintensity to suggest vertebral body edema or ligamentous injury, the posterior fossa was unremarkable, no cord

syrinx or cord signal abnormality, multilevel cervical spine moderate facet arthropathy, grade 1 retrolisthesis of C3 upon C4, visible paraspinous soft tissues were unremarkable, at C2-C3, adequate disk hydration, no significant loss of disk space height or posterior disk abnormality and no significant canal or neuroforaminal stenosis, at C3-C4, disk desiccation with disk space height loss, broad based disk osteophyte complex effaced the subarachnoid space, contact upon the ventral cord without cord signal abnormality, no significant central canal stenosis or significant right neural foraminal stenosis and moderate left neural foraminal stenosis due to uncovertebral hypertrophy and facet arthropathy, at C4-C5, disk desiccation with severe disk space height loss, broad based disk osteophyte complex abutted the thecal sac, right paracentral subarachnoid space was effaced, contact upon the right hemicord without cord signal abnormality, mild right central canal stenosis, moderate right neural foraminal stenosis due to uncovertebral hypertrophy and no significant left neural foraminal stenosis, at C5-C6, disk desiccation with moderate disk space height loss, broad based disk osteophyte complex abutted the thecal sac, subarachnoid space was effaced and there was contact upon the ventral cord without cord signal abnormality, mild central canal stenosis and no significant neural foraminal stenosis, at C6-C7, desiccation with moderate disk space height loss, broad based disk osteophyte complex abutting the thecal sac, effaced the subarachnoid space and contacting the ventral cord, no cord signal abnormality and no significant central canal or neural foraminal stenosis, at C7-T1, adequate disk hydration, no significant loss of disk space height or posterior disk abnormality and no significant canal or neuroforaminal stenosis and upper thoracic spinal canal partially in the field of view for the study on sagittal images appeared unremarkable without significant central canal stenosis or neural foraminal narrowing, and the impressions revealed moderate cervical spondylosis with multilevel mild central canal stenosis, no cord signal abnormality, moderate left C3-C4 and right C4-C5 neural foraminal stenosis and grade 1 retrolisthesis of C3 upon C4.

### April 15, 2025

- Precision Spine Care records indicate Dr. Calodney had a telephonic encounter indicating Mrs. Pittman called with numbness in the right foot that had worsened and had some urinary incontinence. Dr. Calodney noted Mrs. Pittman underwent lumbar spine surgery on December 10, 2024. Dr. Calodney ordered a lumbar MRI and advised Mrs. Pittman to schedule for a follow up to review imaging on Monday.

### April 18, 2025

- An **MRI of the lumbar spine** performed at Baylor Scott & White Texas Spine & Joint Hospital (ordered by Dr. Calodney and interpreted by Dr. Schultz) revealed disk desiccation noted at the L2-L3 through L5-S1 levels, slight posterior subluxation of L3 on L4, chronic slight loss of vertebral body height at the L3 level, remainder of the lumbar vertebra were well maintained, the conus terminated in normal position, no evidence for clumping or thickening of the nerve roots in the thecal sac, visualized paraspinous structures in the field of view were unremarkable, there had been prior posterior fusion of the L4 and L5 vertebra using spinous process hardware, mild to moderate atrophic change noted in the paraspinal muscles, no evidence of osteoarthrosis or avascular necrosis in the left or right hip, at L5-S1, no evidence of disk protrusion, central spinal stenosis or foraminal narrowing, and moderate to severe facet

arthropathy, left greater than right, at L4-L5, a right lateral bulge of the disk annular extended into the right L4 foramen and abutted the right L4 root, no evidence of central canal narrowing or left sided foraminal narrowing and severe facet arthropathy, at L3-L4, facet hypertrophy and slight posterior subluxation of L3 on L4 produced moderate central canal narrowing, the thecal sac measured 7.5 mm in AF dimension, those findings contributed to moderate left and mild right L3 foraminal narrowing, at L2-L3, a left lateral protrusion was noted into the left L2 foramen, that did not abut or deform the left L2 root, bulge of the disk annulus flattened the ventral thecal sac and central canal narrowing was mild, normal L1-L2 and lower thoracic spine partially in the field of view for the study on sagittal images appeared unremarkable without significant central canal stenosis or neural foraminal narrowing, and the impressions revealed lumbar spondylosis with moderate central canal narrowing at L3-L4 and mild central canal narrowing at L2-L3, right lateral bulge of the disk annulus at L4-L5 abutted the right L4 root, left lateral protrusion at L2-L3 into the left L2 foramen, that did not abut or deform the left L2 root, and prior posterior fusion of the L4 and L5 vertebra using spinous process hardware.

**April 21, 2025**

- Mrs. Pittman had a consultation at Precision Spine Care with **Andrew Vest, D.O.**, who noted Mrs. Pittman was injured in a motor vehicle accident on August 3, 2024, where she sustained injuries to cervical and lumbar spine. Dr. Vest indicated Mrs. Pittman subsequently underwent laminectomy and fusion at L4-L5 on December 10, 2024, which unfortunately was complicated with post operative infection. Dr. Vest noted resolution of infection and following surgery had helped with her pain however, Mrs. Pittman did continue to cite some significant functional limitations. Mrs. Pittman reported she had weakness in the right lower extremity with a markedly antalgic gait. Mrs. Pittman noted that prior to the motor vehicle accident, she was walking about 8,000-10,000 steps daily and that had contributed to an over 200 pound weight loss. Mrs. Pittman reported that her activity levels had been diminished following that accident, though she did continue to remain quite active. Dr. Vest noted Mrs. Pittman had enrolled in physical therapy with Ralph Obach and that had been significantly helpful for her. Examination revealed gait markedly antalgic favoring the left, cervical ROM painful particularly with axial rotation, lumbar ROM pain limited in all planes, Mrs. Pittman had lumbar paraspinal muscle tenderness right greater than left extended over gluteus and piriformis musculature, she had dysesthetic sensory changes right lower extremity predominantly in an L4 nerve root distribution, on the right lower extremity strength was 4/5 with hip flexion, leg extension, dorsiflexion and plantar flexion, and E reflexes 1+ patellar and Achilles bilaterally. Dr. Vest noted reviewed an MRI of the lumbar spine performed on April 18, 2025, and noted Mrs. Pittman was injured in a motor vehicle accident on August 3, 2024, subsequently underwent laminectomy and spinous process fusion at L4-L5 on December 10, 2024, by Dr. Gordon, which was unfortunately complicated by post operative infection. Dr. Vest indicated Mrs. Pittman's continued right lower extremity pain and dysesthetic sensory changes predominantly in L4 nerve root distribution with MRI findings indicated a right lateral bulge abutting the right L4 nerve root. Dr. Vest noted multilevel lower lumbar spondylitic changes and slight posterior subluxation and facet hypertrophy resulted in moderate central canal narrowing with moderate left and mild right L3 foraminal narrowing. Dr. Vest recommended a selective epidural injection on L4 on the right, continue with physical therapy, and LSO.

**April 23, 2025**

- Upon arrival to the Emergency Department of Baylor Scott & White Texas Spine & Joint Hospital, Mrs. Pittman was seen by **Kimberley Lowry, F.N.P.-C.** (Family nurse practitioner for Dr. McKinley) for urinary incontinence and increased numbness tingling RLE. Ms. Lowry noted Mrs. Pittman had a history of low back pain and was followed by Dr. Calodney. Ms. Lowry indicated Mrs. Pittman had L4-S1 posterior lateral fusion on December 10, 2024, followed by I&D on December 24, 2024, by Dr. Gordon. Mrs. Pittman reported the surgery helped her back pain but she continued to have numbness, tingling and weakness to right lower extremity. Ms. Lowry noted Mrs. Pittman ambulated with a cane. Mrs. Pittman reported she had mild urinary incontinence for years but that morning she was incontinent of bowel and bladder. Ms. Lowry indicated Mrs. Pittman contacted Dr. Calodney's office and was advised to come to the ER for evaluation. Examination revealed lumbar spine, paraspinal tenderness, slow gait, Mrs. Pittman used cane to ambulate and mild weakness noted with right knee flexion/extension against resistance 3/5. Ms. Lowry reviewed an MRI of the lumbar spine performed on April 18, 2025, and provided assessments of bowel and bladder incontinence, and lumbar spondylosis with radiculopathy. Ms. Lowry indicated Dr. Vest examined Mrs. Pittman in ER, and he reviewed her MRI performed on April 18, 2025, and did not feel her symptoms warranted additional imaging at that time. Ms. Lowry recommended to follow up with Dr. Calodney in clinic, continue Hydrocodone, Gabapentin, Soma, Prednisone, and Tramadol as needed, limit bending, lifting, twisting, or pushing heavy objects and apply ICE to the low back as directed, and advised to return to ER if symptoms worsened. Ms. Lowry discharged Mrs. Pittman to home.

**April 28, 2025**

- Dr. Calodney issued a Physician H&P note indicating Mrs. Pittman had no significant abnormalities noted and was recommended epidural transforaminal lumbar at the right.

- Mrs. Pittman underwent a **lumbar transforaminal epidural level treated at right L4** performed by Baylor Scott & White Texas Spine & Joint Hospital by Dr. Calodney without complications

**May 10, 2025**

- Upon arrival to the Emergency Department of UT Health Tyler, Mrs. Pittman was seen by **Randy Ekins, D.O.** for complaints of left lower extremity tenderness and redness. Dr. Ekins noted Mrs. Pittman had a medical history of hypertension, atrial fibrillation, cellulitis and abscess of leg, anemia, coronary atherosclerosis, lymphedema, and PE. Mrs. Pittman reported that prior night, she began to experience fever and body aches and developed redness to left lower leg. Mrs. Pittman reported having similar symptoms in the past when she had cellulitis, and was anticoagulated on Eliquis. Examination revealed bilateral lower leg demonstrated 2+ edema, circumferential bright erythema and increased warmth to the left lower extremity. An **ECG** (ordered by Consuella Fleming, F.N.P. and unclear interpreting provider) revealed normal sinus rhythm with sinus arrhythmia, normal ECG, when compared with ECG of October 19, 2022, no significant change was found. **X-rays of the chest** (ordered by Consuella Fleming, F.N.P. and interpreted by Dr. Macha) revealed that the lungs were clear, no significant effusion, the heart was unremarkable, unremarkable mediastinum, no pneumothorax, mild left to chronic

clavicular joint arthrosis, regional osseous structures were otherwise unremarkable and an impression revealed unremarkable chest. Dr. Ekins provided an impression of left leg cellulitis. Dr. Ekins prescribed Ceftriaxone (Rocephin) 1 g in water for injection 10 ml syringe IV, Ondansetron (Zofran) 4 mg injection IV, and recommended to admit Mrs. Pittman for further evaluation and treatment.

- Mrs. Pittman had a **History and Physical evaluation** with **Rajendra N. Sajjan, M.D.** for fever and left leg redness. Mrs. Pittman reported fever since that day morning, took some medications and did not pay attention and woke up around 2:00 p.m. in the afternoon and noticed that her left leg was red and more swollen than usual and hence she ended up coming to the emergency room, where she was evaluated and had been referred for admission with concern for sepsis and cellulitis. Examination revealed blood pressure 103/62, temp 37.3 degrees C (99.2 degrees F), skin showed erythema and rash, left leg redness with local warmth hence signs of cellulitis. Dr. Sajjan reviewed an **ECG** that showed normal sinus rhythm, normal axis with some sinus arrhythmia, with a rate of 83 and **x-rays of the chest** that showed no acute infiltrates or congestive heart pattern or cardiomegaly. Dr. Sajjan provided assessments of fever, left leg cellulitis, morbid obesity, lymphedema, history of pulmonary embolus and DVT, history of cardiac arrhythmia and history of diabetes mellitus. Dr. Sajjan indicated that fever was most likely secondary to left leg cellulitis, Mrs. Pittman did not meet sepsis criteria. Dr. Sajjan prescribed to continue with Eliquis, Dofetilide and Farxiga and recommended to treat with IV antibiotics, continue with IV Unasyn and follow up culture results, advised weight loss, continue with diuretics and follow the electrolytes, and advised to follow up clinically.

**May 13, 2025**

- Mrs. Pittman was discharged home by Dr. Sajjan with a discharge diagnosis of left leg cellulitis. Dr. Sajjan noted the hospital course that Mrs. Pittman was admitted with fever and left leg cellulitis, recommended to continue IV antibiotics and follow Mrs. Pittman clinically, noted some improvement in left leg cellulitis but was red and warm to touch, Mrs. Pittman was doing well with decreased cellulitis and to be discharged on Augmentin another 7 days. Dr. Sajjan prescribed Amoxicillin-Pot Clavulanate 500-125 mg 2 times per day for 7 days, recommended to continue Apixaban 5 mg, Dofetilide 500 mcg, Furosemide 20 mg, Jardiance 10 mg, Meloxicam 15 mg, Ozempic 1 mg/dose (4 mg/3 ml) pen injector, Potassium Chloride 20 mEq CR tablet, Prednisone 10 mg, Tizanidine 4 mg, and Tramadol 50 mg, and advised to follow up with culture results, and follow up clinically.

**May 15, 2025**

- Records indicate Mrs. Pittman was first seen for Physical Therapy at **PT Solutions PVT - Tyler** for bilateral knee pain and stiffness, abnormalities of gait and mobility, and was last seen on May 19, 2025.

**June 2, 2025**

- Mrs. Pittman had an office visit at Precision Spine Care with **Mariana Allison, N.P.** (Records did not indicate the name of attending physician) for chronic pain and post procedure evaluation. Ms. Allison noted that Mrs. Pittman underwent a right SEB at L4 with Dr. Calodney on April 28, 2025, and reported that she had numbness on her right lower extremity after the injection but it did help resolve some of her pain, added that she had not been able to walk well due to the numbness in the right lower extremity, experienced numbness on the lateral anterior aspect of her right leg, voiced that sometimes it affected her bladder. Ms. Allison noted that Mrs. Pittman was injured in a motor vehicle accident on August 3, 2024, where she sustained injuries to cervical and lumbar spine, subsequently underwent laminectomy and fusion at L4-L5 on December 10, 2024, which unfortunately was complicated with post operative infection, resolution of infection and following surgery had helped with her pain, however, she did continue to cite some significant functional limitations, had weakness in the right lower extremity with a markedly antalgic gait, prior to that motor vehicle accident she was walking about 8,000-10,000 steps daily and that had contributed to an over 200 pound weight loss. Mrs. Pittman reported that her activity levels had been diminished following accident though she did continue to remain quite active, had enrolled in physical therapy with Ralph Obach and that had been significantly helpful for her, had received her LSO brace. Ms. Allison reviewed an MRI of the lumbar spine performed on April 18, 2025. Examination revealed that the lumbar spine demonstrated moderate pain with motion. Ms. Allison provided assessments of chronic pain syndrome, radiculopathy of lumbar region, paresthesia of skin and other low back pain. Ms. Allison discussed possible referral to surgeon if numbness continued to affect her bladder control, and spinal cord stimulator (SCS) was also discussed, and recommended referral to Ellisiv Lien, M.D. for EMG study of the right lower extremity.

**June 26, 2025**

- An **NCV/EMG study of the bilateral lower extremities** performed at Precision Spine Care (ordered by Dr. Calodney and interpreted by **Ellisiv Lien, M.D.**) revealed evidence of ongoing L5 radiculopathy on the right, that was causing mild foot drop, the electrodiagnostic study revealed evidence of chronic L4 and L5 radiculopathy on the right and left, clinical exam was positive for right L4 radiculitis, EMG of paraspinals was not performed and would not yield any additional information due to previous lumbar surgeries causing chronic changes in the paraspinals, and recent 200 pound weight loss.

**July 7, 2025**

- Mrs. Pittman had a follow up visit with Ms. Allison to review EMG records. Ms. Allison reviewed an EMG that was performed on June 26, 2025, that demonstrated L5 radiculopathy on the right, which was causing mild foot drop, chronic L4 and L5 radiculopathy on right and left, right L4 radiculitis. Ms. Allison provided additional assessments of right foot drop and SS, lumbar region. Ms. Allison ordered right sided SEB at L4 and L5, recommended to consider SCS trialing and advised to follow up with Dr. Calodney after procedure.

**July 23, 2025**

- Mrs. Pittman underwent **lumbar transforaminal epidural injection** performed at Baylor Scott & White Texas Spine & Joint Hospital by Dr. Calodney without complication.

**August 8, 2025**

- Mrs. Pittman had a follow up visit with Dr. Dillin, who noted that Mrs. Pittman's right knee felt better from the therapy. Mrs. Pittman reported some discomfort, but was considerably better, added that she also underwent an EMG/NCV, which indicated problems with her L5 nerve root and that repeat surgery was being considered. Dr. Dillin noted that Mrs. Pittman was due to see Dr. Calodney in late August, her back really did take precedence at that point. Dr. Dillin discussed different injections including hyaluronic acid, PRP, steroids, or a combination of PRP and hyaluronic acid, would rehash that again at the very end of September by phone.

**August 19, 2025**

- Mrs. Pittman had a follow up visit with Dr. Vest, who noted Mrs. Pittman reported that following resolution of infection, the surgery significantly improved her pain, however, she did have continued functional limitations with right lower extremity weakness, utilized a cane for ambulation assistance, had been working on weight loss and had lost over 200 pounds over the course of several years, unfortunately that accident and subsequent surgery with infection had limited her physical activity levels but continued to lose weight with diet and exercise. Dr. Vest reviewed an EMG done on June 26, 2025, that demonstrated L5 radiculopathy on the right side causing mild foot drop, had chronic L4 and L5 radiculopathy on the right and left with L4 radiculitis, had undergone selective epidural steroid injections on the right at L4 and L5 which did significantly improve her pain, however, she did continue to have those functional limitations, Mrs. Pittman had an LSO brace and used that properly. Dr. Vest indicated that the pain was well controlled at that time. Examination revealed antalgic gait favoring the left, was utilizing a cane for ambulation assistance, lumbar ROM limited with extension, minimal lumbar paraspinal muscle tenderness, on the right lower extremity strength was 4/5 with hip flexion, leg extension, dorsiflexion, plantarflexion. Dr. Vest provided assessments of chronic back and right lower extremity pain and weakness, post laminectomy syndrome status post laminectomy and fusion at L4-L5 on "December 10, 2020" (Correct DOI: December 10, 2024), which was unfortunately complicated by post operative infection, chronic radiculopathy on the right in an L4 and L5 distribution with good response to selective epidural block. Dr. Vest recommended to continue with home guided physical therapy and efforts at weight loss, and advised to follow up in 3 months.

