

**Allyn Needham Ph.D., CEA**
aneedham@shippneedham.com
(817) 915-9420 Cell

**Shannon Shipp Ph.D., MAFF, CEA**
sshipp@shippneedham.com
(817) 235-1945 Cell

December 23, 2025

Jimmy Negem, Sr.
Negem and Worthington
1828 E SE Loop 320, Ste R-1 A
Tyler, TX 75701

RE: Marisa Pittman

Dear Mr. Negem,

Thank you for the opportunity of working with you in the matter relating to Marisa Pittman. As agreed, I have estimated Ms. Pittman's lost earning capacity from her date of injury (8/3/2024) through her projected date of retirement. My calculations show Ms. Pittman's lost earning capacity is $984,009.

In preparing my initial report, my review included, but was not limited to, the following.
1) Life Care Plan Prepared for Mrs. Marisa Pittman by Jason Marchetti, M.D., dated 12/12/2025,
2) Marisa Pittman's W-2s from 2006 through 2017, except for 2007 and 2017,
3) Joseph and Marisa Pittman's income tax returns for 2017 through 2024, except for 2019,
4) Marisa Pittman's W-2s for 2018 through 2024,
5) Marisa Pittman's pay statement for 10/3/2025,
6) A listing of employer and employee costs for fringe benefits,
7) A completed Client Questionnaire,
8) Ms. Pittman's Response to Questions,
9) Email from Jimmy Negem, Sr., dated 12/16/2025.

In addition, I researched information from the following sources.
10) Social Security Administration, www.ssa.gov,
11) Internal Revenue Service, www.irs.gov,
12) The Markov Model of Labor Force Activity 2012-17: Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors, Gary Skoog, James Ciecka, Kurt Krueger, Journal of Forensic Economics, 28 (1-2), 2019,
13) Employer Costs for Employee Compensation – June 2025, 9/12/2025, Bureau of Labor Statistics, www.bls.gov,

6320 Southwest Boulevard, Suite 113 ◆ Fort Worth, TX 76109
Telephone (817) 348-0213 ◆ Fax (817) 348-0232



    14) Survey of Professional Forecasters, 11/17//2025, Federal Reserve Bank of Philadelphia, www.philadelphiafed.org,
    15) U.S. Bond and Market Rates, 12/18/2025, www.Bloomberg.com,
    16) U.S. Life Tables, National Center for Health Statistics.

I spoke with Jimmy Negem, Sr. by telephone on 12/3/2025 to clarify information in this matter.

This report was prepared solely by me. I do not have any current or anticipated future interests with any of the involved parties that would prevent me from providing an unbiased opinion. My income is not contingent on the opinions, analyses, or conclusions in this report. This is a preliminary report and subject to change with new data or information.

The following are some of the assumptions made in this report.
1) Marisa Pittman is a married female.
2) Her date of birth is 4/28/1969. (1969.32)
3) Her highest attained level of education is an associate's degree.
4) At the time of her injury, Ms. Pittman was a data management supervisor with the City of Tyler.
5) Her date of injury is 8/3/2024. (2024.59)
6) Since her injury, Ms. Pittman has continued to work for the City of Tyler.
7) The below market discount rate method will be used to discount future losses to present value.
8) The date of estimate (i.e., the day to begin discounting) is 1/1/2026. (2026.00)

Lost Earning Capacity

Marisa Pittman's lost earning capacity is the difference between what she could have earned as an employee of the City of Tyler, had she not been injured, and what she can earn at her next job.

In his life care plan for Ms. Pittman, Dr. Marchetti reports Ms. Pittman was injured in a motor vehicle accident on 8/3/2024. Ms. Pittman was a passenger in the vehicle. In regard to her current condition, Dr. Marchetti writes, "She [Ms. Pittman] reports feeling generally deconditioned and weak. She now has to use a forearm cane that she uses on the left side and will then use her right arm to hold or carry anything and she feels like she is now overusing her right side. She can walk about 200 feet fairly well without significant aggravations of her pain although she has to go slow." (Life Care Plan Prepared for Mrs. Marisa Pittman by Jason Marchetti, M.D., dated 12/12/2025, pp. 64-65)

Dr. Marchetti also discussed Ms. Pittman's upcoming procedure. "On December 10, 2025, I spoke with Dr. Calodney (one of Ms. Pittman's treating physicians) who indicates that Mrs. Pittman is scheduled for SCS implant next week and anticipates that she will not have full pain relief so will require continued medications and likely periodic lumbar

injections. She is also very deconditioned so will require further physical therapy in addition to additional treatments for her knee which he is not providing but notes that her knee pain did not significantly change during the SCS trial." (Life Care Plan Prepared for Mrs. Marisa Pittman by Jason Marchetti, M.D., dated 12/12/2025, p. 68)

