---

**Foot & Ankle Surgery**

**Linden Dillin, M.D.**
900 12th Avenue
Fort Worth, Texas 76104
Tel: (817) 335-3668   Fax: (817) 335-5304

*Arthroscopy & Related Surgery*
Knee, Shoulder, Elbow, Ankle
Endoscopic Carpal Tunnel Release

---

November 24, 2025

Jimmy Negem
1828 E. Southeast Loop 323
Suite R1A
Tyler, Texas 75701-8394

Re:    Marisa Pittman

Dear Mr. Negem:

It was my pleasure to see your client, Marisa Pittman, in Tyler on 11/21/2025. Please find enclosed a copy of her office notes. Her knee still hurts her the same with diffuse pain that is situated over the lateral side of her knee.

She has undergone a spinal cord stimulator trial which symptomatically did not improve her knee.

At this point the definitive management for her knee would likely require a knee replacement, the cost of which is identified in the addendum to this letter.

Sincerely,

*Linden Dillin, M.D.*

Linden Dillin, M.D.

---

**Orthopedic Surgery**

EXHIBIT M

### Estimate - Surgery - Knee - TKA

| Services | Estimate Range | |
|---|---|---|
|  | Low | High |
| Surgeon's Fees | $7,401 | $7,401 |
| Anesthesiologist's Fees | $4,978 | $6,288 |
| Facility Fees | $144,593 | $241,803 |
| Medications | $205 | $796 |
| Office Visits[1] | $154 | $1,575 |
| Postop Xrays (1 - 2) | $201 | $402 |
| Postop Venous Doppler | $546 | $546 |
| Continuous Passive Motion Machine (1 - 2 months) | $526 | $1,052 |
| Physical Therapy (4 - 12 weeks) | $2,412 | $16,080 |
| Total | $161,016 | $275,943 |

Footnotes:

1. Office Visits = Office visit charges after the "global" period

*Not included:* *Extended care facility and home health care, if needed*
*Treatment of venous thromboembolism*
*Evaluation and treatment of complications*

The estimate for physician, hospital and ambulatory surgery center charges are based on the 80th percentile of UCR (usual, customary and reasonable fees for the Dallas, Fort Worth and Arlington area as of **January, 2025**.

It is assumed that this procedure will be performed as an outpatient in an Ambulatory Surgery Center or a Hospital Outpatient Facility.

### Surgeon Fees

| CPT | Description | 80% |
|---|---|---|

| 27447 | Total knee replacement | $7,401 |
|---|---|---|

| Facility Fees ||||||
|---|---|---|---|---|---|
| Low | 80th percentile - Full fee for all components |||||
| CPT | Description | | Fee | # | Final Fee |
| 470 | TKA | | 133,585 | 1 | $133,585 |
| C1776 | Implant - Joint Device | | 11,008 | 1 | $11,008 |
| | Low Total | | | | $144,593 |
| High | 80th percentile - Full fee for all components |||||
| CPT | Description | | Fee | # | Final Fee |
| 469 | TKA with major complication or comorbidity | | 230,795 | 1 | $230,795 |
| C1776 | Implant - Joint Device | | 11,008 | 1 | $11,008 |
| | High Total | | | | $241,803 |

## Reference Files

Anesthesiologist's Fees, 19 - 24 Points
Medication 1310-1511 Xarelto
Office Visits 1-0 5-2
Xrays Knee 1 - 2
Ultrasound Examination of Venous System
CPM Cost Calculation
Physical Therapy

| Services | Estimate - Surgery - Knee - TKA | |
|---|---|---|
| | **Estimate Range** | |
| | Low | High |
| Surgeon's Fees | $5,125 | $5,125 |
| Anesthesiologist's Fees | $5,491 | $6,936 |
| Facility Fees | $112,787 | $174,221 |
| Medications | $195 | $558 |
| Office Visits[1] | $154 | $1,764 |
| Postop Xrays (1 - 2) | $213 | $426 |
| Postop Venous Doppler | $1,062 | $1,062 |
| Continuous Passive Motion Machine (1 - 2 months) | $506 | $1,012 |
| Physical Therapy (4 - 12 weeks) | $3,252 | $21,681 |
| Total | $128,785 | $212,785 |

Footnotes:

1. Office Visits = Office visit charges after the "global" period

*Not included:* Extended care facility and home health care, if needed
*Treatment of venous thromboembolism*
*Evaluation and treatment of complications*

The estimate for physician, hospital and ambulatory surgery center charges are based on the 80th percentile of UCR (usual, customary and reasonable fees for the Dallas, Fort Worth and Arlington area as of **January, 2024**.