**September 30, 2025**

- Mrs. Pittman had a follow up visit with Dr. Gordon for low back pain. Mrs. Pittman reported pain in legs, described as discomforting, numbness down right leg, added that the symptoms were aggravated by daily activities, standing and walking. Mrs. Pittman reported that she was doing well after the back surgery the prior year, which had helped her back and leg pain unfortunately was left with some residual numbness on the right leg. Dr. Gordon reviewed an

MRI that showed post operative changes with decreased nerve compression at L4-L5, did have a little bit of central stenosis at the level above L3-L4, had prior wound breakdown and there was no evidence of underlying infection. Mrs. Pittman reported that overall, felt like she had made good progress after her surgery, but was troubled by numbness of the right leg. Dr. Gordon recommended to consider peripheral or central spinal cord stimulation, a visit with Dr. Calodney about her case and advised to follow up with Dr. Calodney for consideration of spinal cord stimulation

- Mrs. Pittman had an office visit at Precision Spine Care with **Roger Chapman, N.P.-C.** (Records did not indicate the name of the attending physician), who noted that Mrs. Pittman had a history of chronic low back pain and right lower extremity radicular symptoms. Mr. Chapman noted that Mrs. Pittman was injured in a motor vehicle accident on August 3, 2024, where she sustained injuries to cervical and lumbar spines, subsequently underwent lumbar laminectomy and fusion at L4-L5 on December 10, 2020, with Dr. Gordon, which was unfortunately complicated by post operative infection, following resolution of infection, the surgery significantly improved her pain, however, she had continued functional limitations with right lower extremity numbness. Mr. Chapman also noted that Mrs. Pittman underwent L4 and L5 SEB on the right on July 23, 2025, with pain improvement but continued to struggle with numbness and that nerve distribution in the right lower extremity. Mr. Chapman provided assessments of chronic pain syndrome, low back pain, radiculopathy, lumbar region. Mr. Chapman recommended SCS trial lumbar MDT and ID clearance prior to procedure, and ordered drug screen.

**October 6, 2025**

- Dr. Dillin had a telephonic encounter with Mrs. Pittman and reported that she was having significant problems with her back, added that the surgery had not been successful in alleviating her pain. Dr. Dillin noted that Mrs. Pittman had been referred to Dr. Calodney for a spinal cord stimulator, and was going through the process of doing the pre-operative work up that was necessary prior to spinal cord stimulator. Mrs. Pittman reported that she felt that she had separate pain in her knee, wanted to hold off on doing anything about the knee until her much more severe back problem was dealt with. Dr. Dillin advised to follow up in 3 months to check on progress.

**October 21, 2025**

- Mrs. Pittman had a follow up visit with Dr. Yates for spinal stenosis of lumbar region. Examination revealed 4+ lower extremity edema, and wound VAC. Dr. Yates provided assessments of superficial wound infection E. coli, recurrent cellulitis RLE secondary to lymphedema. Dr. Yates prescribed Cephalexin (Keflex) 500 mg capsule, and recommended to continue Ceftin and Fluconazole.

**Undated**

- Ms. Martin issued a correspondence indicating that Mrs. Pittman had a past medical history of atrial fibrillation, pulmonary emboli and DVTs, Mrs. Pittman was on chronic anticoagulant therapy with Eliquis and due to her past medical history, Mrs. Pittman would need to be bridged with Lovenox while she was off of Eliquis.  Ms. Martin also indicated that Mrs. Pittman would need to stop Eliquis 3 days before surgery and would need to restart Eliquis 2 days after surgery, would need to take Lovenox injections twice a day except for day surgery, would not take Lovenox on day of surgery and would restart the day after surgery.

### 2.1.3    Noteworthy Considerations

#### 2.1.3.1    Diagnostics

**August 3, 2024**

- X-rays right shoulder, no evidence of acute fracture or dislocation, normal acromioclavicular joint space interval and acromial humeral interval, and unremarkable upper lateral rib cage and lung, impressions of no fracture or dislocation.

- X-rays right knee, degenerative arthritis was characterized by marginal spur formation, subarticular sclerosis and moderate to severe tricompartmental joint space narrowing, no fracture, no significant joint effusion, and normal bone mineralization, impressions of moderate to severe tricompartmental degenerative arthritis of the right knee.

- CT head/brain, no evidence of intracranial hemorrhage or extra-axial collections, normal ventricles and sulci, unremarkable posterior fossa structures, patent basilar cisterns, no evidence of mass, mass effect or mid-line shift, the white matter was maintained without white matter disease or infarct, visible paranasal sinuses and mastoid air cells were clear, and multiple sebaceous cysts within the soft tissues, impressions of no acute intracranial abnormality.

- CT of the maxillofacial, intact nasal bone and visible mandible, the zygomatic arches were appropriate, bony orbit was intact without fracture, the maxillary walls so no fracture, intact pterygoid plates, the temporal bone was not fractured, clear mastoid air cells, the visible paranasal sinuses were clear, no evidence of air fluid levels, maintained intraconal, and extraconal spaces, the globes retained their turgor, and unremarkable soft tissue structures, impressions of no acute facial injury.

- CT cervical spine, no evidence of acute fractures, no high grade osseous spinal canal stenosis, unremarkable soft tissue structures, and 7 mm ground glass nodule in the right lung apex (2:84), impressions of no evidence of acute bony injury to the cervical spine, a ground glass nodule in the right lung apex measuring 7 mm, and eventual correlation with CT chest was recommended.

**August 29, 2024**

- <u>X-rays right knee</u>, imaging of each knee were performed with weightbearing and flexion, there was advanced tricompartmental joint disease of each knee without an obvious fracture or dislocation, a right sided joint effusion was suspected, of note there was no lateral view performed of the left knee, and moderate demineralization was present, impressions of advanced tricompartmental degenerative disease of each knee without acute findings.

**September 11, 2024**

- <u>MRI cervical spine</u>, intact odontoid process and craniocervical junction, well maintained vertebral body heights, no acute fracture or focal osseous lesion, anatomic alignment, the spinal cord was normal in course, signal and morphology, unremarkable paraspinal soft tissues, no acute process in the visible intracranial contents, at C2-C3, no disk protrusion, central canal or foraminal narrowing, at C3-C4, there was loss of height and signal in the intervertebral disk, a left paracentral osteophyte disk complex with facet and uncovertebral hypertrophy, mild narrowing of the central canal with effacement of the CSF ventral to the cervical cord, osteophytes resulted in severe left foraminal narrowing with impingement of the exiting left C4 nerve root, at C4-C5, there was loss of height and signal in the intervertebral disk, a right paracentral osteophyte disk complex with facet and uncovertebral hypertrophy, mild central canal narrowing with effacement of the CSF ventral to the cervical cord, facet and uncovertebral hypertrophy resulted in moderate right and mild left foraminal narrowing, at C5-C6, there was loss of height and signal in the intervertebral disk, a broad based osteophyte disk complex resulting in mild narrowing of the central canal and effacement of the CSF ventral to the cervical cord, there was facet and uncovertebral hypertrophy resulting in mild foraminal narrowing, at C6-C7, there was loss of height and signal in the intervertebral disk, a broad based osteophyte disk complex resulting in mild narrowing of the central canal with effacement of the CSF ventral to the cervical cord, there was facet and uncovertebral hypertrophy resulting in mild left foraminal narrowing, at C7-T1, no disk protrusion, central canal or foraminal narrowing, impressions of cervical spondylosis with multilevel acquired central canal and foraminal narrowing, most severe at C3-C4 with impingement of the exiting left C4 nerve root and correlated for left C4 radiculopathy.

- <u>MRI lumbar spine</u>, a chronic L3 superior endplate compression fracture, a Schmorl's node in the superior endplate of L3, minimal anterolisthesis of L4 on L5, no spondylolysis, no acute fracture or focal osseous lesion, the conus was normal in signal and at positioned at L2, paraspinal muscle atrophy, visible retroperitoneal soft tissues were unremarkable, at the level of L1-L2, no disk protrusion, central canal or foraminal narrowing, at the level of L2-L3, there was loss of height and signal in the intervertebral disk, a broad based disk bulge with a posterior annulus tear, there was facet and ligamentum flavum hypertrophy, mild narrowing of the central canal, there was endplate osteophyte formation, facet and ligamentum flavum hypertrophy, mild bilateral foraminal narrowing, at the level of L3-L4, there was loss of height and signal in the intervertebral disk, a broad based disk bulge with endplate osteophyte formation, moderate narrowing of the central canal and lateral recesses, there was facet and ligamentum flavum hypertrophy, facet and endplate osteophytes resulting in moderate left foraminal narrowing with contact and deformity of the exiting left L3 nerve root, mild right foraminal narrowing, at

the level of L4-L5, there was loss of height and signal in the intervertebral disk, a broad based disk bulge with endplate osteophyte formation, there was facet and ligamentum flavum hypertrophy, mild narrowing of the central canal, lateral recesses and neural foramina, at the level of L5-S1, a broad based disk bulge, there was facet and ligamentum flavum labrum hypertrophy, no central canal or right foraminal narrowing, and facet osteophytes resulting in mild left foraminal narrowing, impressions of lumbar spondylosis with impingement of the exiting left L3 nerve root at L3-L4, correlated for L3 radiculopathy, chronic L3 superior endplate compression fracture, and minimal anterolisthesis of L4 on L5.

### October 29, 2024

- CT head, there were subcutaneous calcifications in the right anterior and posterior scalp possibly hair follicles, no mid-line shift or focal mass, unchanged ventricles, patent basilar cisterns, no abnormal extra-axial fluid collection, the gray/white differentiation demonstrated low density in the cerebellar hemispheres possibly component of artifact, MRI was recommended if symptomatology persisted, no intra or extra-axial hemorrhage, changes of acute infarction less than 24-48 hours in age might be inapparent on CT, the visualized paranasal sinuses and mastoid air cells were clear, and no fracture in the skull base or calvarium, impressions of no acute intracranial abnormality and low density in the cerebellar hemispheres possibly a component of artifact.

- CT cervical spine, no evidence of acute fractures, no high grade osseous spinal canal stenosis, and unremarkable soft tissue structures and visualized lung apices, impressions of no evidence of acute bony injury to the cervical spine.

- CT thoracic spine, no compression deformities, no acute fracture visible, anteriorly directed bridging osteophytes in the thoracic spine, characteristic of diffuse idiopathic skeletal hyperostosis, maintained disk spaces, no advanced facet arthropathy, alignment was maintained throughout the thoracic spine, the bony canal was patent throughout, and an 8 mm ground glass nodule in the right lung apex (301:15), impressions of no CT evidence of acute injury in the thoracic spine, an 8 mm ground glass nodule in the right lung apex, and follow up CT of the complete chest after an appropriate interval (3-12 months depending on clinical risk) to confirm stability and to evaluate additional findings (Fleischner society recommendation).

- CT lumbar spine, mild left convex curvature of the lumbar spine, there was chronic appearing compression deformity of the L3 vertebral body with 30% loss of vertebral body height, the vertebral body heights were otherwise maintained, no acute fracture or subluxation, intact posterior elements, mild multilevel degenerative disk disease, multilevel facet arthropathy, most severe at L4-L5 and L5-S1, 2 mm grade 1 degenerative anterolisthesis of L4 on L5, moderate spinal canal stenosis at L4-L5, moderate/severe left neural foraminal stenosis at L3-L4, the imaged portion of the sacrum was intact, symmetric sacroiliac joints, unremarkable paravertebral soft tissues, and no abnormality was identified in the partially imaged posterior abdomen, impressions of chronic appearing L3 compression deformity with 30% loss of vertebral body height, mild left convex curvature of the lumbar spine, mild multilevel degenerative disk disease, multilevel facet arthropathy, most severe at L4-L5 and L5-S1, 2 mm

grade 1 degenerative anterolisthesis of L4 on L5, moderate spinal canal stenosis at L4-L5, and moderate/severe left neural foraminal stenosis at L3-L4.

## November 25, 2024

- MRI lumbar spine, no concerning osseous lesions were visible, a mild anterior superior compression deformity of L3, however, that appeared chronic, an anterior superior endplate Schmorl's node seen in association, no additional compression deformities of the lumbar spine, 5 lumbar type vertebral bodies were visible, a rudimentary disk at S1-S2 also noted, conus terminated at L1-L2, within normal limits, no evidence for clumping or thickening of the nerve roots in the thecal sac, visualized paraspinous structures in the field of view were unremarkable, at L5-S1, in the interval compared to the prior MRI there was development of a large structure occupying the right lateral aspect of the canal in the lateral recess extending through the right neural foramina partly into the extraforaminal zone, measuring approximately 3.3 cm transverse, 1.3 cm anterior posterior, the dumbbell shaped structure did not have any appreciable post contrast enhancement, and had some mild intrinsic T1 signal hyperintensity, the entire structures were on T2 weighted imaging, the structure caused severe right neural foraminal stenosis flattening the exiting right sided L5 nerve root in the posterior aspect and obliterating the neural foraminal fat, there was nothing in that region on prior MRI, the structure did not appear to be associated with the L5-S1 disk, which remained with normal height, no annular fissure and no suggestion of associated protrusion, Mrs. Pittman had severe bilateral facet arthropathy at that level, also seen on prior study, the somewhat mass like process attenuated the right aspect of the canal causing moderate overall canal stenosis, pushing all of the nerve roots for the left aspect of the canal, the L5-S1 disk maintained normal height and was only mildly desiccated, normal alignment was maintained, bilateral severe facet arthropathy, no evidence for any unusual enhancement at the facet joints on post contrast imaging, the left neural foramina did not appear stenotic, at L4-L5, grade 1 spondylolisthesis, measuring approximately 2 mm was noted, no pars defects visible, there was severe bilateral facet arthropathy, maintained disk height, combination of the pseudo disk and ligamentum flavum hypertrophy combining to create moderate canal stenosis at that level, attenuating the central canal to approximately 7 mm and nearly effacing the CSF at that level, the neural foramina remained patent bilaterally, at L3-L4, disk desiccation and minor spondylosis noted with posterior mild symmetric annular disk bulge, and moderate bilateral facet arthropathy, a combination of disk bulge and ligamentum flavum hypertrophy resulted in moderate canal stenosis at that level again nearly effacing the CSF, with the central canal measuring approximately 7.0 mm in the mid-line, the left sided facet arthropathy contributed to severe left sided neural foraminal stenosis flattening the exiting left L3 nerve root in the neural foramina, the right neural foramina was only mildly stenotic from posterior facet arthrosis, at L2-L3, posterior symmetric annular disk bulge measuring approximately 3 mm depth in the mid-line, facet joints appeared unremarkable, there was only mild canal stenosis with slight flattening of the anterior thecal sac at that level, the canal measured approximately 9 mm, subarticular zones remained patent, the neural foramina were adequate bilaterally, unremarkable L1-L2 and T12-L1, and lower thoracic spine partially in the field of view for the study on sagittal images appeared unremarkable without significant central canal stenosis or neural foraminal narrowing, impressions of in the interval compared to the prior MRI there was development of a large dumbbell shaped structure occupying the right lateral aspect of the canal at L5-S1 extending through the right neural foramina partly into the extraforaminal zone, the structure did not

appear to be associated to the L5-S1 disk, and did not have any appreciable post contrast enhancement, structures diffusely low in signal intensity on T2 weighted imaging, atypical for simple synovial cyst, differential would include primarily a large synovial cyst which had been complicated by internal hemorrhage, sequela of pigmented villonodular cellulitis, or less likely, extruded disk material, the structure caused severe right neural foraminal stenosis flattening the exiting right sided L5 nerve root in the posterior aspect and obliterating the neural foraminal fat, also, the structure resulted in moderate canal stenosis at that level effacing the right half of the thecal sac and deviating the nerve roots toward the left in the canal, correlated for right sided L5 nerve radiculopathy, severe bilateral facet arthropathy at L5-S1, L4-L5, and L3-L4, moderate canal stenosis at L3-L4 and L4-L5, nearly effacing the CSF at those levels, severe left sided neural foraminal stenosis at L3-L4 flattening the exiting left L3 nerve root, grade 1 spondylolisthesis at L4-L5 without pars defects, and chronic mild anterior superior compression deformity of L3.

- MRI pelvis, Mrs. Pittman had a separately reported MRI of the lumbar spine the same date for description of findings specifically at L5-S1, no osseous lesions visible about the pelvis, sacroiliac joints appeared unremarkable, no sacral fracture was visible, pubic symphysis was within normal limits, pelvic viscera in the field of view for that study was unremarkable, bladder was distended at the time imaging without any obvious internal stones, or wall thickening visible, the hamstring origins and ischiofemoral interval was within normal limits, no evidence for avascular necrosis or femoral neck stress reaction on either side, mild bilateral hip osteoarthrosis changes with superior joint space loss, cartilage thinning and severe bilateral small osteophyte formation, no substantial joint effusion on either side, and no lower colon or small bowel wall thickening visible, impressions of mild bilateral hip osteoarthrosis, no evidence for avascular necrosis or femoral neck stress reaction on either side, no osseous lesions visible about the pelvis, Mrs. Pittman had a separately reported MRI of the lumbar spine the same date, and see that report for description of findings also observed here, specifically at L5-S1.

**December 5, 2024**

- CT lumbar spine, slight anterior subluxation of L4 on L5 was related to facet arthropathy, stable chronic partial compression of the L3 vertebra, vertebral body height at the remaining lumbar levels was well maintained, disk heights were maintained, no advanced facet arthrosis, visible paraspinous soft tissues and organs appeared unremarkable, visible upper sacrum unremarkable, each lumbar interspace would be described individually, at L5-S1 level, since the prior CT scan, a large volume of soft tissue had appeared in the right L5 foramen, extending to the right side of the spinal canal at L5, that was a greater volume of soft tissue than expected for disk extrusion, findings would be concerning for a process such as lymphoma, an MRI lumbar spine without and with contrast was suggested for further evaluation, severe central spinal stenosis was suspected at L5-S1, at L4-L5 level, facet hypertrophy, ligamentous thickening and anterior subluxation of L4 on L5 produced severe central spinal stenosis, no evidence of L4 foraminal narrowing, at L3-L4 level, facet hypertrophy and a diffuse bulge of the disk annulus contributed to mild to moderate central spinal stenosis, lumbar curvature and facet hypertrophy contributed to severe left L3 foraminal narrowing, at L2-L3 level, a diffuse disk osteophyte flattened the ventral thecal sac and contributed to mild central canal narrowing, no evidence of L2 foraminal narrowing, and normal L1-L2 level, impressions of interval development of a large

volume of soft tissue within the right L5 foramen, extending into the right side of the spinal canal at L5, that was a greater volume of soft tissue than expected for disk extrusion, findings would be concerning for a process such as lymphoma, an MRI lumbar spine without and with contrast was suggested for further evaluation, severe central spinal stenosis at L4-L5 and L5-S1 levels, severe left L3 foraminal narrowing, and stable chronic partial compression of the L3 vertebra.