Mr. Negem confirmed this procedure in our 12/3/2025 phone call and his 12/16/2025 email. It is my understanding Ms. Pittman will not return to work after her SCS surgery due to her ongoing pain and its impact on her work. These calculations assume she will leave the workforce on 1/1/2026. (2026.00)

A review of Ms. Pittman's 2018 through 2024 W-2s showed the following.

| Year | W-2 Wages | Medicare Wages |
|------|-----------|----------------|
| 2018 | 43,106.91 | 46,622.81 |
| 2019 | 38,899.17 | 42,098.26 |
| 2020 | 43,974.74 | 47,557.72 |
| 2021 | 42,790.30 | 46,308.20 |
| 2022 | 49,148.31 | 53,039.05 |
| 2023 | 57,167.23 | 61,612.95 |
| 2024 | 57,367.72 | 61,854.37 |

Ms. Pittman reported earning $30 per hour in 2025. (Response to Questions) Her 10/3/2025 pay statement showed her earning $27.0415 per hour. Ms. Pittman reported being able to work overtime prior to her injury. No records were available to calculate her overtime pay in prior years.

For these calculations, Ms. Pittman's projected annual salary for 2025 has been shown as $62,400. Her current hourly rate provides a base salary of $56,246. ($27.0415 hourly rate multiplied by 2,080 hours equals $56,246.32, rounded to $56,246) This annual income is less than her 2023 and 2024 Medicare income (gross pay). This appears to confirm her statement of working overtime.

$62,400 includes approximately 3 hours of overtime per week (based on 50 weeks) at the base pay rate of $27.0415 with overtime pay being $40.56225. This amount estimates Ms. Pittman's base pay and overtime pay for 2025.

Beginning in 2026, these calculations assume that Ms. Pittman's annual income would have grown annually at the projected rate of future inflation. The projected rate of future inflation (2.38%) has been taken from the Survey of Professional Forecasters that is published quarterly by the Federal Reserve Bank of Philadelphia. (11/17/2025, www.philadelphiafed.org)

Income taxes have been deducted from her income stream. The income tax tables found on the Internal Revenue Service website were used to estimate effective income taxes on her income. (www.irs.gov)

The City of Tyler provides a full package of state benefits. This includes health coverage, a retirement plan, and legally required benefits. Data from the Employer Costs for Employee Compensation – June 2025 report have been used to determine the benefit factor. Using Table 3, the information for state and local government employees was used. The resulting benefit factor for insurance coverage (health, life, dental, etc.) and retirement plans was 35.48%. (Employer Costs for Employee Compensation – June 2025, 9/12/2025, Bureau of Labor Statistics, www.bls.gov, p. 6) This factor has been applied to Ms. Pittman's income stream.

Ms. Pittman was 55 at the time of her injury. A review of worklife expectancy tables shows that a female, age 55, with an associate's degree, has a statistical worklife of 10.1 years. (The Markov Model of Labor Force Activity 2012-17: Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors, Gary Skoog, James Ciecka, Kurt Krueger, Journal of Forensic Economics, 28 (1-2), 2019, p. 76) If worked continuously, Ms. Pittman would leave the workforce at age 65.1.

Ms. Pittman stated that she had planned on working to age 70 and then retiring. (Response to Questions) For these calculations, a retirement age of 70 has been assumed.

Mitigation (offsetting) income has been considered in this report. Mitigation income has only been shown in 2025. These calculations assume Ms. Pittman's pre-injury and post injury income for 2024 was the same. Based on her reported Medicare income through 12/16/2025, her 2025 annual income has been projected to be $59,011, rounded. This amount has been deducted from her projected pre-injury income of $62,400.

Income taxes and fringe benefits have been applied to Ms. Pittman's mitigating income. The same fringe benefit factor was applied to this income as was applied to her pre-injury income.

Beginning 1/1/2026, these calculations have assumed Ms. Pittman will be out of the workforce. Therefore, no mitigating income has been shown after the beginning of 2026.

The below market discount rate method has been used to calculate the present value of future losses. The below market discount rate is the difference between the current market interest rates and the projected rate of future inflation. The current market rate is the weighted average yield on AAA rated, general obligation tax-exempt bonds maturing between 2025 and 2040. (U.S. Bond and Market Rates, 12/18/2025, www.Bloomberg.com) The projected rate of future inflation has been taken from the Survey of Professional Forecasters that is published quarterly by the Federal Reserve Bank of Philadelphia. (11/17/2025, www.philadelphiafed.org)

The results are as follows.

| | |
|---|---:|
| Pre-Estimate Loss | 4,183 |
| Post Estimate Loss | 979,825 |
| Total Loss | 984,009 |

A spreadsheet containing these calculations is attached at the end of this report.

## Conclusion

Based on the information and assumptions made in this report and after applying techniques commonly used in the field of economics, I conclude that Marisa Pittman's lost earning capacity is $984,009.

This is a preliminary report and is subject to change with new data and information. Should Ms. Pittman's medical prognosis and/or employment status change, I reserve the right to update this report to reflect her new status.