It is assumed that this procedure will be performed as an outpatient in an Ambulatory Surgery Center or a Hospital Outpatient Facility.

| Surgeon Fees | | |
|---|---|---|
| CPT | Description | 80% |

| 27447 | Total knee replacement | $5,125 |
|---|---|---|

| Facility Fees | | | | |
|---|---|---|---|---|
| Low | 80th percentile - Full fee for all components | | | |
| CPT | Description | Fee | # | Final Fee |
| 470 | TKA | $102,700 | 1 | $102,700 |
| C1776 | Implant - Joint Device | $10,087 | 1 | $10,087 |
| | **Low Total** | | | **$112,787** |
| High | 80th percentile - Full fee for all components | | | |
| CPT | Description | Fee | # | Final Fee |
| 469 | TKA with major complication or comorbidity | $164,134 | 1 | $164,134 |
| C1776 | Implant - Joint Device | $10,087 | 1 | $10,087 |
| | High Total | | | **$174,221** |

| InPatient Hospital Fees | | |
|---|---|---|
| DRG | Description | 80% |
| 470 | TKA | $102,700 |
| 469 | TKA with major complication or comorbidity | $164,134 |
| C1776 | Implant - Joint Device | $10,087 |

## Reference Files

Anesthesiologist's Fees, 19 - 24 Points
Medication 1310-1511 Xarelto
Office Visits 1-0 5-2
Xrays Knee 1 - 2
Ultrasound Examination of Venous System
CPM Cost Calculation
Physical Therapy

| Anesthesiologist's Fees, 19 - 24 Points | | | |
|---|---|---|---|
| 80th percentile, charge per point = | | | $289 |
| Spectrum | Description | Points | Fee |
| Low | < 70 y/o, 3 hour anesthesia time | 19 | $5,491 |
| High | > 70 y/o, 4 hour anesthesia time | 24 | $6,936 |

| Medication 1310-1511 Xarelto | | | | | | |
|---|---|---|---|---|---|---|
| Med | | Low | | | High | |
| | $per | # | $ | $per | # | $ |
| Toradol | $21 | 1 | $21 | $21 | 1 | $21 |
| Narcotic | $54 | 3 | $162 | $55 | 5 | $275 |
| Anti-emetic | $12 | 1 | $12 | $12 | 1 | $12 |
| Anticoag (Xarelto x 10 days) | $232 | 0 | $0 | $250 | 1 | $250 |
| Totals | | | $195 | | | $558 |

| Office Visits 1-0 5-2 | | | | |
|---|---|---|---|---|
| Low | 80th Percentile | | | |
| CPT | Description | 80th % | # | Fees |
| 99212 | Office visit, established patient, limited | $154 | 1 | $154 |
| 99215 | Office visit, established patient, comprehensive | $497 | 0 | $0 |
| | Low Total | | | $154 |
| Low | 80th Percentile | | | |
| CPT | Description | 80th % | # | Fees |
| 99212 | Office visit, established patient, limited | $154 | 5 | $770 |
| 99215 | Office visit, established patient, comprehensive | $497 | 2 | $994 |
| | High Total | | | $1,764 |

| Xrays Knee 1 - 2 | | | | |
|---|---|---|---|---|
| Low | 80th Percentile | | | |
| CPT | Description | 80th % | # | Fees |
| 73564 | Xrays - Knee - complete | $213 | 1 | $213 |
| High | 80th Percentile | | | |
| CPT | Description | 80th % | # | Fees |
| 73564 | Xrays - Knee - complete | $213 | 2 | $426 |

| Ultrasound Examination of Venous System | | |
|---|---|---|
| CPT | Description | 80% |
| 93971 | Diagnostic venous doppler scan of single extremity | $1,062 |

| CPM Cost Calculation | |
|---|---|
| Description | Fee |
| 4 weeks | $500 |
| Materials | $26 |
| Total | $526 |