- <u>Stress echocardiogram</u>, that was a high quality stress echocardiogram, Mrs. Pittman's evaluation was performed with an exercise time of 9 minutes and 6 seconds using a modified Bruce protocol, she achieved a heart rate of 150, target was 165 with her achieving 90% of predicted heart rate, in the sinus mechanism, her blood pressure at peak was 180/110 suggesting a hypertensive response, no ischemic changes were seen with ECG, her ejection fraction was 55%, with stress, there was appropriate increase to 65-70% with no regional wall motion abnormality, no pericardial effusion, and no significant valvular abnormalities, and an impression that was a negative exercise stress test with adequate coronary stress, mild hypertensive diastolic response with no evidence of ischemia seen.

- <u>Treadmill stress test</u>, maximum HR 150 bpm, 90% of max predicted 165 bpm, HR at rest 82, max BP 180/110 mmHg, BP at rest 150/90, maximum workload 4.20 METS, HR reserve used 73%, HR recovery 32 bpm, frequent ventricular ectopy (VE) recovery 5 VE/min, ST/HR hysteresis 0.008 mV (V2), QRS duration - baseline 96 ms, peak EX 90 ms, and REC 100 ms, impressions of asymptomatic.

- <u>Treadmill stress test</u>, exercise time 9:06, METS 4.20, achieved heart rate 150, target heart rate 165 = 90%, resting BP 150/90, peak exercise BP 180/110, and end BP 105/60, and PVCs and bigeminy were seen.

**December 10, 2024**

- <u>X-rays lumbar spine</u>, there were surgical changes from spinous process fusion at L4-L5, the hardware appeared intact, normal vertebral body heights, stable alignment, multilevel degenerative disk disease, and no evidence of fractures, impressions of expected post operative changes.

**December 11, 2024**

- <u>Ultrasound bilateral leg veins</u>, no evidence of DVT, patent lower extremity venous systems, phasic and compressible with normal augmentable waveforms, and the superficial system appeared patent involving the visible system, impressions of no evidence of DVT.

**December 23, 2024**

- CT lumbar spine, no evidence of fractures, stable superior endplate deformity at L3, there were surgical changes in the spinous process fusion at L4-L5, hardware was grossly intact in appropriate position, there was an anterolisthesis of L4 on L5 and L5-S1, post operative changes were present on the last soft tissue structures were within normal, no large epidural collection was noted, there did appear to be some fluid seen within the dorsal subcutaneous soft tissues, that measured up to approximately 2.1 x 4.5 cm at L4-L5, impressions of interval surgical changes with spinous process fusion at L4-L5 and hardware was grossly in appropriate position and intact without obvious fracture.

**April 11, 2025**

- MRI cervical spine, an appropriate T1 marrow signal intensity of the cervical vertebra, cervical spine vertebral body height was maintained, no fracture or compression deformity, no significant STIR hyperintensity to suggest vertebral body edema or ligamentous injury, the posterior fossa was unremarkable, no cord syrinx or cord signal abnormality, multilevel cervical spine moderate facet arthropathy, grade 1 retrolisthesis of C3 upon C4, visible paraspinous soft tissues were unremarkable, at C2-C3, adequate disk hydration, no significant loss of disk space height or posterior disk abnormality and no significant canal or neuroforaminal stenosis, at C3-C4, disk desiccation with disk space height loss, broad based disk osteophyte complex effaced the subarachnoid space, contact upon the ventral cord without cord signal abnormality, no significant central canal stenosis or significant right neural foraminal stenosis and moderate left neural foraminal stenosis due to uncovertebral hypertrophy and facet arthropathy, at C4-C5, disk desiccation with severe disk space height loss, broad based disk osteophyte complex abutted the thecal sac, right paracentral subarachnoid space was effaced, contact upon the right hemicord without cord signal abnormality, mild right central canal stenosis, moderate right neural foraminal stenosis due to uncovertebral hypertrophy and no significant left neural foraminal stenosis, at C5-C6, disk desiccation with moderate disk space height loss, broad based disk osteophyte complex abutted the thecal sac, subarachnoid space was effaced and there was contact upon the ventral cord without cord signal abnormality, mild central canal stenosis and no significant neural foraminal stenosis, at C6-C7, desiccation with moderate disk space height loss, broad based disk osteophyte complex abutting the thecal sac, effaced the subarachnoid space and contacting the ventral cord, no cord signal abnormality and no significant central canal or neural foraminal stenosis, at C7-T1, adequate disk hydration, no significant loss of disk space height or posterior disk abnormality and no significant canal or neuroforaminal stenosis and upper thoracic spinal canal partially in the field of view for the study on sagittal images appeared unremarkable without significant central canal stenosis or neural foraminal narrowing, impressions of moderate cervical spondylosis with multilevel mild central canal stenosis, no cord signal abnormality, moderate left C3-C4 and right C4-C5 neural foraminal stenosis and grade 1 retrolisthesis of C3 upon C4.

**April 18, 2025**

- MRI lumbar spine, disk desiccation noted at the L2-L3 through L5-S1 levels, slight posterior subluxation of L3 on L4, chronic slight loss of vertebral body height at the L3 level, remainder of the lumbar vertebra were well maintained, the conus terminated in normal position, no evidence for clumping or thickening of the nerve roots in the thecal sac, visualized paraspinous structures in the field of view were unremarkable, there had been prior posterior fusion of the L4 and L5 vertebra using spinous process hardware, mild to moderate atrophic change noted in the paraspinal muscles, no evidence of osteoarthrosis or avascular necrosis in the left or right hip, at L5-S1, no evidence of disk protrusion, central spinal stenosis or foraminal narrowing, and moderate to severe facet arthropathy, left greater than right, at L4-L5, a right lateral bulge of the disk annular extended into the right L4 foramen and abutted the right L4 root, no evidence of central canal narrowing or left sided foraminal narrowing and severe facet arthropathy, at L3-L4, facet hypertrophy and slight posterior subluxation of L3 on L4 produced moderate central canal narrowing, the thecal sac measured 7.5 mm in AF dimension, those findings contributed to moderate left and mild right L3 foraminal narrowing, at L2-L3, a left lateral protrusion was noted into the left L2 foramen, that did not abut or deform the left L2 root, bulge of the disk annulus flattened the ventral thecal sac and central canal narrowing was mild, normal L1-L2 and lower thoracic spine partially in the field of view for the study on sagittal images appeared unremarkable without significant central canal stenosis or neural foraminal narrowing, impressions of lumbar spondylosis with moderate central canal narrowing at L3-L4 and mild central canal narrowing at L2-L3, right lateral bulge of the disk annulus at L4-L5 abuts the right L4 root, left lateral protrusion at L2-L3 into the left L2 foramen, that did not abut or deform the left L2 root, and prior posterior fusion of the L4 and L5 vertebra using spinous process hardware.

**May 10, 2025**

- ECG, normal sinus rhythm with sinus arrhythmia, normal ECG, when compared with ECG of October 19, 2022, no significant change was found.

- X-rays chest, that the lungs were clear, no significant effusion, the heart was unremarkable, unremarkable mediastinum, no pneumothorax, mild left to chronic clavicular joint arthrosis, regional osseous structures were otherwise unremarkable, impressions of unremarkable chest.

**June 26, 2025**

- NCV/EMG bilateral lower extremities, evidence of ongoing L5 radiculopathy on the right, that was causing mild foot drop, the electrodiagnostic study revealed evidence of chronic L4 and L5 radiculopathy on the right and left, clinical exam was positive for right L4 radiculitis, EMG of paraspinals was not performed and would not yield any additional information due to previous lumbar surgeries causing chronic changes in the paraspinals, and recent 200 pound weight loss.

### 2.1.3.2    Procedures

**October 8, 2024**

- Bilateral C2-C4 medial branch blocks under fluoroscopic guidance, <u>Dr. Ritesh R. Prasad</u>.

**October 30, 2024**

- Right L5 transforaminal epidural steroid injection under fluoroscopic guidance without dural puncture, <u>Dr. Ritesh R. Prasad</u>.

**November 20, 2024**

- Right L4 transforaminal epidural steroid injection under fluoroscopic guidance without dural puncture, <u>Dr. Ritesh R. Prasad</u>.

**December 10, 2024**

- Laminectomy, medial facetectomy, foraminotomy and nerve root decompression at the left L4-L5 and L5-S1 with use of the microscope, removal of hemorrhagic extraforaminal synovial cyst at the L5 level (it appeared to emanate from the L4-L5 facet and removal was quite difficult increasing the difficulty of the procedure), posterolateral fusion at L4-L5, placement of segmental fixation at L4-L5, microscope used by both the surgeon and the assistant, and the entire procedure was an additional level of difficulty owing to the complexity of the anatomy and depth of field, <u>Dr. Charles Gordon</u>.

**December 24, 2024**

- Irrigation and debridement of lumbar wound, <u>Dr. Charles Gordon</u>.

**April 18, 2025**

- Lumbar transforaminal epidural level treated at right L4, <u>Dr. Aaron K. Calodney</u>.

**July 23, 2025**

- Lumbar transforaminal epidural injection, <u>Dr. Aaron K. Calodney</u>.

## 2.2    Summary of Medical Records that Pre-date the Cause of Relevant Injury/Illness

### 2.2.1    Sources

1. **UT Health Tyler (Medical) - Tyler, Texas**

   Greg A. Schultz, M.D.

   Alfred Llave, M.D.

   Roger Kent Walker, M.D.

   Eric Weissmann, M.D.

   John Andrews, M.D.

   Stephen Armstrong, M.D.

   Jose Enriquez, M.D.

   Aleksandr Korniyenko, M.D.

2. **Tyler Internal Medicine Associates, P.A. (Medical) - Tyler, Texas**

   Melisia Martin, A.P.R.N., F.N.P.-C.

   Thomas M. Buzbee, M.D.

   Roger Kent Walker, M.D.

3. **Baylor Scott & White Texas Spine & Joint Hospital (Medical) - Tyler, Texas**

   Scott Eckert, M.D.

   Charles D. Crum, M.D.

   Kimberley Lowry, F.N.P.-C.

4. **Hospitality Health ER (Medical) - Tyler, Texas**

   Lori Elizondo, P.A.

   Michael Rodriguez, M.D.

   Robert Elizabeth, M.D.

5. **Tyler Cardiovascular Consultants, P.A. (Medical) - Tyler, Texas**

   Raul Torres-Heisecke, M.D.

   Francisco Rivera, N.P.

### 2.2.2   Chronological Synopsis of Records

**March 14, 2019**

- **X-rays of the chest** performed at **UT Health Tyler** (ordered by Jonathan A. Canion, M.D. and interpreted by **Greg A. Schultz, M.D.**) revealed that the heart was normal in size, there was no evidence of mediastinal widening, double density did overlie the cardiac silhouette, and the left hemidiaphragm was poorly defined, findings suggested pneumonia in the left lung base, lung volumes were low, no significant effusion or pneumothorax, the osseous structures and soft tissue were unremarkable and an impression revealed radiographic findings suggested pneumonia in the left lung base.

**March 15, 2019**

- A **CT of the chest** performed at UT Health Tyler (ordered by Lazel Augustus, M.D. and interpreted by **Alfred Llave, M.D.**) revealed small left sided pleural effusion with adjacent atelectasis and/or pneumonia, no pneumothorax, heart size within normal limits, no pericardial effusion, no thoracic aortic aneurysm, and no bulky lymphadenopathy, degenerative changes were noted in the spine, and an impression revealed small left sided pleural effusion with adjacent atelectasis and/or pneumonia.

**March 21, 2019**

- **X-rays of the chest** performed at UT Health Tyler (ordered by Rajendra N. Sajjan, M.D. and interpreted by **Roger Kent Walker, M.D.**) revealed a small area of increased density in the left lung base similar to the previous study suggesting pneumonitis and possible effusion, the right lung was clear, and the heart and mediastinal structures were within normal limits and an impression revealed stable appearing consolidation pattern within the left lower lobe.

**March 28, 2019**

- Mrs. Marissa Pittman had an office visit at **Tyler Internal Medicine Associates** with **Melisia Martin, A.P.R.N., F.N.P.-C.** (Records did not indicate name of attending provider) for hospital follow up.  Ms. Martin noted that Mrs. Pittman was admitted to East Texas Medical Center on March 14, 2019 through March 22, 2019 for lower extremity cellulitis, pneumonia and shortness of breath, was treated with IV antibiotics and was discharged home on Augmentin.  Mrs. Pittman reported that she continued to feel short of breath, left sided chest pain and fatigue, added that she had continued severe shortness of breath with minimal exertion, was unable to do activities of daily living due to shortness of breath, had persistent left sided chest pain radiating to her back.  Mrs. Pittman reported that the erythema on her lower extremity had improved.  Examination revealed full cervical ROM, non-focal strength upper and lower extremities, sensory exam intact.  Ms. Martin provided assessments of SOB (shortness of breath), pneumonia due to infectious organism, and other specified chest pain.  Ms. Martin reviewed x-rays of the chest that demonstrated left lower lobe effusion and ordered labs that included complete blood count, comprehensive metabolic panel, ordered and obtained x-rays of

the chest, would obtain a CT with PE protocol on the same day, also ordered a nuclear stress test and advised to follow up in 2 weeks.

- A **CT angiography of the chest** performed at **Baylor Scott & White Texas Spine & Joint Hospital** (Thomas M. Buzbee, M.D. and interpreted by **Scott Eckert, M.D.**) revealed there was no large central pulmonary thromboembolism, evaluation for more distal pulmonary thromboemboli was limited due to the bolus contrast timing, 2 attempts utilizing 170 ml of Isovue-370 contrast were made, the findings might be reflective of poor cardiac output, there was left pleural effusion identified with adjacent atelectatic changes, some patchy alveolar opacities in the right upper lobe were present as well, non-specific but might be infectious or inflammatory in nature, if there was concern for new or significant pulmonary embolus, consider ventilation perfusion study/V/Q scan for further assessment

- A **CT angiography of the chest** performed at UT Health Tyler (ordered by Nathaniel Pavkov, D.O. and interpreted by **Eric Weissmann, M.D.**) revealed multiple filling defects within the left lower lobar, segmental, and subsegmental pulmonary arteries consistent with pulmonary emboli, no cardiomegaly or pericardial effusion, the thoracic aorta was normal in caliber, no adenopathy by CT size criteria, visualized thyroid was grossly unremarkable, there were consolidative changes and ground glass in the left lower lobe, small left pleural effusion, patchy ground glass densities within bilateral upper lobes, no pneumothorax, the trachea and mainstem bronchi were patent, no acute upper abdominal abnormality identified, no concerning osseous lesion identified and the impressions revealed positive for left lower lobe pulmonary emboli, consolidative changes and ground glass in the left lower lobe, differential included atelectasis versus pulmonary infarct versus infection, and small left pleural effusion.

**March 30, 2019**

- **X-rays of the chest** performed UT Health Tyler (ordered by Ketan Patel, M.D. and interpreted by **John Andrews, M.D.**) revealed clear lungs, no new infiltrates, and prior left effusion had decreased, the heart was normal in size with no mediastinal widening or pneumothorax, osseous structures and soft tissues were unremarkable, and the impressions revealed previous left lower lobe infiltrate and/or atelectasis was markedly improved, left pleural effusion had decreased.

**February 19, 2020**

- Mrs. Pittman had a follow up visit with Ms. Martin for PT/INR. Ms. Martin indicated that Mrs. Pittman had a past medical history of atrial fibrillation, pulmonary embolism, lymphedema of the lower extremities, morbid obesity, and insomnia. Mrs. Pittman reported that she had a cough and chest congestion for approximately a week, was coughing up green sputum, had severe osteoarthritis of her right knee and reported pain, had been taking Coumadin, and had not had an INR in a while. Examination revealed expiratory wheezing to right lower lobe. Ms. Martin provided assessments of encounter for general adult medical examination without abnormal findings, abnormal coagulation profile, INR was low that day at 1.0, acute bronchitis, atrial fibrillation, right knee pain, localized osteoarthritis of right knee and morbid obesity. Ms.

Martin prescribed to increase Coumadin, to take extra 10 mg a day, then 10 mg 5 days a week, 7.5 mg 2 days a week, Medrol pack tablet, 4 mg, for 6 days, Cefdinir capsule 300 mg, Prednisone tablet 10 mg, Phentermine HCl 37.5 mg, ordered and administered Depo Medrol 80 mg injection, Dexamethasone sodium phosphate injection 4 mg, ordered blood work that included A1c, complete blood count, comprehensive metabolic profile, lipid profile, thyroid profile, Vitamin B-12, Vitamin D 25 Hydroxy, PT/INR, referred to Lincare DME for home INR, referred to Azalea Orthopedics for surgical consultation with Dr. Dennis, and advised to follow up in 2 months.

**November 9, 2020**

- A **CT angiography of the chest** performed at Baylor Scott & White Texas Spine & Joint Hospital (ordered by Ms. Martin and interpreted by **Charles D. Crum, M.D.**) revealed that the pulmonary arterial system was relatively well opacified, the left lower lung pulmonary artery was poorly opacified, consistent with chronic embolus, which appeared stable from the prior study dated November 1, 2018, no new pulmonary emboli were identified, no right heart strain, the heart was normal in size, without mediastinal lymphadenopathy, soft tissue structures were normal, upper abdominal structures appeared normal, the aorta was normal in course and caliber, minimal patchy reticulation right upper lung was likely atelectatic changes, some subtle tree in bud opacities could be present, that appeared to be improving, there was some scarring within the left lower lung, tracheal bronchial tree was patent, no pneumothorax and impressions revealed no acute pulmonary embolism, stable chronic pulmonary embolism in the left lower lung, patchy right upper lung opacities, might be some minimal tree in bud changes, continued left basilar atelectatic changes or scarring.

**November 12, 2020**

- Mrs. Pittman had an office visit at Tyler Internal Medicine Associates with **Thomas M. Buzbee, M.D.** for chest pain.  Dr. Buzbee reviewed labs, which reveled high RBC 5.26, low MCH 26.8, low MCHC 31.3, high MPV 11.7, high NEUT 6.7, high BUN 19, high BUN/creatinine ratio 24, high ALTV 37, high alkaline phosphatase 155.  Dr. Buzbee provided assessments of chest pain and atrial fibrillation.  Dr. Buzbee prescribed Eliquis 5 mg 1 tablet orally, twice a day for 30 days, ordered labs that included Troponin I, complete blood count, comprehensive metabolic profile, ordered an ECG, and recommended to stop Warfarin Sodium Tablet.

- **X-rays of the chest** performed UT Health Tyler (ordered by Jonathan A. Canion, M.D. and interpreted by **Stephen Armstrong, M.D.**) revealed clear lungs and an unremarkable heart and mediastinum and an impression revealed no acute finding.