If you have any questions concerning this report, please call me at 817.348.0213.

Sincerely,

Allyn Needham, Ph.D., CEA

Marisa Pittman                                                                                                                                           Page 6

## Lost Earning Capacity

| | | | Pre-Injury | | Mitigation | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date of Birth | 4/28/1969 | 1969.32 | Pre-Injury | | Mitigaiton | | | | |
| Date of Injury | 8/3/2024 | 2024.59 | Annual Income | 62,400 | Annual Income | 0 | | Interst Rate | 3.12% |
| Proj Date of Retire | 4/28/2039 | 2039.32 | Income Taxes | 7,027 | Income Taxes | 0 | | Inflation Rate | 2.38% |
| Proj Date of Death | 2/12/2052 | 2052.12 | Fringe Benefits | 35.48% | Fringe Benefits | 0% | | Discount Rate | 0.74% |
| Date of Estimate | 1/1/2026 | 2026.00 | | | | | | | |

### Pre-Estimate Loss

| | | Pre-Injury | | | | | Mitigation | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | + | - | + | = | | + | - | + | = | = | |
| | | Annual | Pro-Rated | Income | Fringe | | Annual | Pro-Rated | Income | Fringe | | | |
| Age | Year | Income | Income | Taxes | Benefits | Total | Income | Income | Taxes | Benefits | Total | Loss | Cumulative |
| 55 | 2024.59 | 61,854 | 61,854 | 6,961 | 21,946 | 76,839 | 61,854 | 61,854 | 6,961 | 21,946 | 76,839 | 0 | 0 |
| 56 | 2025 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | 59,011 | 59,011 | 6,619 | 20,937 | 73,329 | 4,183 | 4,183 |
| | Total | | 124,254 | 13,988 | 44,085 | 154,351 | | 120,865 | 13,580 | 42,883 | 150,168 | 4,183 | |

### Post Estimate Loss

| | | | Pre-Injury | | | | | Mitigation | | | | | | = | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | + | - | + | = | | + | - | + | = | = | Present | |
| | | | Annual | Pro-Rated | Income | Fringe | | Annual | Pro-Rated | Income | Fringe | | | | |
| Age | Time | Year | Income | Income | Taxes | Benefits | Total | Income | Income | Taxes | Benefits | Total | Loss | Value | Cumulative |
| 57 | 1 | 2026 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 76,943 | 76,943 |
| 58 | 2 | 2027 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 76,378 | 153,321 |
| 59 | 3 | 2028 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 75,817 | 229,138 |
| 60 | 4 | 2029 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 75,260 | 304,398 |
| 61 | 5 | 2030 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 74,707 | 379,105 |
| 62 | 6 | 2031 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 74,158 | 453,263 |
| 63 | 7 | 2032 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 73,614 | 526,877 |
| 64 | 8 | 2033 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 73,073 | 599,950 |
| 65 | 9 | 2034 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 72,536 | 672,486 |
| 66 | 10 | 2035 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 72,003 | 744,489 |
| 67 | 11 | 2036 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 71,474 | 815,964 |
| 68 | 12 | 2037 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 70,949 | 886,913 |
| 69 | 13 | 2038 | 62,400 | 62,400 | 7,027 | 22,140 | 77,513 | - | 0 | 0 | 0 | 0 | 77,513 | 70,428 | 957,341 |
| 70 | 13.32 | 2039.32 | 62,400 | 19,968 | 2,249 | 7,085 | 24,804 | - | 0 | 0 | 0 | 0 | 24,804 | 22,484 | 979,825 |
| | | Total | | 831,168 | 93,600 | 294,898 | 1,032,467 | | 0 | 0 | 0 | 0 | 1,032,467 | 979,825 | |

| | |
|---|---|
| Pre-Estimate Loss | 4,183 |
| Post Estimate Loss | 979,825 |
| Total Loss | 984,009 |



Allyn Needham Ph.D., CEA
aneedham@shippneedham.com
(817) 915-9420 Cell

Shannon Shipp Ph.D., MAFF, CEA
sshipp@shippneedham.com
(817) 235-1945 Cell

December 23, 2025

Jimmy Negem, Sr.
Negem and Worthington
1828 E SE Loop 320, Ste R-1 A
Tyler, TX 75701

RE: Marisa Pittman

Dear Mr. Negem,

Thank you for the opportunity of working with you on the matter relating to Marisa Pittman. This is the second report I have prepared in the matter. The first report calculates the Lost Earning Capacity of Ms. Pittman. This report calculates the present value of Ms. Pittman's life care plan. My estimates show the present value of the anticipated future expenses is $1,219,097.86.

In preparing this report, my review included, but was not limited to, the following.
1) Life Care Plan Prepared for Ms. Marisa Pittman by Jason Marchetti, MD, FAAPMR, CLCP, CPLCP Dated 12/12/2025,
2) U.S. Life Tables, (National Center for Health Statistics),
3) The Economic Report of the President, 2024,
4) The CPI Detailed Report, January 2016 through January 2025, Bureau of Labor Statistics, www.bls.gov,
5) Alfred Graph Observations, Federal Reserve Bank of St. Louis.