### Physical Therapy Charges, DFWA, C4HC, 80th Percentile

| | Last Updated | | | 2024-01 | | |
|---|---|---|---|---|---|---|
| **CPT** | **Description** | | | **80th %** | | |
| | | Per 15" | # | Fee | # | Fee |
| 97110 | Therapeutic procedure, 1 or more areas, *each 15 minutes*; therapeutic exercises to develop strength and endurance, range of motion and flexibility | $84 | 3 | $252 | 4 | $336 |
| 97112 | Therapeutic procedure, 1 or more areas, *each 15 minutes*; neuromuscular reeducation of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | $92 | 3 | $276 | 4 | $368 |
| 97113 | Therapeutic procedure, 1 or more areas, *each 15 minutes*; aquatic therapy with therapeutic exercises | $95 | 3 | $285 | 4 | $380 |
| Average | | $90 | | $271 | | $361 |
| Low | 3x/week x 4 weeks = 12 sessions | | | $3,252 | | $4,336 |
| High | 5x/week x 4 weeks = 20 sessions | | | $5,420 | | $7,227 |

### Monthly Physical Therapy Charges

| Prescriptions (~ # Months) | Low | High |
|---|---|---|
| 1 | $3,252 | $7,227 |
| 2 | $6,504 | $14,454 |
| 3 | $9,756 | $21,681 |
| 4 | $13,008 | $28,908 |
| 6 | $19,512 | $43,362 |
| 12 | $39,024 | $86,724 |

**42368 PITTMAN, Marisa**
Marisa Pittman
9045 CR 2170
Whitehouse, Texas 75791

►Lawyer◄{L} Negem, Jimmy

**240823 Initial Office Visit:** Marisa is a very pleasant 55-year-old female who suffered an injury to her right knee in a motor vehicle collision on 08/03/2024. At the time of the collision Marisa was the seat-belted front seat passenger of an SUV traveling down a highway, when they could not avoid a collision with an 18-wheeler. The impact was to the passenger's side. She was not able to brace for impact. No airbags deployed. The vehicle she was riding in was totaled.

Prior to this she had had some problems with her right knee in 2017 and 2018 that eluded diagnosis. She did not have an injury, but she had spontaneous onset of some right knee pain. It lasted about three months, and it went away on its own. She was not significantly treated for this problem at the time, but she has had no further problems up until the injury of 08/03/2024.

The pain in her right knee began at the scene and has stayed the same. She has been in therapy for three weeks. She has not had an injection since the motor vehicle collision. She was put on Meloxicam by her primary doctor.

She has also been started on 5 mg Prednisone by her doctor, which has helped diminish her pain some.

The pain in her right knee is predominantly over the lateral side of her knee and is not associated with mechanical symptoms. Sometimes when she is walking she feels almost like her knee will give way because of pain.

Important in her past history is the fact that she has congenital lymphedema. She has also undergone two ablations for atrial fibrillation. She tells me that since her last ablation in 2020, she is in sinus rhythm. However, she takes 5 mg Eliquis twice a day because of a history of seven pulmonary emboli, probably related to her lymphedema.

EXAMINATION: On exam there is profound lymphedema in both legs. The right leg is in more valgus than the left. Probably the valgus angle is about 20 to 25 degrees. I can almost fully extend her. I can flex her only up to about 60 or 70 degrees. She has tenderness over the lateral joint line, some over the medial joint line. There is some discomfort with patellofemoral manipulation. There is no ligament laxity.

X-RAYS: There are no x-rays available today. She had some done at Christus Mother Frances that probably consisted of an AP and lateral, where she was told that she did not have a fracture.

ASSESSMENT:
1. Known chronic right knee arthritis with severe valgus deformity.
2. Congenital lymphedema.
3. Anticoagulation.