- A **CT angiography of the chest** (ordered by Jonathan A. Canion, M.D. and interpreted by **Jose Enriquez, M.D.**) revealed linear scarring in the left lower lobe of the lung likely representing chronic scarring from remote pulmonary infarction, no evidence of acute viral or bacterial pneumonia, airways were clear, no pneumothorax or pleural effusion, chronic occlusion of the left lower lobe pulmonary artery, that was chronic sequelae of pulmonary embolism first identified on October 3, 2018, no acute pulmonary embolism detected, the thoracic aorta was

normal in caliber without aneurysm or dissection, lymph nodes showed no mediastinal, hilar or axillary adenopathy, mediastinum and thyroid were unremarkable, bones showed multilevel spondylosis without destructive osseous lesion, unremarkable soft tissues and upper abdomen and the impressions revealed chronic occlusion of the left lower lobe pulmonary arteries, sequelae of pulmonary embolism first identified in October 2018, associated scarring of the left lower lobe related to prior pulmonary infarction, no acute pulmonary embolism, and no evidence of acute viral or bacterial pneumonia.

**December 15, 2020**

- Mrs. Pittman had a follow up visit with Ms. Martin for hospital follow up. Ms. Martin noted that Mrs. Pittman was admitted to the hospital on November 12, 2020 for persistent atrial fibrillation with RVR, Mrs. Pittman had 3 cardioversions, which were not successful, and was readmitted on December 7, 2020 by Raul Torres-Heisecke, M.D. Ms. Martin indicated that Mrs. Pittman was cardioverted and placed on Tikosyn. Mrs. Pittman reported that she felt like she had been in regular rhythm since, added that Tikosyn had caused headaches and insomnia but overall, was not having any fluttering or palpitations. Mrs. Pittman reported that she did continue to have shortness of breath and dyspnea on exertion, on November 12, 2020, CT angio showed chronic occlusion of the left lower lung, echo showed an EF of 50-55%. Ms. Martin noted that Mrs. Pittman had cellulitis and erythema of the left lower extremity. Examination revealed lymphedema with erythema and warmth to touch left lower extremity. Ms. Martin provided assessments of PAF (paroxysmal atrial fibrillation), chronic pulmonary embolism, cellulitis of left lower extremity, hyperlipidemia, Vitamin D deficiency, Vitamin B12 deficiency, IFG [impaired fasting glucose). Ms. Martin prescribed Cefuroxime Axetil tablet 500 mg, to continue Eliquis, ordered labs that included complete blood count, comprehensive metabolic profile, lipid profile, thyroid profile, Vitamin D 25 Hydroxy, Vitamin B12, A1c, advised to follow up with Raul Torres-Heisecke, M.D. as scheduled on January 8, 2021, for ablation, encouraged to do work from home until after that appointment, and advised to follow up in 3 months or as needed.

**February 7, 2021**

- Upon arrival to the Emergency Department of **Hospitality Health ER**, Mrs. Pittman was seen by **Lori Elizondo, P.A.** (Physician assistant for Roman Skylar, M.D.) for COVID-19 testing secondary to community exposure with a chief complaint of fever, cough, shortness of breath, congestion, diarrhea, and diffuse body aches for 3 days. Mrs. Pittman reported that the symptoms were severe, associated with diffuse muscle aches. Examination revealed that Mrs. Pittman appeared anxious, EENT showed dry mucous membranes, respiratory exam revealed rhonchi and crackles bilaterally, cardiovascular exam showed tachycardia, extremities revealed pedal edema in both lower extremities, and erythema on left. Labs revealed COVID rapid antigen test positive. An **ultrasound Duplex of the bilateral lower extremity veins** (ordered by Roman Skylar, M.D. and interpreted by **Michael Rodriguez, M.D.**) revealed that the study was limited by Mrs. Pittman's body habitus, right deep veins common femoral, femoral, profunda femoral and popliteal veins demonstrated normal compressibility, patency without thrombus, normal Doppler waveforms, right superficial veins showed that the saphenofemoral junction was patent without thrombus, left deep veins common femoral, femoral, profunda femoral and popliteal veins demonstrated normal compressibility, patency without thrombus, normal Doppler waveforms, left superficial

© Copyright 2025 Physician Life Care Planning, LLC

veins showed that the saphenofemoral junction was patent without thrombus, soft tissues demonstrated subcutaneous edema in the lateral left ankle region, area of pain and an impression revealed no evidence of deep vein thrombosis. A **CT angiography of the chest** (ordered by Roman Skylar, M.D. and interpreted by **Robert Elizabeth, M.D.**) revealed limitations, motion degraded study, pulmonary arteries showed that the bolus timing was poor with suboptimal enhancement of the pulmonary arteries, appeared to be bilateral pulmonary emboli, no aortic aneurysm, no aortic dissection, lungs showed vague ground glass and interstitial opacities within the right upper lobe and left lower lobe, pleural spaces were unremarkable, no pneumothorax, no pleural effusion, no cardiomegaly, no pericardial effusion, no enlarged lymph nodes, there was a 1.9 cm left adrenal nodule with internal attenuation of 4 Hounsfield units compatible with benign adrenal nodule, either adenoma or cyst, no imaging follow up necessary, no acute osseous abnormality, soft tissues were unremarkable and the impressions revealed suboptimally timed exam, there was however suspicion for bilateral pulmonary emboli, vague ground glass and interstitial opacities within the lungs were non-specific possibly related to pneumonitis, motion artifact or scarring. Ms. Elizondo provided impressions of myalgia, COVID-19 exposure screening, fever, dehydration, acute SARS-CoV-2 infection, bilateral pneumonia. Ms. Elizondo prescribed Singulair 10 mg, p.o., Pepcid 20 mg, p.o., Ivermectin 3 mg, p.o., ProAir HFA 108 mcg/act in aerosol solution, Tessalon Perles 100 mg p.o., capsules, Zithromax 250 mg, p.o., tablet, recommended to repeat CT, recommended admission, indicated that Mrs. Pittman refused CT and hospitalization, and against medical advice, Mrs. Pittman wished to go home, advised to follow up via telemedicine the following day for recheck, at UT Health East Texas for consideration of monoclonal antibody therapy.

- Ms. Elizondo provided a Work/School Excuse note indicating that Mrs. Pittman was seen on February 7, 2021, Mrs. Pittman might return to work/school in 10 days with no restrictions.

**February 10, 2021**

- **X-rays of the chest** performed at UT Health Tyler (ordered by Consuella Fleming, F.N.P. and interpreted by Dr. Walker) revealed that the lungs were clear, no significant effusion, the heart was unremarkable, unremarkable mediastinum and an impression revealed no acute cardiothoracic findings.

- A **CT angiography of the chest** (ordered by Consuella Fleming, F.N.P. and interpreted by Dr. Walker) revealed that the pulmonary arteries were suboptimally opacified with contrast material, no definite embolic disease was seen centrally but small emboli were difficult to exclude, the thoracic aorta was normal in caliber without aneurysm or dissection, the heart was normal in size with no pericardial effusion, no lymphadenopathy, infiltrative changes were seen in the left lower lobe possibly representing subsegmental atelectasis or pneumonitis, the tracheobronchial tree was patent and well aerated, there was no pleural effusion or pneumothorax, there was mild hepatic steatosis, there was also mild splenomegaly measured to be 14 cm, anterior chest wall, axilla and supraclavicular fossa region were unremarkable, regional osseous structures were unremarkable and the impressions revealed suboptimally CT angiography with no definite central embolic disease seen, left lower lobe infiltrative pattern possibly consistent with atelectasis versus early pneumonitis, hepatic steatosis with splenomegaly.

© Copyright 2025 Physician Life Care Planning, LLC

**March 18, 2022**

- Mrs. Pittman had a follow up visit with Ms. Martin for shortness of breath, hypoxia. Mrs. Pittman reported worsening symptoms of shortness of breath with exertion and with rest, had been checking her oxygen level at home with a finger pulse oximeter, readings from prior were between 79-90% on exertion and heart rate in the 120s. Mrs. Pittman reported that she had persistent fatigue and SOB that was stable until a couple of days prior. Ms. Martin noted that Mrs. Pittman had a medical history of atrial fibrillation, chronic bilateral pulmonary embolisms, lymphedema of the lower extremities, morbid obesity and insomnia, was prescribed Eliquis 5 mg twice a day for atrial fibrillation and chronic pulmonary embolisms, and stopped her Eliquis for 7 days approximately 2 weeks prior due to heavy menstruation. Mrs. Pittman reported that she began having a non-productive cough the prior day, when she walked from her house to her car that morning her O2 saturation dropped to 79%, had been taking her diuretics and reported that she was not swollen any more than normal. Examination revealed a blood pressure of 170/108 mm Hg, oxygen saturation 88%, tachycardia, lungs diminished at bases. Ms. Martin provided assessments of shortness of breath, chest pain on breathing, PAF (paroxysmal atrial fibrillation), hypoxia, other chronic pulmonary embolism without acute cor pulmonale, chronic bronchitis. Ms. Martin ordered a CT angio of the chest, referred to Lincare DME for O2 with portable concentrator/conserving device at 2 LPM, would advise follow up after CT.

- A **CT angiography of the chest** performed at Baylor Scott & White Texas Spine & Joint Hospital (ordered by Ms. Martin and interpreted by Dr. Eckert) revealed that the study was positive for pulmonary emboli throughout the right lower lobe pulmonary arterial tree, new from previous, some chronic pulmonary emboli in the left lower lobe pulmonary artery were again identified unchanged from previous, some basilar volume loss was noted in the lung bases, left greater than right, mediastinal structures were within normal limits, no evidence for heart strain was seen, surrounding soft tissues of the chest demonstrated no significant abnormality, there was some fatty infiltration of the liver, osseous structures demonstrated no significant findings and impressions revealed that the study was positive for new pulmonary thromboemboli within the right lower lobe pulmonary arteries, chronic appearing pulmonary emboli were noted in the left lower lobe pulmonary arteries.

**March 23, 2022**

- Records indicate an **ECG** revealed possible atrial fibrillation, heart rate 151 bpm, and duration 30s.

**April 29, 2022**

- Mrs. Pittman had a follow up visit with Ms. Martin after pulmonary embolism. Ms. Martin indicated that CT of the chest on March 18, 2022, showed a new right lower lobe pulmonary embolism with chronic left lower lobe pulmonary embolism, Mrs. Pittman had been taking Eliquis. Mrs. Pittman reported that she felt like she was improving but she had persistent shortness of breath with activity, her O2 sat dropped to 88-89 when she was up doing activity, added that she would sit for a few minutes her O2 sat would return, was using oxygen daily during activity, was taking Ozempic and trying to increase water intake and decrease calories.

Mrs. Pittman reported that she was feeling better, had chronic lymphedema. Ms. Martin noted that Mrs. Pittman had an appointment with Dr. Phillips, OB/GYN, in May to discuss options for dysfunctional uterine bleeding, did have excessive bleeding when she was on her period since she was taking Eliquis, and also had persistent shortness of breath and dyspnea on exertion. Examination revealed HR 94/min, a blood pressure of 136/88, weight 422.8 pounds, BMI 68.23 Index, lymphedema to bilateral lower extremities. Ms. Martin provided assessments of atrial fibrillation, chronic pulmonary embolism, hyperlipidemia, impaired fasting blood sugar, B12 deficiency and Vitamin D deficiency. Ms. Martin recommended to continue Eliquis, use oxygen as needed, ordered labs that included comprehensive metabolic profile, lipid profile, complete blood count, thyroid profile, A1c, Vitamin B12, Vitamin D 25 Hydroxy, and advised to follow up in 3 months.

**May 27, 2022**

- A **transesophageal echocardiogram** performed at UT Health Tyler (ordered by Monica Hudspeth, N.P. and interpreted by **Aleksandr Korniyenko, M.D.**) revealed that the left ventricle was normal in size, there was normal left ventricular wall thickness, left ventricular systolic function was normal, ejection fraction 50-55%, no regional wall motion abnormalities noted, the right ventricle was normal size.

**August 25, 2022**

- Mrs. Pittman had an office visit at **Tyler Cardiovascular Consultants** with **Raul Torres-Heisecke, M.D.**, who indicated that CHADSVASC 2 score to due to hypertension and sex. Dr. Torres-Heisecke noted Mrs. Pittman was in atrial fibrillation and noted prior atrial fibrillation ablation and cardioversion was unsuccessful. Dr. Torres-Heisecke provided assessments of persistent atrial fibrillation, chronic heart failure with preserved ejection fraction, new heart association function class III, bilateral chronic lower extremity lymphedema, history of pulmonary embolism, obesity and suspicion for sleep apnea. Dr. Torres-Heisecke recommended to proceed with rhythm control, would do a cardioversion first and then would follow with an ablation procedure redo, would probably have to use RF only, advised follow up for formal testing for sleep apnea, would start treat heart failure with SGLT2 inhibitor.

**October 19, 2022**

- A **transesophageal echocardiogram** performed at UT Health Tyler (ordered by Dr. Torres-Heisecke and interpreted by Dr. Korniyenko) revealed that a 2D transesophageal echocardiogram with Doppler and color flow Doppler was performed, left ventricular systolic function was normal, ejection fraction 50-55%.

**Physician Life Care Planning™**

**November 3, 2022**

- Mrs. Pittman had an office visit at Tyler Cardiovascular Consultants with **Francisco Rivera, N.P.** (Records did not indicate the name of the attending provider), who indicated that Mrs. Pittman had a past medical history of hypertension, chronic diastolic heart failure, paroxysmal atrial fibrillation, previous PVI/roof ablation, chronic lower extremity lymphedema, pulmonary embolism, iatrogenic anticoagulation Eliquis and history of normal coronaries per LHC November 2020, was seen by Dr. Torres in August and was in atrial fibrillation, prior to that she had underwent cardioversion which was unsuccessful, recommendations of proceeding with rhythm control and repeat cardioversion followed by redo ablation procedure, underwent ablation procedure on October 19 which there were no inducible arrhythmias, post operatively she had a complication with initial ambulation of breakthrough groin bleeding, which resolved with repeat manual pressure. Mr. Rivera noted that Mrs. Pittman had lots of bruising but both of her groin sites had healed nicely (specifically denying oozing or tenderness), was having frequent palpitations, those occurred almost on a daily basis especially with exertion but lasted less duration and tints, had not had any recent fails and was tentatively to undergo sleep study, however, given excessive bruising, was having difficulty ambulating and had rescheduled her sleep study for later that month. Examination revealed a blood pressure of 138/86, 3+ bilateral lower extremity edema. Mr. Rivera reviewed an ECG that day that showed sinus rhythm 98 bpm, QRS 102 ms, and QTC 431 ms. Mr. Rivera provided assessments of persistent atrial fibrillation, AFib, palpitations, essential hypertension, and long-term use of anticoagulant therapy. Mr. Rivera prescribed Tikosyn, Eliquis, ordered ECG, cardiac event monitor, Holter monitor for 1 week, tentatively to follow up with Dr. Torres in 3 months for re-evaluation or as needed, and continue medication for hypertension.

**November 4, 2022**

- Mrs. Pittman had a follow up visit with Ms. Martin for hospital follow up. Ms. Martin indicated that Mrs. Pittman was admitted on October 19, 2022, at UT, Mrs. Pittman had an ablation for atrial fibrillation and then she developed a hematoma in her right groin after the heart cath, Mrs. Pittman was kept overnight, had seen Dr. Torres, and continued to have tachycardia. Ms. Martin indicated that Mrs. Pittman would have a 7 day Holter monitor. Mrs. Pittman reported shortness of breath had improved since the ablation, was doing very well on Ozempic, had lost 54 pounds, continued to have bilateral lower extremity lymphedema but swelling had improved with the weight loss, did have persistent right knee pain and was trying to exercise more, had been experiencing some insomnia. Examination revealed HR 90/min, weight 368.0 pounds, BMI 59.39 Index. Ms. Martin provided assessments of blood glucose abnormal, primary osteoarthritis of right knee, primary insomnia, lymphedema of both lower extremities, encounter for general adult medical examination without abnormal findings, impaired fasting blood sugar, hyperlipidemia, Vitamin B12 deficiency, Vitamin D deficiency, opioid dependence, other long-term drug therapy. Ms. Martin prescribed Acetaminophen-Codeine #4 tablet 300-60 mg b.i.d. as needed for 30 days, Ozempic 2 mg weekly and 1 mg weekly injections, Temazepam 30 mg, at bed time as needed, ordered labs that included HBA1c 5.0%, CBC, lipid profile, thyroid profile, Vitamin D 25 Hydroxy, Vitamin B12, comprehensive metabolic profile, urine drug screening and advised to follow up in 4 months or as needed.

**May 1, 2023**

- Mrs. Pittman had a follow up visit with Ms. Martin for routine health care.  Ms. Martin indicated that Mrs. Pittman had a past medical history of atrial fibrillation on Eliquis, previous numerous PEs, DVTs, lymphedema of bilateral lower extremity, morbid obesity, DB, continued to see Dr. Torres for atrial fibrillation.  Ms. Martin noted that Mrs. Pittman had lost 100 pounds over the prior year and was praised for her significant weight loss, was eating a high protein/low carb diet and on Ozempic.  Ms. Martin provided additional assessments of encounter for general adult medical examination without abnormal findings, morbid obesity, and benign hypertensive heart disease without heart failure.  Ms. Martin ordered labs that included A1c, complete blood count, lipid profile, thyroid profile, Vitamin D 25 Hydroxy, Vitamin B12, comprehensive metabolic profile, urine drug screening, continue Ozempic, Dofetilide capsule 500 mcg, continue diet plan and advised to follow up in 6 months or as needed.

**June 30, 2023**

- Upon arrival to the Emergency Department of Baylor Scott & White Texas Spine & Joint Hospital, Mrs. Pittman was seen by **Kimberley Lowry, F.N.P.-C.** (Records did not indicate the name of attending provider) for low back pain.  Mrs. Pittman reported that she lost her balance at work and fell landing on her buttocks, reported severe mid-back and left groin pain, described the pain as sharp, rated as 10/10, and pain increased with weightbearing.  Examination revealed a blood pressure of 137/90, morbid obesity, severe lymphedema to bilateral lower extremities, lumbar spine tender to palpation, bilateral lumbar paraspinal muscles, left SLR positive, gait was slow and painful, increased back and left groin pain with left knee flexion/extension, limited ROM secondary to left groin and back pain.  **X-rays of the lumbar spine** (ordered by Ms. Lowry and interpreted by Dr. Crum) revealed that the vertebral body heights were well maintained, there was mild degenerative disk disease throughout the lumbar spine, mild diffuse levocurvature lumbar spine, mild anterolisthesis of L4-L5 and retrolisthesis of L2 on L3 and L3-L4, there was a mild osteophyte seen staining off the endplates of the lower thoracic and upper lumbar spine with likely fusion at T11-T12 and T12-L1, there was also effusion present at L1-L2, prevertebral soft tissues were unremarkable and the impressions revealed lumbar spondylosis without acute process, fusion of the lower thoracic and upper lumbar spine consistent with diffuse idiopathic skeletal hypertrophy.  **X-rays of the pelvis** (ordered by Ms. Lowry and interpreted by Dr. Crum) revealed that the visible femoral heads were well seated within their respective acetabuli, the sacrum appeared intact, there were mild degenerative changes involving bilateral SI joints, symphysis pubis and bilateral hips, coccyx appeared normal, soft tissues were unremarkable and an impression revealed no acute bony abnormality.  Ms. Lowry provided assessments of ground level fall, lumbago with spondylosis.  Ms. Lowry prescribed Hydromorphone (Dilaudid) 1 mg, IM injection, recommended to continue Tylenol #3, Tizanidine, and Meloxicam as needed, advised to follow up with PCP if no improvement, return to emergency room if symptoms worsened, advised to limit bending, lifting, twisting, or pushing heavy objects.