This report was prepared by me. I have no current or anticipated future interest with any of the involved parties that would prevent me from providing an unbiased opinion. My compensation is not contingent on the analyses, opinions, or conclusions in this report. This is a preliminary report and subject to change with new data or information.

The following assumptions were made in completing this report.
1) Marisa Pittman is a female.
2) She is approximately 56 years of age.
3) Her statistical life expectancy runs through the age of 83.
4) Her projected residual care period for this analysis is 28 years.
5) Data provided in Jason Marchetti's report is accurate and correct.

6320 Southwest Boulevard, Suite 113 ◆ Fort Worth, TX 76109
Telephone (817) 348-0213 ◆ Fax (817) 348-0232

To discount these future life care costs to present value, I used a net discount rate method. Based on information found in the Economic Report of the President, 2024, Alfred Graph Observations, Federal Reserve Bank of St. Louis, and the CPI Detailed Reports, January 2016 through January 2025, the net discount rate (a safe and best investment rate less a growth rate) for the categories of Medical Care Services, Professional Services, Other Medical Professionals, Hospital Services, Nursing Home / Adult Care, Home Care, Medical Care Commodities, Medical Equipment Supplies, and General Inflation have been determined. (Economic Report of the President, 2024, Table B-42, Bond Rate Yields, 2024, Alfred Graph Observations, Federal Reserve Bank of St. Louis, CPI Detailed Reports, January 2016-2025, www.bls.gov) These rates were applied to their corresponding subsections in the report.

Ms. Pittman's medical care needs were listed in the following categories: Physician Services, Routine Diagnostics, Medications, Rehabilitation Services, Equipment & Supplies, Environmental Modification & Essential Services, Nursing & Attendant Care, and Acute Care Services.

These costs were spread over a residual care period of 28 years.

The results are as follows:

|  | Costs | Present Value |
|---|---|---|
| Cost Analysis Summary | $1,036,106.51 | $1,219,097.86 |

Spreadsheets containing these present value calculations are attached to the end of this report.

## Conclusion

Based on the information and assumptions discussed in this report and after applying techniques commonly used in the field of economics, I conclude the present value for the future medical costs for Marisa Pittman is $1,219,097.86.

This is a preliminary report and is subject to change with new data or information. If I may answer any questions concerning this report, please call me at 817.348.0213.

Sincerely,

Allyn Needham, Ph.D., CEA

Marisa Pittman                                                                                      Page 3

Present Value of Life Care Plan and Cost Analysis

Source:  Life Care Plan  Dated 12/12/2025 Prepared by Jason Marchetti, MD, FAAPMR, CLCP, CPLCP

Projected Life Expectancy  84 yrs.

| (X) U.S. Treasury 10 Year Yields | Medical Categories | (Y) Categories 10 Yr. Aver | (X-Y) Net Discount Rates | Discount Code |
|---|---|---|---|---|
| 2.48% | Med Care Services | 2.83% | -0.35% | A |
| 2.48% | Professional Services | 1.93% | 0.55% | B |
| 2.48% | Other Medical Professionals | 1.51% | 0.97% | C |
| 2.48% | Hospital Services | 4.05% | -1.57% | D |
| 2.48% | Nursing Home / Adult Care | 3.67% | -1.19% | E |
| 2.48% | Home Care | 3.89% | -1.41% | F |
| 2.48% | Med Care Commodities | 1.78% | 0.70% | G |
| 2.48% | Medical Equipment Supplies | 1.20% | 1.28% | H |
| 2.48% | CPI-U | 3.16% | -0.68% | I |

Source:   CPI January Report Tables 2 and 3 for 2016-2025
          Table B-42, Economic Report of the President, 2024
          Alfred Graph Observations, Federal Reserve Bank of St. Louis

Marisa Pittman                                                                                                          Page 4

Present Value of Life Care Plan and Cost Analysis

Source: Life Care Plan Dated 12/12/2025 Prepared by Jason Marchetti, MD, FAAPMR, CLCP, CPLCP