To start with, I have explained to her that taking Meloxicam in conjunction with an anticoagulant like Eliquis, significantly increases the risk for bleeding, either gastrointestinal or intracranial or in other areas, which can be disastrous and life threatening. I believe she should discontinue the Meloxicam. Prednisone and Meloxicam together increase the risk of a gastrointestinal ulcer developing. Prednisone does that on its own. Sudden bleeding from a stomach ulcer could really threaten her life. However, I understand that there is a risk/benefit ratio, and the disadvantage of having nothing for pain may justify the risk to her of still remaining on the Prednisone. However, taking the Meloxicam in conjunction with the Eliquis I think is an error. She indicated she would discontinue the Meloxicam. She is going to try to get the x-rays sent to me from Mother Frances. However, I would like to get some current x-rays on her right knee that include a Merchant view if we can get it and standing or weightbearing views, which were not done at the hospital. We are going to try to get those ASAP, and I am going to call her once I have the results.

I did spend some significant time explaining to her how devastating the risks would be of considering scoping her right knee. LD/lw

**42368 PITTMAN, Marisa**                                                                                              Page 2

**240830 Additional Dr.'s Notes:** I reviewed the x-rays that had been performed at Touchstone Medical Imaging on 08/29/2024. I agree with the radiology report. There is advanced tricompartmental degenerative arthritis of both knees. This is the very type of knee that typically is traumatized at the time of a motor vehicle collision.

The question is what we can do to try to help her. She is on an anticoagulant, which should likely preclude my doing an injection in her knee. We can not afford to discontinue the anticoagulant because of the risk of pulmonary embolism. She also has chronic lymphedema that increases the risk for infection with literally anything we do that intervenes.

I called her after I reviewed her x-rays, and we talked about the pros and cons of the various approaches to this. With her having lymphedema and being on an anticoagulant, any sort of invasive intervention is inappropriate at this point. I verified she is still on the Prednisone, but she stopped taking the nonsteroidal antiinflammatory. She is continuing on her weight loss program, but that is harder for her to do now that she can not walk for exercise. Altogether in the last two years she has lost about 198 pounds. She is determined to continue on that path.

Her primary doctor had prescribed some Tylenol with Codeine for her. She has had that prescription for quite some period of time but filled it and started using it only after the injury of 08/03/2024.

I have warned her against consistently using it because of the risk for addiction. She understands that.

With significant weight loss, it may be that some of her lymphedema would clear. If it did, then there would be a potential for performing interventional treatment. She is dedicated to continuing on her weight loss, so I am going to call her in about three months to check on her progress. LD/lw

**241018 Additional Dr.'s Notes:** *Marisa is continuing to have right knee pain following a motor vehicle collision on 08/03/2024. The pain is no longer constant; it tends to come and go depending on her activity. She did go to therapy, but it was for the neck and back injuries she sustained during the collision. There was no specific therapy on her knee. Marisa had a prescription from her PCP for Tylenol #4 that she had never filled. After the collision, she had the prescription filled and began taking the medication intermittently for temporary pain relief.*

*Marisa works in an office job at the police department. Although a lot of her work is done on the computer, she has to do a lot walking to different departments throughout the building. At the end of her 8-hour shift, her right knee is quite painful. She has the option to work remote and has had to utilize that several times. Her therapy appointments have interfered with work as well. She uses her PTO for any missed hours.*

*Marisa is married and raising two of her grandchildren, ages 9 & 14. Since her collision it has been harder for her to keep up with the children's active lives. She has missed two of her granddaughter's softball games and struggles at the games she does attend. Sitting for too long or going up and down bleachers is painful. She also has stairs leading in and out of her house which are a challenge on most days. Marisa can no longer keep her home as clean as she used to. On a typical weekend she would put in over 10,000 steps cleaning her house, which is not possible now. She gets the housework done little by little and with the help of her family. Marisa has been on an impressive weight loss journey for the past two years. In that time she has lost almost 200 pounds by simply walking on a daily basis. With her knee injury, she can no longer go on her walks, and her weight loss has come to a halt, which is disheartening for her. Marisa's worst fear is gaining her weight back.*