**December 6, 2023**

- Mrs. Pittman had a follow up visit with Ms. Martin for routine health care.  Ms. Martin noted that Mrs. Pittman continued to see Dr. Torres for atrial fibrillation and was on Eliquis, praised for significant weight loss as she had lost 140 pounds over the prior 2 years, was eating a high protein/low carb diet and on Ozempic.  Mrs. Pittman reported shortness of breath.  Ms. Martin provided additional assessments of colon cancer screening, encounter for screening mammogram for breast cancer.  Ms. Martin prescribed to increase Mounjaro to 7.5 mg/0.5 ml, subcutaneous, once a week, continue Eliquis, ordered labs that included A1c, complete blood count, comprehensive metabolic panel, lipid, thyroid profile, Vitamin B12, Vitamin D-25 Hydroxy, ordered echocardiogram, Cologuard for colon cancer screening, mammogram for breast cancer screening, encouraged to continue diet and advised to follow up with cardiology as scheduled, return to clinic in 6 months, or as needed.

**June 3, 2024**

- Mrs. Pittman had a follow up visit with Ms. Martin for routine health care.  Ms. Martin noted that Mrs. Pittman continued to see Dr. Torres for atrial fibrillation and was on Eliquis, also noted that she had lost 190 pounds over the prior 2 years and was praised for her significant weight loss.  Mrs. Pittman reported shortness of breath.  Ms. Martin prescribed Zolpidem Tartrate Tablet, 10 mg, to continue Eliquis, ordered labs that included A1c, complete blood count, comprehensive metabolic panel, lipid profile, thyroid profile, Vitamin D-25 Hydroxy, Vitamin B12, ordered Cologuard, and advised to follow up in 6 months, or as needed.

### 2.2.3  Noteworthy Conclusions

#### 2.2.3.1    Diagnostics

**March 14, 2019**

- X-rays chest, that the heart was normal in size, there was no evidence of mediastinal widening, double density did overlie the cardiac silhouette, and the left hemidiaphragm was poorly defined, findings suggested pneumonia in the left lung base, lung volumes were low, no significant effusion or pneumothorax, the osseous structures and soft tissue were unremarkable, impressions of radiographic findings suggested pneumonia in the left lung base.

**March 15, 2019**

- CT chest, small left sided pleural effusion with adjacent atelectasis and/or pneumonia, no pneumothorax, heart size within normal limits, no pericardial effusion, no thoracic aortic aneurysm, and no bulky lymphadenopathy, degenerative changes were noted in the spine, impressions of small left sided pleural effusion with adjacent atelectasis and/or pneumonia.

**March 21, 2019**

- X-rays chest, a small area of increased density in the left lung base similar to the previous study suggesting pneumonitis and possible effusion, the right lung was clear, and the heart and mediastinal structures were within normal limits, impressions of stable appearing consolidation pattern within the left lower lobe.

**March 28, 2019**

- CT angiography chest, there was no large central pulmonary thromboembolus, evaluation for more distal pulmonary thromboemboli was limited due to the bolus contrast timing, 2 attempts utilizing 170 ml of Isovue-370 contrast were made, the findings might be reflective of poor cardiac output, there was left pleural effusion identified with adjacent atelectatic changes, some patchy alveolar opacities in the right upper lobe were present as well, non-specific but might be infectious or inflammatory in nature, if there was concern for new or significant pulmonary embolus, consider ventilation perfusion study/V/Q scan for further assessment.

- CT angiography chest, multiple filling defects within the left lower lobar, segmental, and subsegmental pulmonary arteries consistent with pulmonary emboli, no cardiomegaly or pericardial effusion, the thoracic aorta was normal in caliber, no adenopathy by CT size criteria, visualized thyroid was grossly unremarkable, there were consolidative changes and ground glass in the left lower lobe, small left pleural effusion, patchy ground glass densities within bilateral upper lobes, no pneumothorax, the trachea and mainstem bronchi were patent, no acute upper abdominal abnormality identified, no concerning osseous lesion identified, impressions of positive for left lower lobe pulmonary emboli, consolidative changes and ground glass in the left lower lobe, differential included atelectasis versus pulmonary infarct versus infection, and small left pleural effusion.

**March 30, 2019**

- X-rays chest, clear lungs, no new infiltrates, and prior left effusion had decreased, the heart was normal in size with no mediastinal widening or pneumothorax, osseous structures and soft tissues were unremarkable, impressions of previous left lower lobe infiltrate and/or atelectasis was markedly improved, left pleural effusion had decreased.

**November 9, 2020**

- CT angiography chest, that the pulmonary arterial system was relatively well opacified, the left lower lung pulmonary artery was poorly opacified, consistent with chronic embolus, which appeared stable from the prior study dated November 1, 2018, no new pulmonary emboli were identified, no right heart strain, the heart was normal in size, without mediastinal lymphadenopathy, soft tissue structures were normal, upper abdominal structures appeared normal, the aorta was normal in course and caliber, minimal patchy reticulation right upper lung was likely atelectatic changes, some subtle tree in bud opacities could be present, that appeared to be improving, there was some scarring within the left lower lung, tracheal bronchial tree was

patent, no pneumothorax, impressions of no acute pulmonary embolism, stable chronic pulmonary embolism in the left lower lung, patchy right upper lung opacities, might be some minimal tree in bud changes, continued left basilar atelectatic changes or scarring.

**November 12, 2020**

- CT angiography chest, linear scarring in the left lower lobe of the lung likely representing chronic scarring from remote pulmonary infarction, no evidence of acute viral or bacterial pneumonia, airways were clear, no pneumothorax or pleural effusion, chronic occlusion of the left lower lobe pulmonary artery, that was chronic sequelae of pulmonary embolism first identified on October 3, 2018, no acute pulmonary embolism detected, the thoracic aorta was normal in caliber without aneurysm or dissection, lymph nodes showed no mediastinal, hilar or axillary adenopathy, mediastinum and thyroid were unremarkable, bones showed multilevel spondylosis without destructive osseous lesion, unremarkable soft tissues and upper abdomen, impressions of chronic occlusion of the left lower lobe pulmonary arteries, sequelae of pulmonary embolism first identified in October 2018, associated scarring of the left lower lobe related to prior pulmonary infarction, no acute pulmonary embolism, and no evidence of acute viral or bacterial pneumonia.

**February 7, 2021**

- CT angiography chest, limitations, motion degraded study, pulmonary arteries showed that the bolus timing was poor with suboptimal enhancement of the pulmonary arteries, appeared to be bilateral pulmonary emboli, no aortic aneurysm, no aortic dissection, lungs showed vague ground glass and interstitial opacities within the right upper lobe and left lower lobe, pleural spaces were unremarkable, no pneumothorax, no pleural effusion, no cardiomegaly, no pericardial effusion, no enlarged lymph nodes, there was a 1.9 cm left adrenal nodule with internal attenuation of 4 Hounsfield units compatible with benign adrenal nodule, either adenoma or cyst, no imaging follow up necessary, no acute osseous abnormality, soft tissues were unremarkable, impressions of suboptimally timed exam, there was however suspicion for bilateral pulmonary emboli, vague ground glass and interstitial opacities within the lungs were non-specific possibly related to pneumonitis, motion artifact or scarring.

**February 10, 2021**

- CT angiography chest, that the pulmonary arteries were suboptimally opacified with contrast material, no definite embolic disease was seen centrally but small emboli were difficult to exclude, the thoracic aorta was normal in caliber without aneurysm or dissection, the heart was normal in size with no pericardial effusion, no lymphadenopathy, infiltrative changes were seen in the left lower lobe possibly representing subsegmental atelectasis or pneumonitis, the tracheobronchial tree was patent and well aerated, there was no pleural effusion or pneumothorax, there was mild hepatic steatosis, there was also mild splenomegaly measured to be 14 cm, anterior chest wall, axilla and supraclavicular fossa region were unremarkable, regional osseous structures were unremarkable, impressions of suboptimally CT angiography with no definite central embolic disease seen, left lower lobe infiltrative pattern possibly consistent with atelectasis versus early pneumonitis, hepatic steatosis with splenomegaly.

**Physician Life Care Planning™**

**March 23, 2022**

- ECG, possible atrial fibrillation, heart rate 151 bpm, and duration 30s.

**May 27, 2022**

- Transesophageal echocardiogram, that the left ventricle was normal in size, there was normal left ventricular wall thickness, left ventricular systolic function was normal, ejection fraction 50-55%, no regional wall motion abnormalities noted, the right ventricle was normal size.

**October 19, 2022**

- Transesophageal echocardiogram, that a 2D transesophageal echocardiogram with Doppler and color flow Doppler was performed, left ventricular systolic function was normal, ejection fraction 50-55%.

**June 30, 2023**

- X-rays lumbar spine, that the vertebral body heights were well maintained, there was mild degenerative disk disease throughout the lumbar spine, mild diffuse levocurvature lumbar spine, mild anterolisthesis of L4-L5 and retrolisthesis of L2 on L3 and L3-L4, there was a mild osteophyte seen staining off the endplates of the lower thoracic and upper lumbar spine with likely fusion at T11-T12 and T12-L1, there was also effusion present at L1-L2, prevertebral soft tissues were unremarkable, impressions of lumbar spondylosis without acute process, fusion of the lower thoracic and upper lumbar spine consistent with diffuse idiopathic skeletal hypertrophy.

- X-rays pelvis, that the visible femoral heads were well seated within their respective acetabuli, the sacrum appeared intact, there were mild degenerative changes involving bilateral SI joints, symphysis pubis and bilateral hips, coccyx appeared normal, soft tissues were unremarkable, impressions of no acute bony abnormality.

## 2.3   Other Documents

In addition to reviewing Mrs. Marisa Pittman's medical records, I have also had the opportunity to review the other documents relevant to Mrs. Marisa Pittman's cause of injury or illness, which include:

- Ciox Health (Billing) - Atlanta, Georgia

- HealthFirst Member ID Card of Mrs. Marisa Pittman (Document)

- SHB&C, L.L.C. (Billing) - Baytown, Texas

- Statements of Charges from Linden Dillin, M.D. Office (Document)

**Physician Life Care Planning**™

- Texas Driver's License of Mrs. Marisa Pittman (Document)

- Texas Peace Officer's Crash Report (Form CR-3 1/1/2023) - August 3, 2024 (Document)

- United Healthcare Card of Mrs. Marisa Pittman (Document)

# 3   Interview & Examination

I obtained the information presented herein during my personal interview and examination of Mrs. Pittman, which took place on November 17, 2025 in Carrollton, Texas. My interview and examination of Mrs. Pittman was performed to obtain information which can be used in conjunction with the information I obtained from her medical records and/or other relevant documents for the purpose of determining her diagnostic conditions and consequent circumstances.

## 3.1   History of Present Injury/Illness

Mrs. Marisa Pittman is a left handed white female who was injured in a motor vehicle collision on August 3, 2024 when she was the front seat passenger of a Chevy Traverse that was being driven by her sister and she had some of her grandchildren in the back. She states that a piece of cargo had come off of an 18-wheeler and apparently caused a multicar pileup and they were the last vehicle in the pileup, rear-ending another vehicle in front of them. Her sister, who was driving, tried to evade so had a somewhat of a glancing blow with the car in front of them and then they hit the retaining wall next to them. She was wearing her seatbelt. There was no deployment of airbags. She states that she did hit her forehead against something and had an abrasion there or at least an area that turned red but she denies any loss of consciousness. She states that at the scene, she had minimal discomfort and was able to extricate and her main concern was the grandchildren. She states that she did feel shocked and stunned, perhaps briefly disoriented. She brought the grandkids safely off to the side of the road. Emergency Medical Services did check on them but she declined transportation and they were picked up by her son who also took pictures at the scene. He took them home and they dropped off their grandkids but then she had her sister take her to the emergency room as she had developed some right-sided pain and was also concerned as she was on blood thinners, later developed a bruise on her right shin. She was evaluated and discharged home. Subsequently sought care with Dr. Prasad initially doing some physical therapy which she states helped her neck and shoulder but she had persisting low back pain and by October of that year had developed some right sciatica so underwent some transforaminal epidural injections that she states did not really help. She had an initial MRI scan done on September 11, 2024 that primarily revealed some left-sided findings at L3 but she continued to indicate to her doctor that she was having right leg pain that had come up after that MRI so a repeat MRI was done and revealed that she now had a facet joint cyst at L4-L5 causing significant right L5 nerve root compression. She was then referred to a Surgeon, Dr. Gordon, who performed decompression surgery and resection of the cyst on December 10, 2024. She states that surgery really helped to alleviate the severe pain that she was having as it was so excruciating she had difficulty even getting up to walk short distances but she has continued to have some numbness and weakness in the right leg. She also developed postoperative infection and required an incision and drainage followed by VAC wound dressing for a period of time. This occurred later in December of 2024. Once the infection was treated, she then did some postoperative physical therapy but she has had limited recovery of the right leg weakness and numbness. She has undergone some further right transforaminal injections which again would help with pain but has not changed the numbness and weakness. She then has recently undergone a spinal cord stimulator trial, maybe a couple of weeks ago, which she states helped her pain and also some of her numbness and she is planning on an implant probably in December 2025. She also had some treatments for her neck including some injections which helped and she has been able to manage her neck pain with use of a cervical traction inflatable collar. She had also hit her right knee and has continued right knee pain and has been followed by Dr. Dillin, who indicated that she had significant underlying arthritic changes although she indicates that she has not had any problems with her knee,

neck or back prior to this.  Dr. Dillin indicated that he would hold off on any sort of surgical intervention until she had recovered from her spine treatments.  He also indicated that given her prior history of DVTs and PEs that she would be at higher risk for such a complication after a surgery.

## 3.2    Current Symptoms

### 3.2.1    Physical Symptoms

She rates her continued low back pain as about a 4/10.  It is worse when she is up either walking or standing and it is better if she sits or lies down but even with sitting after about 45 minutes to an hour, she will get restless and squirm and eventually has to change positions.  This has made riding in a car for long distances difficult for her including her 2-3 hour trip to get to my office today.  Her leg pain radiates down the anterior aspect and goes into the top of the foot, again aggravated with weightbearing and she states that the right foot always feels heavy like a lead weight.

Her neck pain radiates to the right shoulder blade and trapezius area and is rated as a 2-3/10.  It is aggravated with sitting particularly staring at a computer during the day while she is working and alleviated with self-massage and cervical inflatable traction unit.  Once or twice a month she will get occipital headaches from her neck that will last a couple of hours and is improved with over-the-counter medications.

She has an adjustable bed and she will slightly incline the head as well as the feet and has to lie on her back and this is the only comfortable position for her at night but she does have some difficulty staying asleep on days where she has more pain.  For her knee, her pain is primarily anterior and inferior to the knee, usually worse with prolonged standing or walking, also about a 4/10 when it occurs.  She indicates that she had initially had to take off about three months of work and still is limited with how productive she can be and now she has to delegate tasks to other personnel at the police department such as having to get files or other things where she might have to lift or carry or walk for any distance.

She reports feeling generally deconditioned and weak.  She now has to use a forearm cane that she uses on the left side and will then use her right arm to hold or carry anything and she feels like she is now overusing the right side.  She can walk about 200 feet fairly well without significant aggravations of her pain although she has to go slow.  If she goes to the store she will lean on the buggy.  She has three steps at her job as well as at her mobile home and she is able to do these but has to go slow, hold onto the rail as well as her cane and has to match steps usually leading with the left.

### 3.2.2    Emotional symptoms

She reports anxiety particularly if she is asked to do something where she has to walk or carry anything.  She feels depression symptoms as she has had significant impact in her function and she is not able to participate in tasks or family activities that she used to do readily.  This has caused frustration, irritability and anger.

© Copyright 2025 Physician Life Care Planning, LLC

### 3.3   Activities of Daily Living

Basic ADLs are largely preserved but she generally has to go slower and now occasionally needs help from her husband for lower extremity dressing particularly to reach her feet to put on her socks for instance. She has also had grab bars installed in the bathroom and uses a shower chair and some rails under her mattress to help with bed transfers. She is able to manage her own medications.

With instrumental ADLs, she has difficulty in all realms. She now is hiring a maid intermittently when she can afford it about $140.00 at a time otherwise procrastinates and can only do a little bit of work at any given time. With meals, she is doing easy quick meals or throwing things in a crock-pot as she does not tolerate standing for long periods of time in the kitchen to do a lot of prep work or baking. They have five dogs and her husband feeds them but she used to take them out for walks, now her grandchildren are doing this. She used to be able to handle 40 lb. dog food bags but cannot any longer. She states with shopping they are doing more online but if she does go to the store she can lean on the cart and she cannot handle carrying or lifting heavier items. They live on 5.1 acres and her husband does most of the lawn care but she would sometimes use the zero turn mower when he was doing the weed eating but now she does not tolerate this.

### 3.4   Review of Systems

As above and she reports that prior to the car accident she had been on exercise regimen trying to talk at least 10,000 steps a day and had gone from 450 lbs. to 240 lbs. which she has been able to maintain since the car accident but she has not had further weight loss which has been frustrating for her.

### 3.5   Medical History Prior to Present Injury/Illness

She has had two cardiac ablations for atrial fibrillation and chronically has lymphedema in the lower extremities, previously had this controlled by walking which she is no longer able to do so she has had worsening of her lymphedema and now will have to wear compression stockings but she is not always consistent with this. She has had two cesarean sections and she states that in her late teens she had a bone spur removed from her left foot/ankle with no residual issues.

### 3.6   Family History

Positive for arthritis, hypertension, diabetes, heart disease in her mother who is 81 has had a prior stroke and her father died in his mid-60s of cardiac complications and was also an alcoholic.

### 3.7   Drug & Other Allergies

NKDA.

### 3.8    Current Medications, Equipment and Supplies

#### 3.8.1    Medications

She is on Eliquis chronically as well as Prednisone to assist with breathing as she has had chronic pulmonary embolism.  She takes Dosetilide, Mounjaro and intermittently some Keflex.  For the injury, she takes Tylenol with Codeine about three times a week.  She states she did have benefit previously with Hydrocodone and Tramadol but she tries to avoid stronger medications due to fear of addiction as well as some sedation side effects.  She had been prescribed Gabapentin which helped a little bit.