| Discount Code | | B | B | B | B | B | D |
|---|---|---|---|---|---|---|---|
| | | Orthopedic | Orthopedic | Physical Medicine | Physical Medicine | Spinal Cord | Transforaminal |
| Age | Time | Knee Surgeon | Knee Surgeon | & Rehabilitation | & Rehabilitation | Stimulator Reprogram | ESI OP |
| 56 | 1 | 752.40 | 0.00 | 1003.20 | 0.00 | 368.37 | 0.00 |
| 57 | 2 | 752.40 | 0.00 | 1003.20 | 0.00 | 0.00 | 0.00 |
| 58 | 3 | 752.40 | 0.00 | 1003.20 | 0.00 | 0.00 | 0.00 |
| 59 | 4 | 0.00 | 250.80 | 1003.20 | 0.00 | 368.37 | 8,589.39 |
| 60 | 5 | 0.00 | 0.00 | 1003.20 | 0.00 | 0.00 | 0.00 |
| 61 | 6 | 0.00 | 250.80 | 1003.20 | 0.00 | 0.00 | 0.00 |
| 62 | 7 | 0.00 | 0.00 | 1003.20 | 0.00 | 368.37 | 0.00 |
| 63 | 8 | 0.00 | 250.80 | 1003.20 | 0.00 | 0.00 | 8,589.39 |
| 64 | 9 | 0.00 | 0.00 | 1003.20 | 0.00 | 0.00 | 0.00 |
| 65 | 10 | 0.00 | 250.80 | 1003.20 | 0.00 | 368.37 | 0.00 |
| 66 | 11 | 0.00 | 0.00 | 1003.20 | 0.00 | 0.00 | 0.00 |
| 67 | 12 | 0.00 | 250.80 | 0.00 | 250.80 | 0.00 | 8,589.39 |
| 68 | 13 | 0.00 | 0.00 | 0.00 | 250.80 | 368.37 | 0.00 |
| 69 | 14 | 0.00 | 250.80 | 0.00 | 250.80 | 0.00 | 0.00 |
| 70 | 15 | 0.00 | 0.00 | 0.00 | 250.80 | 0.00 | 0.00 |
| 71 | 16 | 0.00 | 250.80 | 0.00 | 250.80 | 368.37 | 8,589.39 |
| 72 | 17 | 0.00 | 0.00 | 0.00 | 250.80 | 0.00 | 0.00 |
| 73 | 18 | 0.00 | 250.80 | 0.00 | 250.80 | 0.00 | 0.00 |
| 74 | 19 | 0.00 | 0.00 | 0.00 | 250.80 | 368.37 | 0.00 |
| 75 | 20 | 0.00 | 250.80 | 0.00 | 250.80 | 0.00 | 8,589.39 |
| 76 | 21 | 0.00 | 0.00 | 0.00 | 250.80 | 0.00 | 0.00 |
| 77 | 22 | 0.00 | 250.80 | 0.00 | 250.80 | 368.37 | 0.00 |
| 78 | 23 | 0.00 | 0.00 | 0.00 | 250.80 | 0.00 | 0.00 |
| 79 | 24 | 0.00 | 250.80 | 0.00 | 250.80 | 0.00 | 8,589.39 |
| 80 | 25 | 0.00 | 0.00 | 0.00 | 250.80 | 368.37 | 0.00 |
| 81 | 26 | 0.00 | 250.80 | 0.00 | 250.80 | 0.00 | 0.00 |
| 82 | 27 | 0.00 | 0.00 | 0.00 | 250.80 | 0.00 | 0.00 |
| 83 | 28 | 0.00 | 250.80 | 0.00 | 250.80 | 368.37 | 8,589.39 |
| | Total | 2257.20 | 3260.40 | 11,035.20 | 4,263.60 | 3,683.70 | 60,125.73 |

Marisa Pittman                                                                                                           Page 5

Present Value of Life Care Plan and Cost Analysis

Source:  Life Care Plan  Dated 12/12/2025 Prepared by Jason Marchetti, MD, FAAPMR, CLCP, CPLCP

| D<br>Medial Brnch Blk<br>Cervical | D<br>Radiofrequency<br>Ablatn Cervical | B<br>Orthopedic<br>Spine Surgeon New | B<br>Orthopedic<br>Spine Surgeon | A<br>X-Rays<br>Knee | A<br>X-Rays<br>Knee | A<br>Venous Doppler<br>Ultrasound | A<br>X-Rays<br>Thoracic Spine |
|---:|---:|---:|---:|---:|---:|---:|---:|
| 17,996.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.13 |
| 0.00 | 29,435.16 | 0.00 | 0.00 | 692.13 | 0.00 | 834.01 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.13 |
| 0.00 | 29,435.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.71 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.13 |
| 0.00 | 29,435.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.71 | 0.00 | 109.13 |
| 0.00 | 29,435.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.13 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.71 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.13 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.71 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.13 |
| 0.00 | 0.00 | 261.11 | 752.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.71 | 0.00 | 109.13 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.13 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.71 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.13 |
| 17,996.04 | 117,740.64 | 261.11 | 752.40 | 692.13 | 1,384.26 | 834.01 | 1,091.30 |

Marisa Pittman                                                                                                                               Page 6