*Marisa denies any depression but does still battle with significant anxiety when in a vehicle. Her grandchildren point out that she is "too scared" now when in the car, although Marisa's 9-year-old granddaughter was traumatized from the collision as well. Marisa has wanted to go to a Rangers' game for quite some time, but the stadium is in Dallas, and the heavy traffic is just too much for her. In fact, Marisa has also avoided all interstates since the collision. The whole family used to go to the Dallas area at least once a week for shopping or dinner, but they have not been since the collision. Marisa has an upcoming training in Austin, and she is beside herself with anxiety because of the traffic she knows she will be faced with.*

*Marisa is remaining hopeful there is going to be a long term solution for her right knee pain. She is ready to get pain relief and get back to living her life as she did before the collision.*

**42368 PITTMAN, Marisa**                                                                           Page 3

**241211 Telephone Visit, Dr's Notes:** I talked to Marisa over the phone today. She indicated that she was in the hospital. She had had to have emergency back surgery. She indicated that she has been losing weight. She is dedicated to continuing to lose weight but is not at a point where she can consider knee surgery. She is going to need to take care of her back first.

I am going to plan on calling her back in three months to check on her progress. LD/lw

**250305 Telephone Visit, Dr's Notes:** I talked to Marisa today. She has really been through some pretty extensive medical care. She tells me that she underwent emergency back surgery, and then several weeks later she was discovered to have an infection. This required a re-operation and a wound VAC. The wound VAC was discontinued and the wound has healed. She is currently in therapy for her back.

Apparently there was a cystic structure that was impinging on some of the roots that led to her right leg and had caused some significant muscle dysfunction for which she is in therapy as well.

Her right knee still bothers her quite a bit.

I am going to plan on seeing her in three weeks and two days in Tyler after she has had a chance to get through most of the remaining physical therapy. LD/lw

**250328 Office Visit, Dr.'s Notes:** I saw Marisa in Tyler. Her right knee is better, fortuitously, because she has had some degree of therapy performed at Obach in order to treat neuralgia type symptoms after back surgery, which was performed on December 10, 2024.

Today I can almost fully straighten her knee. She can bend down to at least 90 degrees. She still has a valgus deformity.

I had reviewed her x-rays in my clinic in Fort Worth. She has a considerable degree of degeneration in both knees, with notch spurring and lateral joint line deformity that is greater on the right side.

We had a long discussion about the fact that she has some residual degree of locking. She is 60% or 70% better than she had been symptomatically, and the only difference was the therapy that was provided at Obach and some tincture of time.

I have explained to her that no matter what we do surgically for her right knee, whether that is just a debridement of a structure that presumably is causing her locking or a knee replacement, the risk to her with respect to deep venous thrombosis and pulmonary embolism is substantial because of her lymphedema. She is not in favor of doing surgery regardless.

I think there would be some value in our trying to continue with the therapy at Obach. I have written a prescription for that, and I am going to plan on seeing her back in Tyler in 6-8 weeks. LD/lw

**250808 Office Visit, Dr.'s Notes:** I saw Marisa in Tyler. Her right knee feels better from the therapy. She still is having some discomfort, but it is considerably better.

She tells me she also underwent a recent EMG/NCV which document problems with her L-5 nerve root and that repeat surgery is being considered. She is due to see Dr. Calodney in late August about that.

Her back really takes precedence at this point. I did discuss with her the different injections that we could do including hyaluronic acid, PRP, steroids, or a combination of PRP and hyaluronic acid. We are going to rehash this again at the very end of September by phone. LD/lw

**42368 PITTMAN, Marisa**                                                                                          Page 4

**251006 Telephone Visit, Dr's Notes:** I talked to Marisa over the phone today. She is still having significant problems with her back. The surgery has not been successful in alleviating her pain. She has been referred to Dr. Calodney for a spinal cord stimulator, and she is currently going through the process of doing the preoperative work-up that is necessary prior to spinal cord stimulator.

She still feels that she has separate pain in her knee. She does not have mechanical symptoms at this time. She wants to hold off on doing anything about the knee until her much more severe back problem is dealt with. I concur with that approach. I am going to plan on calling her in about three months to check on her progress. I have asked her to call me earlier if there is something that I can do to help her. LD/lw

**251121 Office Visit, Dr.'s Notes:** I saw Marisa in Tyler. Her knee is symptomatically the same. The lymphedema is still present. She has diffuse pain over her knee, mostly however accentuated on the lateral side of her knee.