#### 3.8.2    Equipment

She has a forearm crutch that she uses to walk.  She also has a walker as a backup and has a basket that she will sometimes use this in the home to carry items around.  Again she has had grab bars installed in the bathroom and bedrails under her mattress.

### 3.9    Current Physicians

She sees Dr. Calodney every few months who has been doing pain management for her and Dr. Gordon is her Spine Surgeon also at the same clinic.  Dr. Dillin is the Orthopedist monitoring/treating her knee and she also sees him every two months.

### 3.10   Social History

She has been married to her husband, Joseph, for 23 years.  They have a 22-year-old son who lives with them.  She has a 35-year-old daughter from a prior relationship.  They have been raising 10 and 15-year-old grandchildren.  The 15-year-old is currently at her father's.

### 3.11   Education History

She has some junior college education.

### 3.12   Professional/Work History

She has worked for her local police department for many years, previously a 911 operator for them and now works in the records department primarily doing desk work.  Again, she used to have to go retrieve files and pieces of evidence but she now has other staff at the department who will do this for her.  She states that she can occasionally lift up to 10 lbs.

### 3.13   Habits

#### 3.13.1  Tobacco

She denies tobacco use.

### 3.13.2  Alcohol

She denies alcohol use.

### 3.13.3  Illicit Drugs

She denies illicit drug use.

## 3.14   Avocational Activities

As previously mentioned, she would previously walk regularly.  Her goal was 10,000 steps a day.  She would do this at work walking to City Hall nearby and also enjoyed walking at the park with her grandkids.  On the weekends, she and her husband would frequently take road trips either for the day or overnight.  Now she does not tolerate this including long driving but also cannot sleep in a regular bed at a hotel and she really benefits from the incline mechanism.  She would also regularly attend her grandkids' sports games and regularly attended church.  She has difficulty with all of these now.

## 3.15   Residential Situation

She and her family live in a mobile home with three steps to enter.  Again, she has had some grab bars installed in the bathroom.

## 3.16   Transportation

She is able to drive but avoids this.  She states that sometimes her right foot will go numb, and she has had some instances where she has had to pull over and some instances where she has tried to use her left foot to drive.

## 3.17   Treating Doctor Discussion

On December 8, 2025, I spoke with Dr. Gordon who indicates that due to Mrs. Pittman's L4/L5 fusion and existing pathology at L3/L4, she is likely to accelerate degeneration there and he would anticipate her requiring adjacent segment surgery in 15-20 years.  He indicates that he has really not evaluated her neck and does not have a surgical opinion for the cervical spine.

On December 10, 2025, I spoke with Dr. Calodney who indicates that Mrs. Pittman is scheduled for SCS implant next week and anticipates that she will not have full pain relief so will require continued medications and likely periodic lumbar injections.  She is also very deconditioned so will require further physical therapy in addition to additional treatments for her knee which he is not providing but notes that her knee pain did not significantly change during the SCS trial. Regarding her cervical spine, Dr. Calodney indicates that he has not yet addressed her neck but would anticipate performing further facet joint procedures once she has healed from her spinal cord stimulator implant.  Given her continued neck pain complaints and her prior good response to cervical medial branch blocks performed by Dr. Prasad, he would anticipate starting with these again and progressing to RFAs with demonstrated repeated benefit which he is anticipating.  If for some reason she does not have good relief with repeat medial branch blocks he would likely perform a series of epidural steroid injections.  With RFAs, in his

experience, he would likely have to repeat these with Mrs. Pittman every year or two, probably for 10 years or so. For the SCS, he anticipates that she will likely continue to need this for the rest of her life and he is planning on using a rechargeable unit with likely battery replacements every 10 years.

## 3.18  Examination

She is 5'5" weighs 240 lbs. She is a morbidly obese white female in no acute distress on room air. She has a pleasant and appropriate affect and mood and is cooperative on today's exam. She has fluent speech and grossly normal cognition/communication. She was able to fill out paperwork by hand on the day of the visit, she needed some assistance with her online paperwork and had one of the assistants at the attorney's office to do this while she answered questions over the phone. She was accompanied today by her husband who drove her.

Cranium is atraumatic and normocephalic. She does have multiple cystic lesions at least a few of them over the scalp that she states she has had all her life and they have been stable.

Cervical spine has no significant skin changes. She does have some tenderness at the lower cervical regions both at mid-line and in the paracervicals and then several trigger points in the right trapezius and rhomboid area. The suboccipital region is non-tender. She has some tenderness at the right posterior shoulder. With cervical range of motion, she has limitations both due to stiffness as well as pain with flexion, right rotation and left side bending. She does not have any radicular symptoms into the arm. She does have some pain in the right trapezius area with superior rotation and has some mild pain aggravations with resisted abduction as well as with impingement sign testing and has some scapular asymmetry with some noted inferior winging with resisted abduction and flexion. Upper extremity strength sensation and reflexes are otherwise normal throughout except around the right shoulder.

Thoracic spine has some kyphoscoliosis and she does have right shoulder hike which she states that she was not aware of and when asked what her posture looked like before, she states that as far as she knows it was normal but that she "would never go to the doctor". Her husband indicates that she does hunch over more now as she uses the cane which she was not experiencing prior to this accident.

Lumbar spine has a well-healed right lateral incision approximately three inches in length. She has some tenderness along the scar but also at mid-line in the mid to lower lumbar levels and at the right pelvic brim. She is severely limited both with stiffness and pain with extension and right side bending. She is not able to tolerate or perform right single leg stance well. Stork maneuver is negative when standing on the left leg. She is able to step up onto the stool to get on the exam table, leading with the left and she is able to bring both legs up onto the table fairly well demonstrating at least antigravity strength in the right hip flexors and she is able to resist them well as well with some pain limitations but otherwise at least 4/5 strength. She then has pain limitations and mild weakness in the right quadriceps and demonstrates mild weakness with right dorsiflexion and then more profoundly with internal rotation of the right ankle. In stance, she externally rotates her right foot/leg which she also does during gait which is very slow and she has longer stance phase on the left with mild circumduction of the right leg and poor push off on the right.

With holding onto her cane on the left and the counter on her right side, she is able to go up on her tip toes okay but is not able to go up on her heels on the right side. To pick up something off the ground she very slowly leans to the right while stabilizing herself with the cane on the left but even with this, cannot reach the floor and really describes fear of right leg giving out on her as it feels unstable. She does have symmetrically diminished reflexes. No ankle clonus. Sensory testing of the right leg, she reports being generally less compared to the left in a multidermatomal distribution. She has severe lymphedema bilaterally. I am not really able to identify any atrophy with the edema. She has flat feet bilaterally, relatively tight in the right Achilles compared to the left or passively I can just get her to neutral or she can go past neutral on the left side. She is able to go from sit to supine independently and vice versa. Right straight leg raise causes some leg pain to the knee but not below. FABER maneuver and FADIR maneuver are negative. In the right knee, she indicates that her pain is just anterior to the fibula, not really at the knee joint itself. She has full range of motion but does have valgus deformity noted of the knee particularly during stance more so than on the left. She does not have any appreciated ligamentous laxity on stress testing and negative meniscal signs for me today.

### 3.19 Addendum

On December 8, 2025 I spoke with Mrs. Pittman who indicates that she has not had any change in her condition since we last spoke and confirms that she is scheduled for her spinal cord stimulator implantation on December 17, 2025.

# 4    Central Opinions

The Central Opinions expressed in this Life Care Plan constitute my professional medical opinions regarding Mrs. Pittman's relevant diagnostic conditions, and consequent circumstances.  The information I relied upon to formulate the opinions expressed herein were obtained from my review of Mrs. Pittman's medical and/or other relevant records, and from my personal interview & examination of her.

The Central Opinions in this Life Care Plan are structured to make it easy to understand the relationships between Mrs. Pittman's diagnostic conditions, and consequent circumstances.

## 4.1    Diagnostic Conditions

For the purpose of Life Care Planning, a diagnostic condition can be defined as an impairment, which according to the American Medical Association's *Guides to the Evaluation of Permanent Impairment, 5th Edition*, is defined as "<u>a loss of use, or a derangement of any body part, organ system or organ function.</u>"[8]

The following represents my professional medical opinion regarding Mrs. Pittman's diagnostic conditions, as they pertain to Mrs. Pittman's relevant cause of injury:

- **Diagnostic Condition 1:** Motor vehicle collision resulting in lumbar injury with traumatic right L4-L5 facet cyst causing L5 radiculopathy status post surgical resection and L4-L5 posterior fusion in December 2024 with improved pain but persisting right leg numbness and weakness, modest improvement with recent spinal cord stimulator trial, planned implant in December 2025 (this life care plan assumes that this occurs shortly after finalizing this report and therefore does not include the initial implant).

- **Diagnostic Condition 2:** Cervical injury with persisting right-sided neck pain, intermittent cervicogenic headaches.

- **Diagnostic Condition 3:** Right knee contusion with aggravation of underlying osteoarthritis.

- **Diagnostic Condition 4:** Adjustment disorder with mixed anxiety and depression.

## 4.2    Consequent Circumstances

Consequent circumstances can be defined as consequential effects of a subject's relevant diagnostic conditions. For the purpose of life care planning, consequent circumstances of a diagnostic condition include resulting disabilities and/or effects on life expectancy.

---

[8] Cocchiarella, Linda, and Gunnar B. J. Andersson, Guides to the Evaluation of Permanent Impairment, Fifth Edition, American Medical Association, 2000.

Confidential Medical Record – Mrs. Marisa Pittman
© Copyright 2025 Physician Life Care Planning, LLC

### 4.2.1    Disabilities

According to the American Medical Association's *Guides to the Evaluation of Permanent Impairment, 5th Edition*, <u>a disability is defined as "an alteration of an individual's capacity to meet personal, social, or occupational demands because of an impairment."</u>[9]

It is my professional medical opinion that the disabilities specified herein are attributable to Mrs. Pittman's relevant impairments, as presented in Section 4.1.

- Decreased ability to interact and/or socialize with family, and/or friends and acquaintances.

- Decreased physical function affecting a loss of vocational capacities/opportunities.

- Decreased external mobility e.g. community ambulation, etc.

- Decreased ability to perform household services e.g. inside housework, food cooking & clean-up, caring for and maintaining pets, home and vehicles, household management, shopping for household, etc.

- Decreased ability to participate in personal avocational activities e.g. personal hobbies, pastimes, interests, etc.

---

[9] Cocchiarella, Linda, and Gunnar B. J. Andersson, Guides to the Evaluation of Permanent Impairment, Fifth Edition, American Medical Association, 2000.

### 4.2.2    Probable Duration of Care

This formulation of Mrs. Pittman's Probable Duration of Care has been performed by me, Dr. Jason Marchetti, for the purpose of formulating this life care plan.  In formulating Mrs. Pittman's Probable Duration of Care, I have applied my best professional efforts; I have considered published literature; and I have relied upon my education, training, skill and professional experience as a practicing medical doctor, Board Certified Physical Medicine & Rehabilitation Specialist, Certified Life Care Planner™, and Certified Physician Life Care Planner™, as well as a reasonable degree of medical probability.

The methodology I have employed to formulate Mrs. Pittman's Probable Duration of Care is that which is advocated by the American Academy of Physician Life Care Planners.  This methodology requires a physician life care planner to:

1.  Establish a subject's Average Residual Years.

2.  Use Average Residual Years to calculate a subject's Life Expectancy.

3.  Formulate Adjustments to Life Expectancy (if any).

4.  Use Adjustments to Life Expectancy (if any) to calculate Projected Residual Years.

5.  Use Projected Residual Years to calculate Projected Life Expectancy.

6.  Determine Probable Duration of Care using the following methodological sequence:

    a.  If a physician life care planner makes no Adjustment to Life Expectancy, and a physician life care planner believes a subject will require life-long care, then Probable Duration of Care = Average Residual Years.

    b.  If a physician life care planner makes an Adjustment to Life Expectancy, and a physician life care planner believes a subject will require life-long care, then Probable Duration of Care = Projected Residual Years.

    c.  If a physician life care planner makes no Adjustment to Life Expectancy, and a physician life care planner believes a subject will require less-than-life-long care, then Probable Duration of Care = the amount of time within Average Residual Years, during which a subject will receive active medical care, as specified within a life care plan's Future Medical Requirements.

    d.  If a physician life care planner makes an Adjustment to Life Expectancy, and a physician life care planner believes a subject will require less-than-life-long care, then Probable Duration of Care = the amount of time within Projected Residual Years, during which a subject will receive active medical care, as specified within a life care plan's Future Medical Requirements.[10]

---

[10] American Academy of Physician Life Care Planners, A Physician's Guide to Life Care Planning: Tenets, Methods, and Best Practices for Physician Life Care Planners, American Academy of Physician Life Care Planners, Austin, Texas, 2017.

### 4.2.2.1   Average Residual Years

To establish Mrs. Pittman's Average Residual Years, I have relied upon *The National Vital Statistics Reports, United States Life Tables 2023, Volume 74, Number 6,* published by the National Center for Health Statistics, a part of the United States Department of Health & Human Services.

*The National Vital Statistics Reports (NVSR), United States Life Tables* provides age ranges to determine Average Residual Years ("Expectation of Life at Age 'X'"), e.g. 55 – 56, 56 – 57, and so on.   Because Mrs. Pittman is beyond her 56th birth date, and had not yet reached beyond her 57th birth date, Mrs. Pittman falls into the NVSR's 56 - 57 age range classification. *The National Vital Statistics Reports, United State Life Tables* "Expectation of Life at Age X" for the 56 - 57 age range classification = 27.9.[11]

In accordance with methodology advocated by the American Academy of Physician Life Care Planners, I have rounded Mrs. Pittman's "Expectation of Life at X" to the nearest whole number. Therefore, Mrs. Pittman's Average Residual Years = 28.

### 4.2.2.2   Life Expectancy

According to the methodology advocated by the American Academy of Physician Life Care Planners:

- Life Expectancy = Current Age + Average Residual Years[12]

- Mrs. Pittman's Current Age = 56

- Mrs. Pittman's Average Residual Years = 28

Therefore, Mrs. Pittman's Life Expectancy = 56 + 28 = 84

### 4.2.2.3   Adjustments to Life Expectancy

In formulating Adjustments to Mrs. Pittman's Life Expectancy, I have considered the potential impact of Mrs. Pittman's:

- Diagnostic Conditions

- Disabilities

- Pre-existing comorbidities

- Other comorbidities (whether caused by or adversely affected by Mrs. Pittman's relevant injuries/illnesses)

---

[11] Arias, E. (2025). United States Life Tables 2023. The National Vital Statistics Reports, Volume 74, Number 6. Retrieved from http://www.cdc.gov/nchs/products/life_tables.htm

[12] American Academy of Physician Life Care Planners, A Physician's Guide to Life Care Planning: Tenets, Methods, and Best Practices for Physician Life Care Planners, American Academy of Physician Life Care Planners, Austin, Texas, 2017.

- Adverse lifestyle behaviors/mental health conditions

- Associated conditions and/or consequences

- Pre-existing and/or newly developed conditions

- Family health history

- Unique risk factors, whether caused by, or adversely affected by Mrs. Pittman's relevant injuries/illnesses, or whether they result from preexisting or recently developed comorbidities

In addition, I have also considered how receiving care which is specifically designed to mitigate Mrs. Pittman's unique risk factors may mitigate the deleterious effects of such risk factors on her Life Expectancy. I also presume the provision of optimal care will have a mitigating influence on the deleterious impact of Mrs. Pittman's unique risk factors on her Life Expectancy.

In consideration of the potential impact of the factors expressed above, and in my effort to formulate a medically probable Projected Duration of Care, it is my opinion Mrs. Pittman's Average Residual Years will not be impacted. I have therefore, made a 0.0% adjustment to Mrs. Pittman's Average Residual Years.

#### 4.2.2.4   Probable Duration of Care

As previously stated, it is my opinion Mrs. Pittman will have physical and psychological impairments and disabilities, which require lifelong medical care.

According to the methodology advocated by the American Academy of Physician Life Care Planners, in cases in which a physician Life care planner makes no Adjustment to Life Expectancy, and a physician Life care planner believes a subject will require lifelong care, then Probable Duration of Care = Average Residual Years.[13]

Therefore, Mrs. Pittman's Average Residual Years = **28 years,** the Probable Duration of Care upon which this Life Care Plan is based.

---

[13] American Academy of Physician Life Care Planners, A Physician's Guide to Life Care Planning: Tenets, Methods, and Best Practices for Physician Life Care Planners, American Academy of Physician Life Care Planners, Austin, Texas, 2017.

Physician Life Care Planning™

# 5   Future Medical Requirements

The future medical requirements specified herein are intended to address the diagnostic conditions and consequent circumstances specified in Section 4 of this Life Care Plan.

The future medical requirements specified herein are grouped into care categories, in which the names of the specific care item(s) are presented, and in applicable cases, are accompanied by relevant CPT, HCPC, and DRG codes.  Asterisks ("*") in the place of codes for any item(s) denote item(s) for which coding was either not possible, (e.g. in the case of nursing and attendant care, environmental modifications, essential services, etc.), or in cases in which coding is not applicable, as it relates to using such codes to perform a cost/vendor survey for the purpose of obtaining unit costs that can be used within this Life Care Plan's Cost Analysis [e.g. in the case of medications, in which it is possible to assign National Drug Codes ("NDC codes") to medication items, but in which case it is not possible to use such codes to obtain data-correlated cost information, such as Usual, Customary and Reasonable (UCR) cost data].

I have formulated Mrs. Pittman's future medical requirements based upon my education, training and professional experience as a practicing physician, Board Certified Physical Medicine & Rehabilitation Specialist, Certified Life Care Planner™, and Certified Physician Life Care Planner™.