Present Value of Life Care Plan and Cost Analysis

Source: Life Care Plan Dated 12/12/2025 Prepared by Jason Marchetti, MD, FAAPMR, CLCP, CPLCP

| A<br>X-Rays<br>Lumbar Spine w/Flex | A<br>MRI Scan<br>Lumbar Spine | A<br>X-Rays<br>Cervical Spine | A<br>MRI Scan<br>Cervcial Spine | A<br>X-Rays<br>Lumbar Spine | G<br>Acetaminophen/<br>Codeine Tylenol #3 | G<br>Acetaminophen/<br>Codeine Tylenol #3 | G<br>Gabapentin |
|---:|---:|---:|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 223.05 | 0.00 | 0.00 | 172.02 | 0.00 | 76.72 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 172.02 | 0.00 | 76.72 |
| 0.00 | 0.00 | 0.00 | 3,735.02 | 0.00 | 172.02 | 0.00 | 76.72 |
| 247.84 | 3,758.05 | 223.05 | 0.00 | 0.00 | 172.02 | 0.00 | 76.72 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 172.02 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 3,735.02 | 0.00 | 172.02 | 0.00 | 0.00 |
| 0.00 | 0.00 | 223.05 | 0.00 | 0.00 | 172.02 | 0.00 | 0.00 |
| 247.84 | 0.00 | 0.00 | 0.00 | 0.00 | 172.02 | 0.00 | 0.00 |
| 0.00 | 3,758.05 | 0.00 | 3,735.02 | 0.00 | 172.02 | 0.00 | 0.00 |
| 0.00 | 0.00 | 223.05 | 0.00 | 0.00 | 172.02 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 172.02 | 0.00 | 0.00 |
| 247.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 3,758.05 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 247.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 3,758.05 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 247.84 | 0.00 | 0.00 | 0.00 | 542.04 | 0.00 | 57.34 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 247.84 | 3,758.05 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 247.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 |
| 1,734.88 | 18,790.25 | 892.20 | 11,205.06 | 542.04 | 1,892.22 | 974.78 | 306.88 |

Marisa PittmanPage 7

Present Value of Life Care Plan and Cost Analysis

Source: Life Care Plan Dated 12/12/2025 Prepared by Jason Marchetti, MD, FAAPMR, CLCP, CPLCP

| G | C | C | C | C | C | C | H | H | H |
|---|---|---|---|---|---|---|---|---|---|
| | PT | PT | PT | PT | Occupational | Cognitive/ | CPM Machine | Shower | Raised |
| Cymbalta | Periodic | Periodic | Post-Op | Home Health | Home Health | Behavioral Therapy | Knee | Chair | Commode Seat |
| 1955.04 | 4,290.40 | 0.00 | 0.00 | 0.00 | 0.00 | 8,160.96 | 0.00 | 0 | 0.00 |
| 1955.04 | 4,290.40 | 0.00 | 10,296.96 | 2,260.20 | 2,264.40 | 8,160.96 | 5,181.96 | 181.60 | 106.80 |
| 0.00 | 4,290.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 4,290.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 4,290.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 4,290.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 4,290.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 4,290.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 10,296.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 4,290.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 4,290.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 4,290.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,910.08 | 12,871.20 | 38,613.60 | 20,593.92 | 2,260.20 | 2,264.40 | 16,321.92 | 5,181.96 | 181.60 | 106.80 |

Marisa Pittman                                                                                                      Page 8

Present Value of Life Care Plan and Cost Analysis

Source: Life Care Plan Dated 12/12/2025 Prepared by Jason Marchetti, MD, FAAPMR, CLCP, CPLCP

| H Forearm Crutches | H Aspen Lumbar Back Brace | I House Cleaning | F Home Health Aide 2 hrs | D Total Knee Arthroplasty | D Spinal Cord Stim Gen/Batt Replace | D Lumbar Adjacent Segment Fusion | Total |
|---:|---:|---:|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,507.33 |
| 0.00 | 0.00 | 1,400.00 | 631.92 | 220,494.70 | 0.00 | 0.00 | 290,190.58 |
| 0.00 | 0.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,429.76 |
| 0.00 | 0.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,488.97 |
| 241.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,851.88 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,391.75 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,166.17 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,698.41 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,668.29 |
| 241.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,889.18 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75,571.76 | 0.00 | 106,182.14 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,396.17 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,076.04 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,547.70 |
| 241.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 549.64 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,164.07 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 308.14 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 789.65 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,834.09 |
| 241.50 | 91.92 | 0.00 | 0.00 | 0.00 | 0.00 | 292,915.24 | 314,497.34 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75,571.76 | 0.00 | 75,879.90 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,557.55 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 308.14 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,154.22 |
| 241.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,317.54 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 789.65 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 308.14 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,164.07 |
| 1,207.50 | 91.92 | 5,600.00 | 631.92 | 220,494.70 | 151,143.52 | 292,915.24 | 1,036,106.51 |

Marisa Pittman                                                                                                    Page 9