She did go through a trial of a spinal cord stimulator that helped her symptomatically but not with respect to her knee pain.

At this point the definitive management of her knee probably would require a knee replacement where there is increased risk. She is currently on Eliquis. It is likely that her knee replacement would need to be done on an inpatient basis with some special monitoring for the potential of postoperative deep venous thrombosis. LD/lw

**251124 Letter to Lawyer:**

**Prescriptions:**

**Linden Dillin, M.D.**
900 12th Avenue
Fort Worth, Texas 76104
Tel: (817) 335-3668    Fax: 335-5304

*Foot & Ankle Surgery*

*Arthroscopy & Related Surgery*
Knee, Shoulder, Elbow, Ankle
Endoscopic Carpal Tunnel Release

# Curriculum Vitae - Linden Dillin, M.D.

### General Information:

| | | |
|---|---|---|
| Birth Place: | San Antonio, Texas | 04/30/1954 |
| Citizenship: | American | |

### Education:

| | | |
|---|---|---|
| High School: | The Choate School, Wallingford, Conn. | 1967 - 1971 |
| College: | University of Texas, Austin, Texas | 1971 - 1975 |
| | Degree: B.A. (Psychology)   Honors: Phi Beta Kappa | |
| Medical School: | Southwestern (UTHSCD), Dallas, Texas | 1975 - 1979 |

### Residency:

| | | |
|---|---|---|
| PGY 1-3: | University of Texas Health Science Center<br>San Antonio, Texas<br>Specialty: General Surgery | 1979 - 1982 |
| PGY 4-6: | University of California, San Francisco<br>Specialty: Orthopaedic Surgery | 1982 - 1985 |

### Post-residency Training Fellowships:

| | | |
|---|---|---|
| #1 | **Revision Total Joint Replacement Surgery**<br>William R. Murray, M.D.<br>University of California, San Francisco, Calif. | 07/1985 - 01/1986 |
| #2 | **Arthroscopic and Related Joint Surgery**<br>Lanny L. Johnson, M.D.<br>Ingham Medical Center, Lansing, Michigan | 01/1986 - 06/1986 |
| #3 | **Foot and Ankle Surgery**<br>John O. Bishop, M.D.<br>Baylor College of Medicine, Houston, Texas | 07/1986 - 01/1987 |

### Appointments & Board Certification:

**Assistant Clinical Professor, Step 1**
University of California, San Francisco            07/01/1985 - 06/30/1986

**Board Certification**
American Board of Orthopedic Surgery
- Certification:        07/21/1989 - 12/31/1999
- Re-certification:   01/01/2000 - 12/31/2009
- Re-certification    01/01/2010 - 12/31/2019
- Re-certification    01/01/2020 - 12/31/2029

### Licensure:
Texas    Date of Original Issue:    08/19/1979

### Current Practice:
Office address: 900 12th Avenue
Fort Worth, Tx 76104
Tel: (817) 335-3668                    02/23/1987 - present

——————————————— **Orthopedic Surgery** ———————————————

---

**Foot & Ankle Surgery**

**— Linden Dillin, M.D. —**
900 12th Avenue
Fort Worth, Texas 76104
Tel: (817) 335-3668   Fax: 335-5304

*Arthroscopy & Related Surgery*
Knee, Shoulder, Elbow, Ankle
Endoscopic Carpal Tunnel Release

---

## Curriculum Vitae - Linden Dillin, M.D. - Addendum

### Hospital Affiliations

1. Texas Health Harris Methodist Hospital Fort Worth
2. Baylor Scott & White Surgical Hospital Fort Worth
3. Medical City Fort Worth

### Surgery Center Affiliations

1. The Clinic for Special Surgery
2. Medical City Surgery Center Fort Worth

### Publications

1. **Multistaged surgical management of posttraumatic segmental tibial bone loss.**
   Authors:   Maurer RC, Dillin, L.
   Journal:   Clinical Orthopedics, 1987 Mar;(216):162-170.