I have employed a reasonable degree of medical probability as a primary criterion in the formulation of my medical recommendations, and I have made such recommendations with the intent of accomplishing the following Clinical Objectives of Life Care Planning:

1. Diminish or eliminate Mrs. Pittman's physical and psychological pain and suffering.

2. Reach and maintain the highest level of function given Mrs. Pittman's unique circumstances.

3. Prevent complications to which Mrs. Pittman's unique physical and mental conditions predispose her.

4. Afford Mrs. Pittman the best possible quality of life in light of her condition.

## 5.1   Physician Services

- Orthopedic Knee Surgeon                                              Medical: 99213

- Physical Medicine & Rehabilitation/Pain Management                   Medical: 99213

- Spinal Cord Stimulator: Simple Reprogramming                         Medical: 95971

- Transforaminal Epidural Steroid Injection w/Imaging Guidance: Lumbar Spine - 1 Level (Outpatient w/15 min Conscious Sedation)

  OP-FAC: 64483, Medical: 64483, Medical: 99152

- Medial Branch Block: Cervical Spine - 2 Level (Outpatient w/30 min Conscious Sedation)

  OP-FAC: 64490, Medical: 64490, Medical: 64491
  Medical: 99152, Medical: 99153

- Radiofrequency Ablation: Cervical Spine - 2 Level (Outpatient w/o Conscious Sedation)

  OP-FAC: 64633, Medical: 64633, Medical: 64634

- Orthopedic Spine Surgeon - New

  Medical: 99203

- Orthopedic Spine Surgeon

  Medical: 99213

**5.2    Routine Diagnostics**

- X-Rays: Knee

  Medical: 73564

- Venous Doppler Ultrasound: Lower Extremity (Bilateral)

  Medical: 93970

- X-Rays: Thoracic Spine (2 Views)

  Medical: 72070

- X-Rays: Lumbar Spine w/Flexion/Extension

  Medical: 72114

- MRI Scan: Lumbar Spine

  Medical: 72148

- X-Rays: Cervical Spine w/Flexion/Extension

  Medical: 72052

- MRI Scan: Cervical Spine

  Medical: 72141

- X-Rays: Lumbar Spine (2-3 Views)

  Medical: 72100

### 5.3 Medications

- <u>Analgesic</u>: Acetaminophen/Codeine (Brand Name, Tylenol #3, Discontinued)   *

- <u>Neuroleptic</u>: Gabapentin   *

- <u>Antidepressant</u>: Cymbalta   *

### 5.4 Rehabilitation Services

- Physical Therapy: Periodic (1 hr)   Medical: 97110

- Physical Therapy: Post Operative (1 hr)   Medical: 97110

- Physical Therapy: Home Health   *

- Occupational Therapy: Home Health   *

- Cognitive/Behavioral Therapy (1 hr)   Medical: 96158, Medical: 96159

### 5.5 Equipment & Supplies

- CPM Machine: Knee (2 Week Rental)   HCPCS: E0935

- Shower Chair   HCPCS: E0240

- Raised Commode Seat   HCPCS: E0244

- Forearm Crutches   HCPCS: E0110

- Aspen Lumbar Back Brace   HCPCS: L0625

### 5.6  Environmental Modifications & Essential Services

- House Cleaning                                                                                                        *

### 5.7  Nursing & Attendant Care

- Home Health Aide 2 Hours                                                                                  *

### 5.8  Acute Care Services

- Total Knee Arthroplasty                                           DRG-IP FAC: 00470, Anesthesia: 01402, Medical: 27447

- Spinal Cord Stimulator - Generator/Battery Replacement            OP-FAC: 63685, Anesthesia: 00300, Medical: 63685

- Lumbar Adjacent Segment Fusion w/Intraoperative                   DRG-IP FAC: 00460, Anesthesia: 00670, Medical: 20937
  Neuromonitoring (120 min) - 1 Level                                    Medical: 22630, Medical: 22840, Medical: 22853
                                                                              Medical: 95938, Medical: 95940

Physician Life Care Planning™

# 6   Cost/Vendor Survey

The purpose of this Cost/Vendor Survey (the "Survey") is to enhance the transparency of this Life Care Plan's Cost Analysis.

This Survey is presented in two sections:

1. The *Methods, Definitions & Discussion* section discloses the methods and parameters used to perform this Survey.

2. The *Cost Data Sample* exhibits all unit costs and other source-specific information obtained during this Survey that are employed in this Life Care Plan's Cost Analysis.

## 6.1    Methods, Definitions & Discussion

### 6.1.1    Survey Method[14]

1. In cases in which vendors/providers are specified (e.g. in cases in which specific Acute Care Services are to be performed at specified facilities, or in cases in which a life care plan's subject, his/her family member(s), care giver(s), treating physician(s), et al. specify particular physician(s) they are currently seeing and/or wish to see in the future), then the costs associated with the specified vendor(s)'/provider(s)' provision of such goods/services are cited in this Life Care Plan's Vendor Survey, and these values are used as unit costs for respective line items in this Life Care Plan's Cost Analysis (assuming it is possible to obtain such cost information from the specific vendor(s)/provider(s) in question).

2. In the absence of specific vendors/providers being specified, or in cases in which specific vendor(s)/provider(s) are specified, but from whom it is not possible to obtain cost information, then Usual, Customary & Reasonable (UCR) cost data is sourced, cited in this Life Care Plan's Vendor Survey, and used for applicable line items in this Life Care Plan's Cost Analysis (assuming it is possible to obtain UCR data using the zip code I assigned to Mrs. Pittman's probable location of care, which is 75791, or in the absence of the availability of such data, by relying upon UCR data obtained from within alternative geographical regions located within a 35 mile radius of Mrs. Pittman's probable location of care.

3. In the absence of preferred vendors/providers being specified, or in cases in which specific vendor(s)/provider(s) are specified, but from whom it is not possible to obtain cost information, and in the absence of UCR data being available for relevant geographic regions and/or for specific future medical requirements, then cost data in this Survey has been sourced via world-wide web, and/or telephone inquiry from vendors/providers located within a 35 mile radius of Mrs. Pittman's probable location of care.  In all cases in which it was reasonably practical to obtain such information; an attempt was made to obtain at least 3 discrete costs from 3 discrete sources, all of which are exhibited (along with the direct contact information for all vendors/providers from which such cost data was obtained) in this Life Care Plan's Cost

---

[14] American Academy of Physician Life Care Planners, A Physician's Guide to Life Care Planning: Tenets, Methods, and Best Practices for Physician Life Care Planners, American Academy of Physician Life Care Planners, Austin, Texas, 2017.

Data/Vendor Sample.  Averages (arithmetic means) for each future medical requirement were then calculated, and the arithmetic mean values were used as the unit costs for respective line items in this Life Care Plan's Cost Analysis.

When sourcing cost data via world-wide web, this Vendor Survey has also included cost data from national online medication, durable equipment and other vendors, e.g. CVS.com, Walgreens.com, Drugstore.com, etc. without affording consideration to the national vendor's actual location, relative to Mrs. Pittman's probable location of care.  In cases in which cost data is sourced from such vendors, it has been treated in the same manner as cost data sourced from vendors located within my previously specified 35 miles radius of Mrs. Pittman's probable location of care, i.e. such data is cited in this Life Care Plan's Vendor Survey, along with relevant vendor information.  The values of such data were then used in the calculation of arithmetic means which constitute unit costs for respective line items in this Life Care Plan's Cost Analysis.

4.  In cases in which particular medically-related goods/services require sourcing multiple data in order to formulate the cost of a single future medical requirement, e.g. as in the case of an acute care service, such as a surgery in which a cost for an actual surgical procedure, and a cost for a patient's hospitalization may not be able to be sourced as a single value, then values for each individual cost component were obtained, and then summed to calculate a total unit cost for the particular acute care service in question. When obtaining costs in such circumstances, I first looked for the specification of any preferred vendors/providers, and in the absence of such specification/availability, I looked for UCR data, and in the absence of available UCR data, I have sought to obtain cost data from individual vendors/sources via the World Wide Web and/or direct telephone inquiry. All sources from which any component costs were obtained are cited in this life care plan's vendor survey, and the values of such component costs have been summed to establish consolidated unit costs for respective line items.

## 6.1.2   Definitions & Discussion

- **Probable Location of Care & Proximity**

   Prices of medically-related goods and services can vary based upon geographic location.   The geographic scope of this survey is generally defined as a specified radius from the subject's primary residence.  Primary residence ("probable location of care") is defined by the subject's zip code.

   Geographic scope is defined as a 35 mile radius; and the probable location of care is defined using the subject's zip code: 75791.

- **Usual Customary & Reasonable (UCR) Cost Data**

    According to the American Medical Association's *UCR Definition: AMA Policy H-385.923*:

    1. *"Our AMA adopts as policy the following definitions:*

        a. *'usual'; fee means that fee usually charged, for a given service, by an individual physician to his private patient (i.e., his own usual fee);*

        b. *a fee is 'customary' when it is within the range of usual fees currently charged by physicians of similar training and experience, for the same service within the same specific and limited geographical area; and*

        c. *a fee is 'reasonable' when it meets the above two criteria and is justifiable, considering the special circumstances of the particular case in question, without regard to payments that have been discounted under governmental or private plans.*

    2. *Our AMA takes the position that there is no relationship between the Medicare fee schedule and Usual, Customary and Reasonable Fees."*[15]

- **Context4Healthcare**

    Usual Customary & Reasonable cost data in this Life Care Plan is sourced from Context4HealthCare, Inc. **Context4 Healthcare is an independent, disinterested, 3rd-party provider of medical cost data which is <u>endorsed and recommended by the Texas Medical Association</u>** in their essential text, *Business Basics for Physicians*:

    > *"Fees for service should be fair and reasonable for the medical specialty and according to community standards. Practice managers or administrators can perform a fee schedule analysis to determine whether physicians' fees are in line with market rates."*

    Context4 Healthcare's UCR Database is the largest publicly available database of its kind in the United States; and its UCR database is used by hundreds of healthcare organizations across the United States, including by some of the nation's largest payers, such as insurance companies.

    According to Context4Healthcare, its database contains approximately 70 percent of all health care charges submitted for payment in the United States. Context4 Healthcare's UCR Database is representative of charges for a national population of providers, representing a variety of contractual arrangements between payers and providers, and it is large enough to support statistically reliable and valid estimates at small levels of geographic disaggregation, i.e. within small groups of zip codes.

---

[15] https://policysearch.ama-assn.org/policyfinder/detail/Policy%20H-385.923%20?uri=%2FAMADoc%2FHOD.xml-0-3242.xml

Context4Healthcare's UCR Database incorporates data from approximately one billion de-identified medical bills, obtained every six months from a variety of sources—primarily from companies that provide electronic billing and claims processing services to health care providers.  Context4Healthcare's statistical model uses the latest two years of data, which it adjusts for inflation every six months.

Context4Healthcare's UCR Database is arrayed in percentiles from the 25th through the 95th percentile, and is divided into geographical regions throughout the country to account for regional differences in healthcare costs.

Context4Healthcare is one of the longest-standing providers of UCR data, and it has been a leader in UCR fee analysis for over 25 years.  Context4Healthcare is led by a team of highly skilled physicians, statisticians, programmers, software engineers, and executives: www.context4healthcare.com/about/our-management-team.

- **UCR Percentiles & "UCR 80"**

  UCR data as maintained by Context4Healthcare is organized into "conversion factors." These conversion factors are commonly used within the healthcare payer industry for the purpose of establishing benchmarks by which to filter submitted charges.

  "UCR 80" is a shorthand reference to the 80th UCR percentile. Historically, it has been customary for healthcare insurance providers to use "UCR 80" as a standard benchmark against which to measure the acceptability of charges.

  In addition to its relatively ubiquitous application by healthcare payers, use of UCR 80 is also mandated by various states and federal agencies, for example:

  1. The use of UCR 80 is mandated by the Texas State Legislature to resolve disagreements between out-of-network healthcare providers and insurers.[16]

  2. The State of New York has enacted a statute to prevent "surprise bills" and defines the "usual and customary cost" as "the eightieth percentile of all charges for the particular health care service performed by a provider in the same or similar specialty and provided in the same geographical area".[17]

  3. The United States Veterans Affairs ("VA") has mandated that "reasonable charges for medical care or services provided or furnished by VA to a veteran" use the "80th percentile of community charges," with "community" defined using a 3-digit Geo-Zip parameter.[18]

---

[16] Person, J., Texas Department of Insurance, Title 28, Chapter 21, Trade Practices, Austin, Texas, 2019.

[17] New York Financial Services Law, McKinney's Financial Services Law, Article 6: Emergency Medical Services and Surprise Bills, New York, 2015

[18] Department of Veterans Affairs, 38 CFR Part 17: Reasonable Charges for Medical Care or Services; 2003 Methodology Changes; Proposed Rule and Notice, 2003.

UCR 80 is also the most commonly employed UCR percentile in the discipline of life care planning, and its use is advocated by the American Academy of Physician Life Care Planners.

For these reasons, and because this life care plan presumes the provision of optimal medical care in order to accomplish the *Clinical Objectives of Life Care Planning*, I have used UCR 80 (the 80th UCR percentile) as the conversion factor when sourcing UCR data in this Vendor Survey.

- **Employing UCR Data**

  In order to obtain appropriate UCR cost data, it is necessary to define two basic parameters:

  1. A subject's zip code that specifies a geographic region.

  2. Specific CPT (Current Procedural Terminology) codes, specific CDT (Current Dental Terminology) codes, or specific DRG (Diagnosis-Related Group) codes, or specific HCPCS (Healthcare Common Procedure Coding System) codes.

  As previously stated, I have selected the zip code 75791, which defines Mrs. Pittman's probable location of care.

  UCR Data, as provided by Context4Healthcare is structured into "modules", which include "Medical", "Dental", "Outpatient Facility", "Inpatient Facility", "Anesthesia", and "HCPCS".

  The future medical requirements specified in this Life Care Plan have been coded for the purpose of soliciting UCR data from relevant UCR modules.

  a. CPT codes have been assigned to future medical requirements in this life care plan to solicit UCR cost data contained in the Medical Module. Such items include professional service fees, e.g. physician services, routine diagnostics, laboratory services, etc.

  b. CDT codes have been assigned to future medical requirements in this life care plan to solicit UCR cost data contained in the Dental Module. Such items include dental service fees, e.g. dental visits, preventative and restorative services, dental procedures, etc.

  c. CPT codes have also been assigned to future medical requirements in this life care plan to solicit UCR cost data contained in the Outpatient Facility Module. Such items would include outpatient facility fees, e.g. acute care services performed in outpatient hospital settings, ambulatory surgical centers, etc.

  d. DRG codes have been assigned to future medical requirements in this life care plan to solicit UCR cost data contained in the Inpatient Facility Module. Such items would include inpatient facility fees, e.g. acute care services performed in inpatient facilities, including inpatient hospitalizations, in-patient admissions ("stays"), etc.

  e. CPT codes have been assigned to future medical requirements in this life care plan to solicit UCR cost data contained in the Anesthesia Module for anesthesia-related fees, such as minimal, moderate, and deep sedation.

Physician Life Care Planning™

    f.   HCPCS codes have been assigned to future medical requirements in this life care plan to solicit UCR cost data contained in the HCPCS Module.  The HCPCS Module contains cost data for services not included in the Current Procedural Terminology (CPT) codes, e.g. durable medical equipment and supplies such as mobility devices, hospital beds, injection supplies, orthotics and prosthetics, and other services such as ambulance services, hearing and speech pathology services, etc.

[This space intentionally left blank.]

## 6.2    Cost Data/Vendor Sample

### 6.2.1    Physician Services

- **Orthopedic Knee Surgeon**
  Usual Customary & Reasonable (UCR 80)                    $250.80
  Medical: 99213

- **Physical Medicine & Rehabilitation/Pain Management**
  Usual Customary & Reasonable (UCR 80)                    $250.80
  Medical: 99213

- **Spinal Cord Stimulator: Simple Reprogramming**
  Usual Customary & Reasonable (UCR 80)                    $368.37
  Medical: 95971

- **Transforaminal Epidural Steroid Injection w/Imaging Guidance:**
  **Lumbar Spine - 1 Level (Outpatient w/15 min Conscious Sedation)**
  Usual Customary & Reasonable (UCR 80)                    $8,589.39
  OP-FAC: 64483 ($7,103.86)
  Medical: 64483 ($1,290.88)
  Medical: 99152 ($194.65)

- **Medial Branch Block: Cervical Spine - 2 Level**
  **(Outpatient w/30 min Conscious Sedation)**
  Usual Customary & Reasonable (UCR 80)                    $8,998.02
  OP-FAC: 64490 ($6,927.48)
  Medical: 64490 ($1,333.26)
  Medical: 64491 ($472.42)
  Medical: 99152 ($194.65)
  Medical: 99153 ($70.21)

- **Radiofrequency Ablation: Cervical Spine - 2 Level**
  **(Outpatient w/o Conscious Sedation)**
  Usual Customary & Reasonable (UCR 80)                    $14,717.58
  OP-FAC: 64633 ($9,040.77)
  Medical: 64633 ($4,023.29)
  Medical: 64634 ($1,653.52)

- **Orthopedic Spine Surgeon - New**
  Usual Customary & Reasonable (UCR 80)                    $261.11
  Medical: 99203

- **Orthopedic Spine Surgeon**
  Usual Customary & Reasonable (UCR 80)                    $250.80
  Medical: 99213

### 6.2.2 Routine Diagnostics

- **X-Rays: Knee**
  Usual Customary & Reasonable (UCR 80)          $230.71
  Medical: 73564

- **Venous Doppler Ultrasound: Lower Extremity (Bilateral)**
  Usual Customary & Reasonable (UCR 80)          $834.01
  Medical: 93970

- **X-Rays: Thoracic Spine (2 Views)**
  Usual Customary & Reasonable (UCR 80)          $109.13
  Medical: 72070

- **X-Rays: Lumbar Spine w/Flexion/Extension**
  Usual Customary & Reasonable (UCR 80)          $247.84
  Medical: 72114

- **MRI Scan: Lumbar Spine**
  Usual Customary & Reasonable (UCR 80)          $3,758.05
  Medical: 72148

- **X-Rays: Cervical Spine w/Flexion/Extension**
  Usual Customary & Reasonable (UCR 80)          $223.05
  Medical: 72052

- **MRI Scan: Cervical Spine**
  Usual Customary & Reasonable (UCR 80)          $3,735.02
  Medical: 72141

- **X-Rays: Lumbar Spine (2-3 Views)**
  Usual Customary & Reasonable (UCR 80)          $135.51
  Medical: 72100

### 6.2.3  Medications

Entries accompanied by an asterisk ("*") denote cost samples associated with generic, rather than brand name medications.