Present Value of Life Care Plan and Cost Analysis

Source: Life Care Plan Dated 12/12/2025 Prepared by Jason Marchetti, MD, FAAPMR, CLCP, CPLCP

| Total A | Total B | Total C | Total D | Total F | Total G | Total H | Total I | Total |
|---|---|---|---|---|---|---|---|---|
| 332.18 | 2,123.97 | 12,451.36 | 17,996.04 | 0.00 | 2,203.78 | 0.00 | 1,400.00 | 36,507.33 |
| 1,526.14 | 1,755.60 | 27,272.92 | 249,929.86 | 631.92 | 2,203.78 | 5,470.36 | 1,400.00 | 290,190.58 |
| 3,735.02 | 1,755.60 | 4,290.40 | 0.00 | 0.00 | 248.74 | 0.00 | 1,400.00 | 11,429.76 |
| 4,338.07 | 1,622.37 | 4,290.40 | 8,589.39 | 0.00 | 248.74 | 0.00 | 1,400.00 | 20,488.97 |
| 0.00 | 1,003.20 | 0.00 | 29,435.16 | 0.00 | 172.02 | 241.50 | 0.00 | 30,851.88 |
| 3,965.73 | 1,254.00 | 0.00 | 0.00 | 0.00 | 172.02 | 0.00 | 0.00 | 5,391.75 |
| 332.18 | 1,371.57 | 4,290.40 | 0.00 | 0.00 | 172.02 | 0.00 | 0.00 | 6,166.17 |
| 247.84 | 1,254.00 | 0.00 | 38,024.55 | 0.00 | 172.02 | 0.00 | 0.00 | 39,698.41 |
| 7,493.07 | 1,003.20 | 0.00 | 0.00 | 0.00 | 172.02 | 0.00 | 0.00 | 8,668.29 |
| 562.89 | 1,622.37 | 4,290.40 | 0.00 | 0.00 | 172.02 | 241.50 | 0.00 | 6,889.18 |
| 0.00 | 1,003.20 | 0.00 | 105,006.92 | 0.00 | 172.02 | 0.00 | 0.00 | 106,182.14 |
| 247.84 | 501.60 | 0.00 | 8,589.39 | 0.00 | 57.34 | 0.00 | 0.00 | 9,396.17 |
| 109.13 | 619.17 | 4,290.40 | 0.00 | 0.00 | 57.34 | 0.00 | 0.00 | 5,076.04 |
| 3,988.76 | 501.60 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 | 0.00 | 4,547.70 |
| 0.00 | 250.80 | 0.00 | 0.00 | 0.00 | 57.34 | 241.50 | 0.00 | 549.64 |
| 356.97 | 869.97 | 4,290.40 | 8,589.39 | 0.00 | 57.34 | 0.00 | 0.00 | 14,164.07 |
| 0.00 | 250.80 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 | 0.00 | 308.14 |
| 230.71 | 501.60 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 | 0.00 | 789.65 |
| 3,867.18 | 619.17 | 4,290.40 | 0.00 | 0.00 | 57.34 | 0.00 | 0.00 | 8,834.09 |
| 789.88 | 1,515.11 | 10,296.96 | 301,504.63 | 0.00 | 57.34 | 333.42 | 0.00 | 314,497.34 |
| 0.00 | 250.80 | 0.00 | 75,571.76 | 0.00 | 57.34 | 0.00 | 0.00 | 75,879.90 |
| 339.84 | 869.97 | 4,290.40 | 0.00 | 0.00 | 57.34 | 0.00 | 0.00 | 5,557.55 |
| 0.00 | 250.80 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 | 0.00 | 308.14 |
| 4,005.89 | 501.60 | 0.00 | 8,589.39 | 0.00 | 57.34 | 0.00 | 0.00 | 13,154.22 |
| 109.13 | 619.17 | 4,290.40 | 0.00 | 0.00 | 57.34 | 241.50 | 0.00 | 5,317.54 |
| 230.71 | 501.60 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 | 0.00 | 789.65 |
| 0.00 | 250.80 | 0.00 | 0.00 | 0.00 | 57.34 | 0.00 | 0.00 | 308.14 |
| 356.97 | 869.97 | 4,290.40 | 8,589.39 | 0.00 | 57.34 | 0.00 | 0.00 | 14,164.07 |
| 37,166.13 | 25,513.61 | 92,925.24 | 860,415.87 | 631.92 | 7,083.96 | 6,769.78 | 5,600.00 | 1,036,106.51 |

Marisa Pittman                                                                                                          Page 10