2. **Delayed wound healing, infection and nonunion following open reduction and internal fixation of tibial plafond fractures.**
   Authors:   Dillin, L, Slabaugh, P.
   Journal:   Journal of Trauma, 1986 Dec;26(12):1116-9.

3. **Brachial neuritis.**
   Authors:   Dillin L, Hoaglund, FT, Scheck M.
   Journal:   The Journal of Bone and Joint Surgery, American Edition, 1985 Jul;67(6):878-83.

4. **Postural impositions on the foot and ankle from trunk, pelvis, hip and knee in cerebral palsy.**

   Authors:   Samilson, RL, Dillin L.
   Journal:   Foot and Ankle, 1983 Nov-Dec;4(3):120-7.

---

**— Orthopedic Surgery —**

---

***Foot & Ankle Surgery***  ———  **Linden Dillin, M.D.**  ———  ***Arthroscopy & Related Surgery***
900 12th Avenue
Fort Worth, Texas 76104
Tel: (817) 335-3668   Fax: 335-5304
Knee, Shoulder, Elbow, Ankle
Endoscopic Carpal Tunnel Release

---

*Presentations at Peer Meetings*

5.  **Delayed Wound Healing, Infection and Nonunion Following Open Reduction and Internal Fixation of Tibial Plafond Fractures.**
    Authors:    Linden Dillin, M.D., Peter Slabaugh, M.D.
    Meeting:    Abbott Society Proceedings, Vol. 15, 1984.

6.  **Open Reduction and Internal Fixation of Ipsilateral Acromioclavicular Joint Dislocation and Avulsion Fracture of the Coracoid.**
    Authors:    Linden Dillin, M.D., Peter Slabaugh, M.D., David Mauerhan, M.D.
    Meeting:    Abbott Society Proceedings, Vol. 15, 1984.

7.  **Treatment of Tibial Shaft Fractures Associated with Major Ligamentous Disruption of the Ipsilateral Knee.**
    Authors:    Linden Dillin, M.D., Peter Slabaugh, M.D., David Mauerhan, M.D.
    Meeting:    Abbott Society Proceedings, Vol. 16, 1985.

8.  **Chevron-Akin Procedure for Hallux Valgus Correction**
    Authors:    John O. Bishop, M.D., Robert K. Cliffort, M.D., Hugh S. Tullos, M.D., Linden Dillin, M.D.
    Meeting:    The American Academy of Orthopaedic Surgery, Annual Meeting, January, 1987, San Francisco

9.  **2 and ½ Year Follow-up of Arthroscopic Anterior Cruciate Reconstruction using Free Semitendinosis Grafts**
    Authors:    Lanny L. Johnson, M.D., Linden Dillin, M.D.
    Meeting:    The American Academy of Orthopaedic Surgery, Sports Medicine Society Annual Meeting, January, 1988.

10. **A Case of Failed Back Surgery Due to Missed Conjoined Roots**
    Authors:    Linden Dillin, M.D., James Morris, M.D.
    Meeting:    The American Back Society, San Francisco, 1984.

11. **The Staged Surgical Management of Post-traumatic Segmental Tibial Bone Loss**
    Authors:    Linden Dillin, M.D., Richard C. Maurer, M.D.
    **Vernon P. Thompson Award**, Western Orthopaedic Assn., 49th Annual Meeting, 1985.

---

{W:\Medical Practice - Everyone\Legal\Curriculum Vitae - Linden Dillin, M.D. - Addendum in mgmt_office - copy to Everyone - Legal.wpd}   Last updated 03/05/2013

——— **Orthopedic Surgery** ———

# American Board of Orthopaedic Surgery

INCORPORATED 1934

HEREBY CERTIFIES THAT

## Parker Linden Dillin

HAVING MET THE MAINTENANCE OF CERTIFICATION REQUIREMENTS
OF THE BOARD AND HAVING BEEN EXAMINED IS RECERTIFIED FOR
THE PRACTICE OF THE SPECIALTY OF

## ORTHOPAEDIC SURGERY

JANUARY 1, 2020

PRESIDENT

VICE-PRESIDENT

PRESIDENT-ELECT

SECRETARY

TREASURER

VALID THROUGH DECEMBER 31, 2029