- **Analgesic**
  **Acetaminophen/Codeine (Brand Name, Tylenol #3, Discontinued)**
  300/30 mg, #30

  | | |
  |---|---|
  | CVS - Tyler*<br>1710 W. Gentry Pkwy.<br>Tyler, Texas, 75702<br>(903) 595-4179 | $23.49 |
  | Walgreens - Tyler*<br>1620 S. Broadway Ave.<br>Tyler, Texas, 75701<br>(903) 533-0367 | $34.49 |
  | Walmart - Tyler*<br>6801 S. Broadway Ave.<br>Tyler, Texas, 75703<br>(903) 581-4296 | $28.04 |
  | Average Cost | $28.67 |

- **Neuroleptic**
  **Neurontin** (Gabapentin) 300 mg, #30

  | | |
  |---|---|
  | CVS - Tyler*<br>1710 W. Gentry Pkwy.<br>Tyler, Texas, 75702<br>(903) 595-4179 | $27.99 |
  | Walgreens - Tyler*<br>1620 S. Broadway Ave.<br>Tyler, Texas, 75701<br>(903) 533-0367 | $22.59 |
  | Walmart - Tyler*<br>6801 S. Broadway Ave.<br>Tyler, Texas, 75703<br>(903) 581-4296 | $6.97 |
  | Average Cost | $19.18 |

- **Antidepressant**
  **Cymbalta** (Duloxetine) 40 mg, #30
  *The brand name version of this medication, Cymbalta, is not available in this specified dosage.*

| | |
|---|---:|
| CVS - Tyler*<br>1710 W. Gentry Pkwy.<br>Tyler, Texas, 75702<br>(903) 595-4179 | $213.00 |
| Walgreens - Tyler*<br>1620 S. Broadway Ave.<br>Tyler, Texas, 75701<br>(903) 533-0367 | $74.19 |
| Walmart - Tyler*<br>6801 S. Broadway Ave.<br>Tyler, Texas, 75703<br>(903) 581-4296 | $201.57 |
| Average Cost | $162.92 |

Physician Life Care Planning™

### 6.2.4  Rehabilitation Services

- **Physical Therapy: Home Health**

  At Home Healthcare - Tyler                                         $250.00
  419 S. Beckham
  Tyler, Texas, 75702
  (903) 593-9945

  Christus HomeCare - Tyler                                          $160.00
  821 E. S.E. Loop 323, Ste. 360
  Tyler, Texas, 75701
  (903) 534-6267

  Enhabit Home Health - Tyler                                        $155.05
  724 W. S.W. Loop 323, Ste. D
  Tyler, Texas, 75701
  (877) 330-7657

  Average Cost                                                       $188.35

- **Occupational Therapy: Home Health**

  At Home Healthcare - Tyler                                         $250.00
  419 S. Beckham
  Tyler, Texas, 75702
  (903) 593-9945

  Christus HomeCare - Tyler                                          $160.00
  821 E. S.E. Loop 323, Ste. 360
  Tyler, Texas, 75701
  (903) 534-6267

  Enhabit Home Health - Tyler                                        $156.11
  724 W. S.W. Loop 323, Ste. D
  Tyler, Texas, 75701
  (877) 330-7657

  Average Cost                                                       $188.70

- **Physical Therapy: Periodic (1 hr)**
  Usual Customary & Reasonable (UCR 80)                              $429.04
  Medical: 97110 ($429.04 ($107.26 x 4 units))

- **Physical Therapy: Post Operative (1 hr)**
  Usual Customary & Reasonable (UCR 80)                              $429.04
  Medical: 97110 ($429.04 ($107.26 x 4 units))

**Physician Life Care Planning**™

- **Cognitive/Behavioral Therapy (1 hr)**
  Usual Customary & Reasonable (UCR 80)                                    $680.08
  Medical: 96158 ($490.44)
  Medical: 96159 ($189.64 ($94.82 x 2 units))

### 6.2.5   Equipment & Supplies

- **CPM Machine: Knee (2 Week Rental)**
  Usual Customary & Reasonable (UCR 80)                                    $1,727.32
  HCPCS: E0935 ($1,727.32 ($123.38 x 14 units))

- **Shower Chair**
  Usual Customary & Reasonable (UCR 80)                                    $181.60
  HCPCS: E0240

- **Raised Commode Seat**
  Usual Customary & Reasonable (UCR 80)                                    $106.80
  HCPCS: E0244

- **Forearm Crutches**
  Usual Customary & Reasonable (UCR 80)                                    $241.50
  HCPCS: E0110

- **Aspen Lumbar Back Brace**
  Usual Customary & Reasonable (UCR 80)                                    $91.92
  HCPCS: L0625

### 6.2.6   Environmental Modifications & Essential Services

- **House Cleaning**
  Allowance                                                                 $1,400.00

### 6.2.7    Nursing & Attendant Care

- **Home Health Aide 2 Hours**

  Across the Board Home Healthcare                    $25.00 hourly ($50.00 for 2 hours)
  611 Zion St.
  Henderson, Texas, 75652
  (903) 889-2025

  Comfort Keepers - Tyler                    $31.00 hourly ($62.00 for 2 hours)
  215 Winchester Dr., Ste. 115
  Tyler, Texas, 75701
  (903) 509-4424

  Happy at Home Healthcare - Henderson       $23.00 hourly ($46.00 for 2 hours)
  125 S. Main St.
  Henderson, Texas, 75654
  (800) 553-7451

  _____

  Average Cost                                    $52.66 (for 2 hours)

### 6.2.8   Acute Care Services

- **Total Knee Arthroplasty (3 Days, Anesthesia 120 min)**
  Usual Customary & Reasonable (UCR 80)                                    $220,494.70
  DRG-IP FAC: 00470 ($211,302.18 ($70,434.06 x 3 days))
  Anesthesia: 01402 ($4,116.98 (120 min))
  Medical: 27447 ($5,075.54)

- **Spinal Cord Stimulator - Generator/Battery Replacement**
  Usual Customary & Reasonable (UCR 80)                                    $75,571.76
  OP-FAC: 63685 ($69,833.76)
  Anesthesia: 00300 ($1,921.26 (30 min))
  Medical: 63685 ($3,816.74)

- **Lumbar Adjacent Segment Fusion w/Intraoperative Neuromonitoring (120 min) - 1 Level  (3 Days, Anesthesia 120 min)**
  Usual Customary & Reasonable (UCR 80)                                    $292,915.24
  DRG-IP FAC: 00460 ($235,049.43 ($78,349.81 x 3 days))
  Anesthesia: 00670 ($5,763.77 (120 min))
  Medical: 20937 ($756.45)
  Medical: 22630 ($6,851.93)
  Medical: 22840 ($3,523.98)
  Medical: 22853 ($1,200.70)
  Medical: 95938 ($19,898.66)
  Medical: 95940 ($19,870.32 ($2,483.79 x 8 units))

# 7 Cost Analysis

This Cost Analysis ("Analysis") quantifies the nominal monetary value of providing Mrs. Pittman with the medically-related goods and services specified in Section 5, Future Medical Requirements.

## 7.1 Definition & Discussion of Quantitative Methods

### 7.1.1 Nominal Value

This Analysis quantifies all costs in nominal value, or "today's dollars", and it does not account for the time value of money, i.e. it does not account for inflation or discounts to formulate future and/or present values.

### 7.1.2 Accounting Methods

This Analysis quantifies the value of future medical requirements by employing Cash Method Accounting, in which values are accounted for within periods in which cash outflows associated with the acquisition of future medical requirements are forecast to occur.

### 7.1.3 Variables

#### 7.1.3.1 Independent Variables

To quantify this life care plan's future medical requirements, this cost analysis considers the following independent variables:

1. Start Date (starting period)

2. Quantity

3. Interval

4. Duration

5. Unit Cost

#### 7.1.3.2 Dependent Variables

From the preceding independent variables, the following dependent variable is derived:

1. Frequency = (Quantity ÷ Interval)

### 7.1.3.3   Unit Costs

- In cases in which Usual Customary & Reasonable (UCR) data has been employed, single value unit costs, as specified in this Life Care Plan's Cost/Vendor Sample are employed.

- In cases in which multiple prices have been sourced from independent vendors/providers, unit costs = arithmetic means.  An arithmetic mean = the sum of the values in the sample ÷ the number of values in the sample.

- In cases in which multiple component costs have been sourced to constitute a single item, e.g. a surgery consisting of multiple components, all component costs are summed into a consolidated, single value.

### 7.1.3.4   Counts & Conventions

All quantities, intervals, and durations employed in this Cost Analysis are exhibited within the heading of each future medical requirement contained in this cost analysis.  All variables pertaining to time correlate to the Gregorian Calendar.

## 7.2    Summary Restatement of Central Opinions

### 7.2.1    Relevant Diagnostic Condition Affecting Necessity of Future Care

- **Condition 1:** Motor vehicle collision resulting in lumbar injury with traumatic right L4-L5 facet cyst causing L5 radiculopathy status post surgical resection and L4-L5 posterior fusion in December 2024 with improved pain but persisting right leg numbness and weakness, modest improvement with recent spinal cord stimulator trial, planned implant in December 2025 (this life care plan assumes that this occurs shortly after finalizing this report and therefore does not include the initial implant).

- **Condition 2:** Cervical injury with persisting right-sided neck pain, intermittent cervicogenic headaches.

- **Condition 3:** Right knee contusion with aggravation of underlying osteoarthritis.

- **Condition 4:** Adjustment disorder with mixed anxiety and depression.

### 7.2.2    Relevant Disabilities Affecting Necessity of Future Care

- Decreased ability to interact and/or socialize with family, and/or friends and acquaintances.

- Decreased physical function affecting a loss of vocational capacities/opportunities.

- Decreased external mobility e.g. community ambulation, etc.

- Decreased ability to perform household services e.g. inside housework, food cooking & clean-up, caring for and maintaining pets, home and vehicles, household management, shopping for household, etc.

- Decreased ability to participate in personal avocational activities e.g. personal hobbies, pastimes, interests, etc.

Physician Life Care Planning™

### 7.2.3   Probable Duration of Care Metrics

- Name                                                    Marisa Pittman
- Date of Birth                                           April 28, 1969
- Date of Injury/Illness                                  August 3, 2024
- Present Date                                            December 12, 2025
- Current Age                                                          56
- Average Residual Years                                              28
- Average Life Expectancy                                             84
- Projected Duration of Care                                          28

Physician Life Care Planning™

## 7.3    Quantitative Summary of Future Medical Requirements

### 7.3.1    Summary of Cost Projections

| Care / Treatment Category | Life Time Cost | Percentage of Total |
|---|---|---|
| Physician Services | $221,376.02 | 21.37% |
| Routine Diagnostics | $37,166.13 | 3.59% |
| Medications | $7,083.96 | 0.68% |
| Rehabilitation Services | $92,925.24 | 8.97% |
| Equipment & Supplies | $6,769.78 | 0.65% |
| Environmental Modifications & Essential Services | $5,600.00 | 0.54% |
| Nursing & Attendant Care | $631.92 | 0.06% |
| Acute Care Services | $664,553.46 | 64.14% |
| **TOTAL** | **$1,036,106.51** | **100%** |

### 7.3.1.1    Summary of Cost Projections, Continued



Physician Life Care Planning™

## 7.4    Categorical Quantification of Future Medical Requirements

### 7.4.1    Physician Services Costs

| Item | Item Description | Begin at Age | Quantity (Units) | Interval (per) | Duration | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| 1 | Orthopedic Knee Surgeon | 56 | 3 | 1 year | 3 years | $250.80 | $2,257.20 |
| 2 | Orthopedic Knee Surgeon | 59 | 1 | 2 years | 25 years | $250.80 | $3,260.40 |
| 3 | Physical Medicine & Rehabilitation/Pain Management | 56 | 4 | 1 year | 11 years | $250.80 | $11,035.20 |
| 4 | Physical Medicine & Rehabilitation/Pain Management | 67 | 1 | 1 year | 17 years | $250.80 | $4,263.60 |
| 5 | Spinal Cord Stimulator: Simple Reprogramming | 56 | 1 | 3 years | 28 years | $368.37 | $3,683.70 |
| 6 | Transforaminal Epidural Steroid Injection w/Imaging Guidance: Lumbar Spine - 1 Level (Outpatient w/15 min Conscious Sedation) | 59 | 1 | 4 years | 25 years | $8,589.39 | $60,125.73 |
| 7 | Medial Branch Block: Cervical Spine - 2 Level (Outpatient w/30 min Conscious Sedation) | 56 | 2 | 1 year | 1 year | $8,998.02 | $17,996.04 |
| 8 | Radiofrequency Ablation: Cervical Spine - 2 Level (Outpatient w/o Conscious Sedation) | 57 | 2 | 3 years | 10 years | $14,717.58 | $117,740.64 |
| 9 | Orthopedic Spine Surgeon - New | 75 | 1 | 1 year | 1 year | $261.11 | $261.11 |
| 10 | Orthopedic Spine Surgeon | 75 | 3 | 1 year | 1 year | $250.80 | $752.40 |
| **Physician Services Subtotal** | | | | | | | **$221,376.02** |

### 7.4.2   Routine Diagnostics Costs

| Item | Item Description | Begin at Age | Quantity (Units) | Interval (per) | Duration | Unit Cost | Total Cost |
|------|------------------|-------------|------------------|----------------|----------|-----------|------------|
| 1 | X-Rays: Knee | 57 | 3 | 1 year | 1 year | $230.71 | $692.13 |
| 2 | X-Rays: Knee | 61 | 1 | 4 years | 23 years | $230.71 | $1,384.26 |
| 3 | Venous Doppler Ultrasound: Lower Extremity (Bilateral) | 57 | 1 | 1 year | 1 year | $834.01 | $834.01 |
| 4 | X-Rays: Thoracic Spine (2 Views) | 56 | 1 | 3 years | 28 years | $109.13 | $1,091.30 |
| 5 | X-Rays: Lumbar Spine w/Flexion/Extension | 59 | 1 | 4 years | 25 years | $247.84 | $1,734.88 |
| 6 | MRI Scan: Lumbar Spine | 59 | 1 | 5 years | 25 years | $3,758.05 | $18,790.25 |
| 7 | X-Rays: Cervical Spine w/Flexion/Extension | 56 | 1 | 3 years | 11 years | $223.05 | $892.20 |
| 8 | MRI Scan: Cervical Spine | 58 | 1 | 3 years | 9 years | $3,735.02 | $11,205.06 |
| 9 | X-Rays: Lumbar Spine (2-3 Views) | 75 | 4 | 1 year | 1 year | $135.51 | $542.04 |
| **Routine Diagnostics Subtotal** | | | | | | | **$37,166.13** |

Physician Life Care Planning™

### 7.4.3   Medications Costs

| Item | Item Description | Begin at Age | Quantity (Doses) | Interval (per) | Duration | Doses per Container | Unit (Container) Cost | Total Cost |
|------|------------------|--------------|------------------|----------------|----------|---------------------|-----------------------|------------|
| 1 | Analgesic: Acetaminophen/Codeine (Brand Name, Tylenol #3, Discontinued) | 56 | 30 | 2 months | 11 years | 30 | $28.67 | $1,892.22 |
| 2 | Analgesic: Acetaminophen/Codeine (Brand Name, Tylenol #3, Discontinued) | 67 | 30 | 6 months | 17 years | 30 | $28.67 | $974.78 |
| 3 | Neuroleptic: Gabapentin | 56 | 30 | 3 months | 4 years | 30 | $19.18 | $306.88 |
| 4 | Antidepressant: Cymbalta | 56 | 30 | 1 month | 2 years | 30 | $162.92 | $3,910.08 |
| **Medications Subtotal** | | | | | | | | **$7,083.96** |

Physician Life Care Planning™

### 7.4.4   Rehabilitation Services Costs

| Item | Item Description | Begin at Age | Quantity (Units) | Interval (per) | Duration | Unit Cost | Total Cost |
|------|------------------|--------------|------------------|----------------|----------|-----------|------------|
| 1 | Physical Therapy: Periodic (1 hr) | 56 | 10 | 1 year | 3 years | $429.04 | $12,871.20 |
| 2 | Physical Therapy: Periodic (1 hr) | 59 | 10 | 3 years | 25 years | $429.04 | $38,613.60 |
| 3 | Physical Therapy: Post Operative (1 hr) | 57 | 24 | 18 years | 19 years | $429.04 | $20,593.92 |
| 4 | Physical Therapy: Home Health | 57 | 12 | 1 year | 1 year | $188.35 | $2,260.20 |
| 5 | Occupational Therapy: Home Health | 57 | 12 | 1 year | 1 year | $188.70 | $2,264.40 |
| 6 | Cognitive/Behavioral Therapy (1 hr) | 56 | 12 | 1 year | 2 years | $680.08 | $16,321.92 |
| **Rehabilitation Services Subtotal** | | | | | | | **$92,925.24** |

### 7.4.5    Equipment & Supplies Costs

| Item | Item Description | Begin at Age | Quantity (Units) | Interval (per) | Duration | Unit Cost | Total Cost |
|------|-----------------|:---:|:---:|:---:|:---:|---:|---:|
| 1 | CPM Machine: Knee (2 Week Rental) | 57 | 3 | 1 year | 1 year | $1,727.32 | $5,181.96 |
| 2 | Shower Chair | 57 | 1 | 1 year | 1 year | $181.60 | $181.60 |
| 3 | Raised Commode Seat | 57 | 1 | 1 year | 1 year | $106.80 | $106.80 |
| 4 | Forearm Crutches | 60 | 1 | 5 years | 24 years | $241.50 | $1,207.50 |
| 5 | Aspen Lumbar Back Brace | 75 | 1 | 1 year | 1 year | $91.92 | $91.92 |
| **Equipment & Supplies Subtotal** | | | | | | | **$6,769.78** |

Physician Life Care Planning™

### 7.4.6   Environmental Modifications & Essential Services Costs

| Item | Item Description | Begin at Age | Quantity (Units) | Interval (per) | Duration | Unit Cost | Total Cost |
|------|-----------------|--------------|------------------|----------------|----------|-----------|------------|
| 1 | House Cleaning | 56 | 1 | 1 year | 4 years | $1,400.00 | $5,600.00 |
| **Environmental Modifications & Essential Services Subtotal** | | | | | | | **$5,600.00** |

Physician Life Care Planning™

### 7.4.7    Nursing & Attendant Care Costs

| Item | Item Description | Begin at Age | Quantity (Units) | Interval (per) | Duration | Unit Cost | Total Cost |
|------|-----------------|-------------:|-----------------:|---------------:|---------:|----------:|-----------:|
| 1 | Home Health Aide 2 Hours | 57 | 12 | 1 year | 1 year | $52.66 | $631.92 |
| | **Nursing & Attendant Care Subtotal** | | | | | | $631.92 |

Physician Life Care Planning™

## 7.4.8   Acute Care Services Costs

| Item | Item Description | Begin at Age | Quantity (Units) | Interval (per) | Duration | Unit Cost | Total Cost |
|------|------------------|--------------|------------------|----------------|----------|-----------|------------|
| 1 | Total Knee Arthroplasty (3 Days, Anesthesia 120 min) | 57 | 1 | 1 year | 1 year | $220,494.70 | $220,494.70 |
| 2 | Spinal Cord Stimulator - Generator/Battery Replacement | 66 | 1 | 10 years | 18 years | $75,571.76 | $151,143.52 |
| 3 | Lumbar Adjacent Segment Fusion w/Intraoperative Neuromonitoring (120 min) - 1 Level (3 Days, Anesthesia 120 min) | 75 | 1 | 1 year | 1 year | $292,915.24 | $292,915.24 |
| **Acute Care Services Subtotal** | | | | | | | **$664,553.46** |

Physician Life Care Planning™

## 8   Exhibits