Present Value of Life Care Plan and Cost Analysis

Source: Life Care Plan Dated 12/12/2025 Prepared by Jason Marchetti, MD, FAAPMR, CLCP, CPLCP

| Pre Val A | Pres Val B | Pres Val C | Pre Val D | Pre Val F | Pres Val G | Pres Val H | Pre Val I | Pres Val Total | Cumulative |
|---|---|---|---|---|---|---|---|---|---|
| 333.35 | 2,112.35 | 12,331.74 | 18,283.08 | 0.00 | 2,188.46 | 0.00 | 1,409.59 | 36,658.57 | 36,658.57 |
| 1,536.88 | 1,736.45 | 26,751.43 | 257,966.42 | 650.12 | 2,173.25 | 5,332.96 | 1,419.24 | 297,566.74 | 334,225.31 |
| 3,774.51 | 1,726.95 | 4,167.93 | 0.00 | 0.00 | 243.59 | 0.00 | 1,428.95 | 11,341.94 | 345,567.25 |
| 4,399.34 | 1,587.16 | 4,127.89 | 9,150.66 | 0.00 | 241.90 | 0.00 | 1,438.74 | 20,945.68 | 366,512.93 |
| 0.00 | 976.06 | 0.00 | 31,858.77 | 0.00 | 166.12 | 226.62 | 0.00 | 33,227.57 | 399,740.51 |
| 4,050.04 | 1,213.40 | 0.00 | 0.00 | 0.00 | 164.97 | 0.00 | 0.00 | 5,428.41 | 405,168.92 |
| 340.43 | 1,319.91 | 4,010.06 | 0.00 | 0.00 | 163.82 | 0.00 | 0.00 | 5,834.23 | 411,003.15 |
| 254.89 | 1,200.16 | 0.00 | 43,156.30 | 0.00 | 162.68 | 0.00 | 0.00 | 44,774.04 | 455,777.18 |
| 7,733.29 | 954.88 | 0.00 | 0.00 | 0.00 | 161.55 | 0.00 | 0.00 | 8,849.72 | 464,626.90 |
| 582.98 | 1,535.78 | 3,895.60 | 0.00 | 0.00 | 160.43 | 212.66 | 0.00 | 6,387.44 | 471,014.34 |
| 0.00 | 944.46 | 0.00 | 124,972.82 | 0.00 | 159.31 | 0.00 | 0.00 | 126,076.60 | 597,090.95 |
| 258.49 | 469.65 | 0.00 | 10,385.62 | 0.00 | 52.74 | 0.00 | 0.00 | 11,166.50 | 608,257.44 |
| 114.22 | 576.56 | 3,784.40 | 0.00 | 0.00 | 52.37 | 0.00 | 0.00 | 4,527.55 | 612,784.99 |
| 4,189.44 | 464.52 | 0.00 | 0.00 | 0.00 | 52.01 | 0.00 | 0.00 | 4,705.97 | 617,490.95 |
| 0.00 | 230.99 | 0.00 | 0.00 | 0.00 | 51.64 | 199.55 | 0.00 | 482.19 | 617,973.14 |
| 377.57 | 796.88 | 3,676.38 | 11,064.26 | 0.00 | 51.28 | 0.00 | 0.00 | 15,966.37 | 633,939.52 |
| 0.00 | 228.47 | 0.00 | 0.00 | 0.00 | 50.93 | 0.00 | 0.00 | 279.40 | 634,218.92 |
| 245.74 | 454.44 | 0.00 | 0.00 | 0.00 | 50.57 | 0.00 | 0.00 | 750.76 | 634,969.67 |
| 4,133.57 | 557.89 | 3,571.44 | 0.00 | 0.00 | 50.22 | 0.00 | 0.00 | 8,313.13 | 643,282.80 |
| 847.26 | 1,357.70 | 8,489.10 | 413,755.98 | 0.00 | 49.87 | 258.53 | 0.00 | 424,758.45 | 1,068,041.24 |
| 0.00 | 223.51 | 0.00 | 105,361.60 | 0.00 | 49.53 | 0.00 | 0.00 | 105,634.64 | 1,173,675.88 |
| 367.09 | 771.08 | 3,469.49 | 0.00 | 0.00 | 49.18 | 0.00 | 0.00 | 4,656.84 | 1,178,332.73 |
| 0.00 | 221.08 | 0.00 | 0.00 | 0.00 | 48.84 | 0.00 | 0.00 | 269.92 | 1,178,602.64 |
| 4,357.56 | 439.73 | 0.00 | 12,557.49 | 0.00 | 48.50 | 0.00 | 0.00 | 17,403.28 | 1,196,005.92 |
| 119.13 | 539.83 | 3,370.46 | 0.00 | 0.00 | 48.16 | 175.72 | 0.00 | 4,253.30 | 1,200,259.22 |
| 252.73 | 434.93 | 0.00 | 0.00 | 0.00 | 47.83 | 0.00 | 0.00 | 735.49 | 1,200,994.72 |
| 0.00 | 216.28 | 0.00 | 0.00 | 0.00 | 47.50 | 0.00 | 0.00 | 263.77 | 1,201,258.49 |
| 393.79 | 746.12 | 3,274.25 | 13,378.05 | 0.00 | 47.17 | 0.00 | 0.00 | 17,839.37 | 1,219,097.86 |
| 38,662.29 | 24,037.23 | 84,920.18 | 1,051,891.05 | 650.12 | 6,834.43 | 6,406.05 | 5,696.51 | 1,219,097.86 | |